**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3029-WJM-CBS

UNITED STATES *ex rel.*
MARTHA L. BAKER

      Plaintiff-Relator,

v.

BANNER HEALTH, and
BANNER MEDICAL GROUP COLORADO,

      Defendants.

---

**ORDER GRANTING MOTION TO SEAL**

---

This matter comes before the Court on the Plaintiff-Relator's Motion to Seal filed November 16, 2012 (ECF No. 3). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff-Relator's Motion to Seal is GRANTED. This case shall remain under seal for at least sixty days, pursuant to 31 U.S.C. § 3730(b)(2). No pleadings or other documents filed in this case shall be provided to, or served on, Defendants until further order of the Court.

Dated this 19th day of November, 2012.

                                              BY THE COURT:

                                              *[signature]*

                                              William J. Martínez
                                              United States District Judge