**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3029-WJM-CBS

MARTHA L. BAKER

    Plaintiff-Relator,

v.

BANNER HEALTH, and
BANNER MEDICAL GROUP COLORADO,

    Defendants.

---

**AMENDED ORDER GRANTING MOTION TO UNRESTRICT CASE AND MAINTAIN RESTRICTION OF CERTAIN PLEADINGS**

---

This matter comes before the Court on the Government's Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings ("Motion"). (ECF No. 21.) The Court having reviewed the Motion hereby ORDERS as follows:

1. The Government's Motion (ECF No. 21) is GRANTED; and

2. The Clerk of the Court is DIRECTED to unrestrict this case and all fillings except docket entries at ECF Nos. 10 and 12, which shall remain RESTRICTED with a restriction Level 2.

Dated this 31st day of July, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge