# INDEX OF EXHIBITS

| Exhibit No. | Document |
|---|---|
| Exhibit 1 | Declaration of Martha L. Baker |
| Exhibit 2 | 74 Fed. Reg. 35232 (excerpts) |
| Exhibit 3 | 74 Fed. Reg. 60316 (excerpts) |
| Exhibit 4 | 75 Fed. Reg. 71800 (excerpts) |
| Exhibit 5 | Index to 6 CCR 1007-1 http://www.sos.state.co.us/CCR/NumericalCCRDocList.do?deptID=16&deptName=1000%20Department%20of%20Public%20Health%20and%20Environment&agencyID=141&agencyName=1007%20Hazardous%20Materials%20and%20Waste%20Management%20Division |
| Exhibit 6 | Index to 6 CCR 1007-1, Part 20 http://www.sos.state.co.us/CCR/DisplayRule.do?action=ruleinfo&ruleId=2939&deptID=16&agencyID=141&deptName=1000%20Department%20of%20Public%20Health%20and%20Environment&agencyName=1007%20Hazardous%20Materials%20and%20Waste%20Management%20Division&seriesNum=6%20CCR%201007-1%20Parts%2016-20 |
| Exhibit 7 | 6 CCR 1007-1, Part 20 (Parts 16-19 omitted) http://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=2159&fileName=6%20CCR%201007-1%20Parts%2016-20 |
| Exhibit 8 | Index to 6 CCR 1007-1, Part 24 http://www.sos.state.co.us/CCR/DisplayRule.do?action=ruleinfo&ruleId=3083&deptID=16&agencyID=141&deptName=1000%20Department%20of%20Public%20Health%20and%20Environment&agencyName=1007%20Hazardous%20Materials%20and%20Waste%20Management%20Division&seriesNum=6%20CCR%201007-1%20Part%2024 |

| | |
|---|---|
| Exhibit 9 | 6 CCR 1007-1, Part 24 http://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=3602&fileName=6%20CCR%201007-1%20Part%2024 |
| Exhibit 10 | 6 CCR 1007-1, Part 2 (excerpts, Appendix 2K and Appendix 2L) http://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=3657&fileName=6%20CCR%201007-1%20Part%2002 |
| Exhibit 11 | 6 CCR 1007-1, Part 1 (excerpts) http://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=4106&fileName=6%20CCR%201007-1%20Part%2001 |