# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES ex rel. MARTHA L. BAKER,<br><br>Plaintiff-Relator,<br><br>v.<br><br>BANNER HEALTH and BANNER MEDICAL GROUP COLORADO,<br><br>Defendants. | Civil Action No. 12-CV-3029-WJM-CBS |

## DECLARATION OF MARTHA L. BAKER

1.

My name is Martha L. Baker. I am the Plaintiff-Relator in the above-captioned lawsuit. I am over the age of 21 and competent to make this declaration.

2.

From July 2006 through May 2012, I was employed as the Director of Radiation Therapy Services at North Colorado Medical Center ("NCMC"). In that position, I also gained familiarity with operations at McKee Medical Center ("MMC") and Sterling Regional Medical Center ("SRMC"). The David Walsh Cancer Center at SRMC opened in late 2010.

3.

During 2010, 2011, and 2012, Defendants Banner Health and Banner Medical Group Colorado ("Banner") provided radiation therapy services to patients at NCMC, MMC, and SRMC. These radiation therapy services included external beam radiation therapy, which involves using a radiation therapy machine to deliver ionizing radiation to the patient for therapeutic purposes. Common types of external beam radiation therapy include Intensity-

Modulated Radiation Therapy ("IMRT"), 3-dimensional conformal radiation therapy, and 2-dimensional conventional radiation therapy. Banner submitted claims for payment to Medicare for the daily deliver of external beam radiation therapy under various CPT codes, ranging from 77402-77418.

4.

On many occasions during 2010, 2011, and 2012, external beam radiation therapy services were provided to patients at Banner's facilities when there was no radiation oncologist present in the facility. In many instances, supervision for such services was provided by a nonphysician practitioner, including Helene Christner, Sheryl Ehrman, and Pamola Gale, all of whom were nurse practitioners.

5.

To the best of my knowledge, none of the nonphysician practitioners at NCMC, MMC, or SRMC, including Helene Christner, Sheryl Ehrman, and Pamola Gale, met the qualifications to be considered an "authorized user" under the Colorado Code of Regulations, as they did not have a current certification in one of the following areas: (i) radiology or therapeutic radiology by the American Board of Radiology, (ii) radiation oncology by the American Osteopathic Board of Radiology, (iii) therapeutic radiology by the Royal College of Physicians and Surgeons of Canada, (iv) radiology, with specialization in radiotherapy, by the British Royal College of Radiology, as a British "Fellow of the Faculty of Radiology" or "Fellow of the Royal College of Radiology," or (v) radiation therapy by a recognized specialty board that meets certain requirements. In addition, to the best of my knowledge, none of such individuals had completed 3 years of supervised clinical experience in radiation therapy, including an approved formal training program approved by the Residency Review Committee of the Accreditation Council for

Graduate Medical Education or Committee on Post Graduate Training of the American Osteopathic Association. In addition, to the best of my knowledge, none of such individuals had completed 700 hours in basic techniques applicable to the use of a therapeutic radiation machine unit, including 200 hours of classroom and laboratory training and 500 hours of work experience.

6.

To the best of my knowledge, other than radiation oncologists, none of the other physicians at NCMC, MMC, or SRMC who were available to provide supervision for external beam radiation therapy services met the qualifications to be considered an "authorized user."

7.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This 9th day of January, 2015.

Martha L. Baker

Martha L. Baker