


- Home
- Colorado Revised Statutes
- Search
- Browse
- Colorado Register
- eDocket
- Log in
- Contact Us

# Code of Colorado Regulations

## Browse Rules

Home >Browse rules >1000 Department of Public Health and Environment > 1007 Hazardous Materials and Waste Management Division

| CCR# | Title |
|---|---|
| 6 CCR 1007-1 | RADIATION CONTROL – (Rule Versions Prior to 04/01/2007) |
| 6 CCR 1007-1 Part 01 | RADIATION CONTROL - GENERAL PROVISIONS |
| 6 CCR 1007-1 Part 02 | RADIATION CONTROL - REGISTRATION OF RADIATION MACHINES, FACILITIES AND SERVICES |
| 6 CCR 1007-1 Part 03 | RADIATION CONTROL - LICENSING OF RADIOACTIVE MATERIAL |
| 6 CCR 1007-1 Part 04 | RADIATION CONTROL - STANDARDS FOR PROTECTION AGAINST RADIATION |
| 6 CCR 1007-1 Part 05 | RADIATION CONTROL - RADIATION SAFETY REQUIREMENTS FOR INDUSTRIAL RADIOGRAPHIC OPERATIONS |
| 6 CCR 1007-1 Part 06 | RADIATION CONTROL - X-RAY IMAGING IN THE HEALING ARTS |
| 6 CCR 1007-1 Part 07 | RADIATION CONTROL - USE OF RADIONUCLIDES IN THE HEALING ARTS |
| 6 CCR 1007-1 Parts 08-10 | RADIATION CONTROL - Recodified as 1 CCR 1007-1 Parts 08, 09, and 10 |
| 6 CCR 1007-1 Parts 11-15 | RADIATION CONTROL - Recodified as 1 CCR 1007-1 Parts 11, 12, 13, 14, and 15 |
| 6 CCR 1007-1 Parts 16-20 | RADIATION CONTROL - Recodified as 1 CCR 1007-1 Parts 16, 17, 18, 19, and 20 |
| 6 CCR 1007-1 Part 24 | RADIATION CONTROL - PARTICLE ACCELERATORS AND THERAPEUTIC RADIATION MACHINES IN THE HEALING ARTS |
| 6 CCR 1007-1 Part 08 | RADIATION CONTROL - RADIATION SAFETY REQUIREMENTS FOR RADIATION GENERATING DEVICES NOT USED IN THE HEALING ARTS |
| 6 CCR 1007-1 Part 09 | RADIATION CONTROL - RADIATION SAFETY REQUIREMENTS FOR PARTICLE ACCELERATORS NOT USED IN THE HEALING ARTS |
| 6 CCR 1007-1 Part 10 | RADIATION CONTROL - NOTICES, INSTRUCTIONS, AND REPORTS TO WORKERS: INSPECTIONS |
| 6 CCR 1007-1 Part 12 | RADIATION CONTROL - FEES FOR RADIATION CONTROL SERVICES |
| 6 CCR 1007-1 Part 11 | RADIATION CONTROL - SPECIAL LAND OWNERSHIP REQUIREMENTS GENERAL PROVISIONS |
| 6 CCR 1007-1 Part 13 | RADIATION CONTROL - COMPLIANCE ENFORCEMENT |
| 6 CCR 1007-1 Part 14 | RADIATION CONTROL - LICENSING REQUIREMENTS FOR LAND DISPOSAL OF LOW LEVEL RADIOACTIVE WASTE |
| 6 CCR 1007-1 Part 15 | RADIATION CONTROL - COLORADO LOW-LEVEL RADIOACTIVE WASTE RATE REGULATIONS |
| 6 CCR 1007-1 Part 16 | RADIATION CONTROL - RADIATION SAFETY REQUIREMENTS FOR WIRELINE SERVICE OPERATIONS AND SUBSURFACE TRACER STUDIES |
| 6 CCR 1007-1 Part 17 | RADIATION CONTROL - TRANSPORTATION OF RADIOACTIVE MATERIALS |
| 6 CCR 1007-1 Part 18 | RADIATION CONTROL - LICENSING REQUIREMENTS FOR URANIUM AND THORIUM PROCESSING |
| 6 CCR 1007-1 Part 19 | RADIATION CONTROL - LICENSES AND RADIATION SAFETY REQUIREMENTS FOR IRRADIATORS |
| 6 CCR 1007-1 Part 20 | RADIATION CONTROL - RESERVED |
| 6 CCR 1007-2 | SOLID WASTE REGULATIONS |
| 6 CCR 1007-2 Part 1 | SOLID WASTE DISPOSAL SITES AND FACILITIES |
| 6 CCR 1007-2 | SITING OF HAZARDOUS WASTE DISPOSAL SITES |

