Colorado
Secretary of State
Wayne W. Williams

EXHIBIT 6




- Home
- Colorado Revised Statutes
- Search
- Browse
- Colorado Register
- eDocket
- Log in
- Contact Us

# Code of Colorado Regulations

## Browse Rules

Home >Browse rules >1000 Department of Public Health and Environment > 1007 Hazardous Materials and Waste Management Division > 6 CCR 1007-1 Parts 16-20

---

### 6 CCR 1007-1 Parts 16-20 RADIATION CONTROL - Recodified as 1 CCR 1007-1 Parts 16, 17, 18, 19, and 20

In the PDF, where is the table of contents for each rule?

**Current version**

6 CCR 1007-1 Parts 16-20 effective 08/14/2014 (PDF)

**All versions**

| Effective date (PDF) | Tracking # | Filing Type |
|---|---|---|
| 08/14/2014 | 2014-00477 | Permanent Rule |
| 04/30/2011 | 2011-00256 | Admin Change by SOS |
| 04/30/2011 | 2011-00084 | Permanent Rule |
| 07/01/2010 | 2010-00412 | Admin Change by SOS |
| 07/01/2010 | 2009-00810 | Permanent Rule |
| 01/30/2008 | 2007-01093 | Permanent Rule |
| 08/31/2007 | 2007-01023 | Admin Change by SOS |
| 08/30/2007 | 2007-00573 | Permanent Rule |
| 05/09/2007 | 2007-00532 | Admin Change by SOS |
| 04/01/2007 | 2007-00360 | Admin Change by SOS |
| 04/01/2007 | 2007-00326 | Admin Change by SOS |
| 04/01/2007 | 2007-00328 | Admin Change by SOS |
| 04/01/2007 | 2007-00327 | Admin Change by SOS |

Back

Terms and Conditions