Colorado
Secretary of State
Wayne W. Williams



EXHIBIT 8

About Wayne | Español

Search

- Home
- Colorado Revised Statutes
- Search
- Browse
- Colorado Register
- eDocket
- Log in
- Contact Us

# Code of Colorado Regulations

## Browse Rules

Home >Browse rules >1000 Department of Public Health and Environment > 1007 Hazardous Materials and Waste Management Division > 6 CCR 1007-1 Part 24

### 6 CCR 1007-1 Part 24 RADIATION CONTROL - PARTICLE ACCELERATORS AND THERAPEUTIC RADIATION MACHINES IN THE HEALING ARTS

In the PDF, where is the table of contents for each rule?

**Current version**

6 CCR 1007-1 Part 24 effective 01/14/2014 (PDF)

**All versions**

| Effective date (PDF) | Tracking # | Filing Type |
|---|---|---|
| 01/14/2014 | 2013-01099 | Permanent Rule |
| 07/01/2010 | 2010-00466 | Admin Change by SOS |
| 07/01/2010 | 2010-00464 | Admin Change by SOS |

Back

Terms and Conditions