# EXHIBIT 10

**DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**

**Hazardous Materials and Waste Management Division**

**RADIATION CONTROL - REGISTRATION OF RADIATION MACHINES, FACILITIES AND SERVICES**

**6 CCR 1007-1 Part 02**

*[Editor's Notes follow the text of the rules at the end of this CCR Document.]*

---

## PART 2: REGISTRATION OF RADIATION MACHINES, FACILITIES AND SERVICES

### 2.1 Purpose and Scope.

2.1.1 Authority

2.1.1.1 Rules and regulations set forth herein are adopted pursuant to the provisions of sections 25 1 108, 25 1.5 101(1)(l), and 25-11-104, CRS.

2.1.2 Basis and Purpose.

2.1.2.1 A statement of basis and purpose of these regulations accompanies this part and changes to this part. A copy may be obtained from the Department.

2.1.3 Scope.

2.1.3.1 This part provides for:

(1) Registration of facilities;

(2) Certification of radiation machines;

(3) Registration of persons providing radiation machine services including assembly, installation, maintenance and repair;

(4) Registration of qualified inspectors and qualified experts; and

(5) Approval of mammographers and other operators.

2.1.4 Applicability.

2.1.4.1 The requirements and provisions of this part apply to each registrant or applicant for registration subject to this part unless specifically exempted.

2.1.4.2 The provisions of this part are in addition to (and not in substitution for) other applicable provisions in Parts 1, 4, 5, 6, 7, 8, 9, 10, 24 and other parts of these regulations.

2.1.5 Published Material Incorporated by Reference.

2.1.5.1 Published material incorporated in Part 2 by reference is available in accord with 1.4.

### 2.2 Definitions.

**PART 2, APPENDIX 2K: AUTHORIZED USER (24.3.3) FOR RADIATION THERAPY (24.7 OR 24.8) ADEQUATE RADIATION SAFETY TRAINING AND EXPERIENCE**

The applicant, registrant, or licensee for any therapeutic radiation machine subject to 24.7 or 24.8 shall require an authorized user of therapeutic radiation machines to be a physician who has a current active State of Colorado license and:

2K.1 Has provided evidence of current certification in:

2K.1.1 Radiology or therapeutic radiology by the American Board of Radiology; or

2K.1.2 Radiation oncology by the American Osteopathic Board of Radiology; or

2K.1.3 Therapeutic radiology by the Royal College of Physicians and Surgeons of Canada; or

2K.1.4 Radiology, with specialization in radiotherapy, by the British Royal College of Radiology, as a British “Fellow of the Faculty of Radiology” or “Fellow of the Royal College of Radiology” ; or

2K.1.5 Radiation therapy by a recognized specialty board that requires each candidate for certification to:

2K.1.5.1 Satisfactorily complete a certification process that includes training equivalent to that required in 2K.2.1 and supervised practical experience equivalent to that required by 2K.2.2; and

2K.1.5.2 Pass an examination, administered by diplomates of the specialty board, that tests knowledge and competence in radiation safety, treatment planning, quality assurance, and human use of therapeutic radiation machines; or

2K.2 Has satisfied the following criteria:

2K.2.1 Satisfactory completion of 700 hours in basic techniques applicable to the use of a therapeutic radiation machine unit, including:

2K.2.1.1 At least 200 hours of classroom and laboratory training in the following areas:

(1) Radiation physics and instrumentation;

(2) Radiation protection;

(3) Mathematics pertaining to the use and measurement of radioactivity; and

(4) Radiation biology; and

2K.2.1.2 At least 500 hours of work experience, involving:

(1) Reviewing full calibration measurements and periodic quality assurance checks;

(2) Evaluating prepared treatment plans, calculation of treatment times, and patient treatment settings;

(3) Using administrative controls to prevent reportable medical events;

(4) Implementing emergency procedures to be followed in the event of the abnormal operation of a therapeutic radiation machine unit or console; and

(5) Checking and using of radiation survey meters; and

2K.2.2 Completion of 3 years of supervised clinical experience in radiation therapy, including:

2K.2.2.1 An approved formal training program, approved by the Residency Review Committee of the Accreditation Council for Graduate Medical Education or Committee on Post Graduate Training of the American Osteopathic Association; and

