# EXHIBIT 11

**DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**

**Hazardous Materials and Waste Management Division**

**RADIATION CONTROL - GENERAL PROVISIONS**

**6 CCR 1007-1 Part 01**

*[Editor's Notes follow the text of the rules at the end of this CCR Document.]*

---

## PART 1: GENERAL PROVISIONS

### 1.1 Purpose and Scope.

1.1.1 Authority.

1.1.1.1 Rules and regulations set forth herein are adopted pursuant to the provisions of sections 25-1-108, 25-1.5-101(1)(k), 25-1.5-101(1)(l), and 25-11-104, CRS.

1.1.2 Basis and Purpose.

1.1.2.1 A statement of basis and purpose accompanies this part and changes to this part. A copy may be obtained from the Department.

1.1.3 Scope.

1.1.3.1 This part includes provisions generally applicable throughout all parts of these radiation control regulations.

1.1.4 Applicability

1.1.4.1 Except as otherwise specifically provided herein, these regulations apply to all persons who receive, possess, own, acquire, use, process, store, transfer, or dispose any source of radiation.

1.1.4.2 Nothing in these regulations shall apply to any person to the extent such person is subject to regulation not relinquished by the U.S. Nuclear Regulatory Commission.[1]

1 Regulation by the State of source material, byproduct material, and special nuclear material in quantities not sufficient to form a critical mass is subject to the provisions of the agreement between the State and the U.S. Nuclear Regulatory Commission and to 10 CFR Part 150 (January 1, 2010) of the Commission's regulations.

1.1.5 Published Material Incorporated By Reference.

1.1.5.1 Published material incorporated in Part 1 by reference is available in accord with Section 1.4.

### 1.2 Definitions.

1.2.1 Definitions of general applicability to the *Rules and Regulations Pertaining to Radiation Control* promulgated by the Department pursuant to provisions of sections 25-1-108, 25-1.5-101(1)(k), 25-1.5-101(1)(l), and 25-11-104, CRS, are set forth in section 1.2.2 and shall be liberally construed to protect the public health by controlling excess radiation.

1.2.2 As used in these regulations, each term below has the definition set forth. A cross-reference is provided for each common abbreviation. Any additional definition used only in a single part of these regulations is found in that part.

"$A_1$" means the maximum activity of special form radioactive material permitted in a Type A package. This value is either listed in Appendix 17A or may be derived in accordance with the procedures prescribed in Appendix 17A.

"$A_2$" means the maximum activity of radioactive material, other than special form, low specific activity (LSA) and surface contaminated object (SCO) material, permitted in a Type A package. This value is either listed in Appendix 17A or may be derived in accordance with the procedures prescribed in Appendix 17A.

"AAPM" means the American Association of Physicists in Medicine.

"Absorbed dose" (D) means the energy imparted by ionizing radiation per unit mass of irradiated material. The units of absorbed dose are the gray (Gy) and the rad.

"Absorbed dose rate" means absorbed dose per unit time.

"Accelerator" means any machine capable of accelerating electrons, protons, deuterons, or other charged particles in a vacuum and of discharging the resultant particulate or other radiation into a medium at energies usually in excess of 1 MeV. For purposes of this definition, "linear accelerator" or "particle accelerator" is an equivalent term.

"Accelerator-produced radioactive material" means any material made radioactive by an accelerator.

"Accessible surface" means the external surface of the radiation machine enclosure or housing provided by the manufacturer.

"Accident" means any unintended event (including an operating error, equipment failure or other mishap) that could:

(1) Result in a dose in excess of regulatory limits on site or for the public; or

(2) Have consequences or potential consequences which cannot be ignored from the point of view of protection or safety (such as an actual or potential substantial degradation of the level of protection or safety of the facility or release of radioactive material in sufficient quantity to warrant consideration of protective actions).

"Act" means Title 25, Article 11, Colorado Revised Statutes (CRS), as amended.

"Action levels". See "action limits".