| | |
|---|---|
| Part 2 | |
| 6 CCR 1007-2 Part 3 | INSPECTION OF OFF-SITE HAZARDOUS WASTE DISPOSAL SITES |
| 6 CCR 1007-2 Part 4 | WASTE TIRE PROCESSOR AND END USER REIMBURSEMENT PROGRAM [Repealed eff. 01/14/2015] |
| 6 CCR 1007-3 | HAZARDOUS WASTE |
| 6 CCR 1007-3 Part 260 | HAZARDOUS WASTE - HAZARDOUS WASTE MANAGEMENT SYSTEM: GENERAL |
| 6 CCR 1007-3 Part 261 | HAZARDOUS WASTE - IDENTIFICATION AND LISTING OF HAZARDOUS WASTE |
| 6 CCR 1007-3 Part 262 | HAZARDOUS WASTE - STANDARDS APPLICABLE TO GENERATORS OF HAZARDOUS WASTE |
| 6 CCR 1007-3 Part 263 | HAZARDOUS WASTE - STANDARDS APPLICABLE TO TRANSPORTERS OF HAZARDOUS WASTE |
| 6 CCR 1007-3 Part 265 | HAZARDOUS WASTE - INTERIM STATUS STANDARDS FOR OWNERS AND OPERATORS OF HAZARDOUS WASTE TREATMENT, STORAGE, AND DISPOSAL FACILITIES |
| 6 CCR 1007-3 Part 266 | HAZARDOUS WASTE - COLORADO FINANCIAL REQUIREMENTS |
| 6 CCR 1007-3 Part 267 | HAZARDOUS WASTE - STANDARDS FOR THE MANAGEMENT OF SPECIFIC HAZARDOUS WASTES AND SPECIFIC TYPES OF HAZARDOUS WASTE MANAGEMENT FACILITIES. |
| 6 CCR 1007-3 Part 268 | HAZARDOUS WASTE - LAND DISPOSAL RESTRICTIONS |
| 6 CCR 1007-3 Part 273 | HAZARDOUS WASTE - STANDARDS FOR UNIVERSAL WASTE MANAGEMENT |
| 6 CCR 1007-3 Part 279 | HAZARDOUS WASTE - STANDARDS FOR THE MANAGEMENT OF USED OIL |
| 6 CCR 1007-3 Part _2 | HAZARDOUS WASTE - PUBLIC INFORMATION |
| 6 CCR 1007-3 Part _99 | HAZARDOUS WASTE - NOTIFICATION |
| 6 CCR 1007-3 Part __100 | HAZARDOUS WASTE - PERMIT REGULATIONS |
| 6 CCR 1007-3 Part __101 | HAZARDOUS WASTE - DEPARTMENT COMPLIANCE ADVISORIES AND ENFORCEMENT ACTIONS |
| 6 CCR 1007-3 Part ___6 | SOLID AND HAZARDOUS WASTE COMMISSION FEES |
| 6 CCR 1007-3 Part ___7 | PROCEDURAL RULES FOR THE SOLID AND HAZARDOUS WASTE COMMISSION |
| 6 CCR 1007-3 Part ___8 | HAZARDOUS WASTE - STATEMENTS OF BASIS AND PURPOSE |
| 6 CCR 1007-3 Part 264 | HAZARDOUS WASTE - STANDARDS FOR OWNERS AND OPERATORS OF HAZARDOUS WASTE TREATMENT, STORAGE AND DISPOSAL FACILITIES |
| 6 CCR 1007-4 | SOLID WASTE TO ENERGY INCINERATION FACILITIES |
| 6 CCR 1007-7 | ENVIRONMENTAL RECORD SEARCHES |

Back

Terms and Conditions