2K.2.2.2 Supervised clinical experience, under the supervision of an authorized user who meets the requirements of this Appendix 2K, or equivalent requirements, to include:

(1) Examining individuals and reviewing their case histories to determine their suitability for therapeutic radiation machine treatment, and any limitations and/or contraindications;

(2) Selecting proper dose and how it is to be administered;

(3) Calculating the therapeutic radiation machine doses and collaborating with the authorized user in the review of patients' progress and consideration of the need to modify originally prescribed doses and/or treatment plans as warranted by patients' reactions to radiation; and

(4) Post-administration follow-up and review of case histories.

2K.3 Training and experience required by Appendix 2K shall have been obtained:

2K.3.1 Within the 7 years preceding the date of license application; or

2K.3.2 Through documented subsequent continuing education and experience.

**PART 2, APPENDIX 2L: RADIATION THERAPIST (24.3.5) ADEQUATE RADIATION SAFETY TRAINING AND EXPERIENCE**

The applicant, registrant, or licensee shall require the operator of a therapeutic radiation machine for human use to be an individual who:

2L.1 Has provided evidence of:

2L.1.1 Successful completion of a training program in radiation therapy which has resulted in a certificate, associate degree, or baccalaureate degree in a radiologic technology program that complies with the requirements of:

2L.1.1.1 The Joint Review Committee on Education in Radiologic Technology (consult the 1988 Essentials and Guidelines of an Accredited Educational Program for the Radiation Therapy Technologist or the 2001 Standard for an Accredited Educational Program in Radiological Sciences); or

2L.1.1.2 An accreditation organization recognized by the Council for Higher Education Accreditation as an accrediting agency, other organizations recognized by the

United States Department of Education (USDE) or the Council For Higher Education Accreditation (CHEA) to accredit educational programs in radiation therapy; and

2L.1.2 Accreditation as a radiation therapist by, and having continued to maintain registration by meeting the requirements of, The American Registry of Radiologic Technologists (ARRT), or

2L.1.3 Accreditation by a specialty board recognized by the Department as equivalent to ARRT.

2L.2 Has maintained a minimum of twenty-four (24) hours of continuing education every two years in the areas of radiology, radiation safety, radiography and similar fields. This education shall:

2L.2.1 Conform to guidelines equivalent to the August 2008 ARRT *Continuing Education Requirements for Renewal of Registration* ; and

2L.2.2 Be documented by certificate(s) or other attestation(s) of satisfactory completion.

**PART 2, APPENDIX 2M: QUALIFIED MAMMOGRAPHER ADEQUATE RADIATION SAFETY TRAINING AND EXPERIENCE**

The registrant shall require each mammographer to be an individual who:

2M.1 Has provided evidence that the individual is certified in mammography as ARRT(M), meeting the requirements of 21 CFR 900, in particular 900.12(a)(2), April 1, 2010;

2M.2 Or, is an ARRT(R) accepted by the Department as an experienced mammographer who has provided evidence demonstrating to the Department mammography training and experience equivalent to the Content Specifications for the Examination for the ARRT Mammography Certification (July 2009), including at a minimum:

2M.2.1 Forty (40) hours or more documented training including breast anatomy and physiology, positioning and compression, quality assurance/quality control techniques, and imaging of patients with breast implants; and

2M.2.2 Eight (8) hours or more documented training in each mammography modality to be used by the technologist in performing mammography examinations; and

2M.2.3 Performance, under the direct supervision of a mammographer, of a minimum of 25 examinations;

2M.3 Or, is a radiologic technologist (mammographer in training or provisional mammographer), who:

2M.3.1 Is enrolled in or has completed a structured training program that includes a minimum of 40 contact hours of documented training specific to mammography;

2M.3.2 Is completing or has completed, at all times during examination procedures under the direct supervision of a mammographer present on the premises and available for prompt consultation, the tasks in 2M.2.1, 2M.2.2 and 2M.2.3; and

2M.3.3 Has applied for a provisional certificate on Form R-64, "Criteria for a Structured Training Program in Mammography," including all information required by the form and by all accompanying instructions, accompanied by the fee specified in Appendix 12A;