"Action limits" means the minimum and maximum values of a quality assurance measurement that can be interpreted as representing acceptable performance with respect to the parameter being tested. Values less than the minimum or greater than the maximum action limit or level indicate that corrective action must be taken. Action limits or levels are also sometimes called control limits or levels.

"Activity" means the rate of disintegration or transformation or decay of radioactive material. The units of activity are the becquerel (Bq) and the curie (Ci).

"Final radiation survey" means the survey of the facility or site after decommissioning activities have been completed during which the determination is made by the licensee that the facility or site meets the Department's release criteria.

"Financial surety" or "financial warranty" means the method of assuring that sufficient funds will be available at the time of license termination and decommissioning of the facility to cover all costs associated with the decommissioning.

"Fissile material" means the radionuclides uranium-233, uranium-235, plutonium-239, and plutonium-241, or any combination of these radionuclides. Fissile material means the fissile nuclides themselves, not material containing fissile nuclides. Unirradiated natural uranium and depleted uranium, and natural uranium or depleted uranium that has been irradiated in thermal reactors only, are not included in this definition.

"Fit factor" means a quantitative estimate of the fit of a particular respirator to a specific individual, and typically estimates the ratio of the concentration of a substance in ambient air to its concentration inside the respirator when worn.

"Fit test" means the use of a protocol to qualitatively or quantitatively evaluate the fit of a respirator on an individual.

"Former U.S. Atomic Energy Commission (AEC) or U.S. Nuclear Regulatory Commission (NRC) licensed facilities" means nuclear reactors, nuclear fuel reprocessing plants, uranium enrichment plants, or critical mass experimental facilities where AEC or NRC licenses have been terminated.

"General emergency" means an accident has occurred or is in progress which involves actual or imminent catastrophic reduction of facility safety systems with potential for loss of containment or confinement integrity or release of radioactive material that can be reasonably expected to exceed offsite protective action guides.[3]

3 A definition of "general emergency" is provided for reference and completeness. It is unlikely that any Colorado licensee would need to plan for a general emergency.

"General supervision" means the procedure is under the supervisor's overall direction and control but the supervisor's presence is not required during the performance of the procedure.

"Generally applicable environmental radiation standards" means standards issued by the U.S. Environmental Protection Agency (EPA) under the authority of the Atomic Energy Act of 1954, as amended, that impose limits on radiation exposures or levels, or concentrations or quantities of radioactive material, in the general environment outside the boundaries of locations under the control of persons possessing or using radioactive material.

"Gray" (Gy) means the SI unit of absorbed dose. One gray is equal to an absorbed dose resulting from deposition of 1 joule (J) of energy in 1 kilogram of material (100 rad).

"Hazardous waste" means any waste designated as hazardous by Department regulations in 6 CCR 1007-1-3.

"Healing arts" means any system, treatment, operation, diagnosis, prescription, or practice for the ascertainment, cure, relief, palliation, adjustment, or correction of any human disease, ailment, deformity, injury or unhealthy or abnormal physical or mental condition. For purposes of Parts 2, 6 and 24, "healing arts" includes animals other than humans.

"Helmet" (respiratory) means a rigid respiratory inlet covering that also provides head protection against impact and penetration.

"Phantom" means an object designed such that the interaction of ionizing radiation with the object is suitable for the evaluation of the particular characteristics of the radiation-producing system or anatomic region under consideration.

"Pharmacist" means an individual licensed by a State or Territory of the United States, the District of Columbia or the Commonwealth of Puerto Rico to practice pharmacy.

"Physician" means an individual licensed by a State or Territory of the United States, the District of Columbia or the Commonwealth of Puerto Rico to dispense drugs in the practice of medicine.

"Planned special exposure" means an infrequent exposure to radiation, separate from and in addition to the annual occupational dose limits.

"Podiatrist" means an individual licensed by a State or Territory of the United States, the District of Columbia or the Commonwealth of Puerto Rico to practice podiatry.

"Positive-pressure respirator" means a respirator in which the pressure inside the respiratory inlet covering exceeds the ambient air pressure outside the respirator.

"Positron Emission Tomography (PET) radionuclide production facility" means a facility operating a cyclotron or accelerator for the purpose of producing PET radionuclides.

"Powered air-purifying respirator" (PAPR) means an air-purifying respirator that uses a blower to force the ambient air through air-purifying elements to the facepiece.

"Practitioner of the healing arts" means any person upon whom the U.S. Food and Drug Administration has conferred the authority to administer prescription drugs.

"Pressure-demand respirator" means a positive-pressure atmosphere-supplying respirator that admits breathing air to the facepiece when the positive pressure is reduced inside the facepiece by inhalation.

"Principal activity" means an activity authorized by the license which is essential to achieving the purpose(s) for which the license was issued or amended.

Not included as principal activities are:

(1) Radioactive material storage while no licensed material is accessed for use or disposal; and

(2) Activity incidental to decontamination or decommissioning.

"Projected dose" means a future dose calculated for a specified time period on the basis of estimated or measured initial concentrations of radionuclides or exposure rates and in the absence of protective actions.

"Protective action" means an action taken by members of the public to protect themselves from radiation from an accident involving radioactive material. Protective action may include sheltering, evacuation, relocation, control of access, administration of a radioprotective drug, decontamination of persons, decontamination of land or property, or control of food or water.

"Protective action guide"means a projected dose from an accidental release of radioactive material at which protective action is to be considered.

"Quarter" means a period of time equal to one-fourth of the year observed by the licensee, approximately 13 consecutive weeks, providing that the beginning of the first quarter in a year coincides with the starting date of the year and that no day of the year is omitted or duplicated in consecutive quarters. See also "year".

"Rad" means the special unit of absorbed dose. One rad is equal to an absorbed dose of 100 ergs per gram or 0.01 joule per kilogram (0.01 gray).

"Radiation" means alpha particles, beta particles, gamma rays, x-rays, neutrons, high-speed electrons, high-speed protons, and other particles capable of producing ions. For purposes of these regulations, ionizing radiation is an equivalent term. Radiation, as used in these regulations, does not include non-ionizing radiation, such as radiowaves or microwaves, visible, infrared, or ultraviolet light.

"Radiation area" means any area, accessible to individuals, in which radiation levels could result in an individual receiving a dose equivalent in excess of 0.05 mSv (0.005 rem) in 1 hour at 30 centimeters from the source of radiation or from any surface that the radiation penetrates.

"Radiation detector" means a device that in the presence of radiation provides a signal or other indication suitable for use in measuring one or more quantities of incident radiation.

"Radiation dose". See "dose".

"Radiation machine" means any device capable of producing radiation except those devices with radioactive material as the only source of radiation. Radiation machine includes any accelerator and/or x-ray system, subsystem or equipment.

"Radiation safety officer" (RSO) means an individual who has demonstrated sufficient knowledge to apply radiation protection regulations appropriately and who has been assigned such responsibility by the licensee or registrant.

"Radioactive material" means any solid, liquid, or gas which emits radiation spontaneously.

"Radioactivity" means the transformation of unstable atomic nuclei by the emission of radiation.

"Radiobioassay". See "bioassay".

"Reference man" means a hypothetical aggregation of human physical and physiological characteristics determined by international consensus. These characteristics may be used by researchers and public health workers to standardize results of experiments and to relate biological insult to a common base. A description of the reference man is contained in International Commission on Radiological Protection (ICRP) Publication 23, "Report of the Task Group on Reference Man," 1975.

"Registered medical physicist" (RMP) means an individual who meets the applicable requirements of Appendix 2B and has current Department approval to perform medical physics activities in a designated specialty.

"Registrant" means any person who is registered with the Department and is legally obligated to register with the Department pursuant to these regulations and the Act.

"Registration" means registration with the Department in accordance with the regulations adopted by the Department.