IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03029-WJM-CBS

UNITED STATES ex rel,
MARTHA L. BAKER,

Plaintiff-Relator,

v.

BANNER HEALTH and BANNER
MEDICAL GROUP COLORADO,

Defendants.

---

**AFFIDAVIT OF JULIANNE FRITZ, M.S.N., RN, OCN**

---

STATE OF COLORADO )
) ss
COUNTY OF )

I, JULIANNE FRITZ, M.S.N., RN, OCN, do solemnly swear and affirm the following:

1. I have personal knowledge of the facts set forth below.
2. I am the Northern Colorado (NoCo) and Regional Director of Oncology Services at Banner Health. I have held this position since February 16, 2014. I am responsible for oversight of all oncology services performed at McKee Medical Center ("MMC") in Loveland, Colorado, North Colorado Medical Center ("NCMC") in Greeley, Colorado, and Sterling Regional

**EXHIBIT A**

MedCenter ("SRMC") in Sterling, Colorado. Prior to this position I was the Regional Director of Oncology Services. I have been a registered nurse for thirty-three and half years.

3. Patients receive outpatient radiation therapy services on the hospital campuses of MMC, NCMC and SRMC. SRMC opened the David Walsh Cancer Center ("DWCC") in September 2010 and started treating radiation therapy patients in late October 2010. Prior to this, patients in need of radiation therapy who lived in Sterling, Colorado or the surrounding areas would have to travel to Sidney, Nebraska, Greeley, Fort Collins, or Denver to receive treatment. SRMC is a small hospital that has 25 beds.

4. On September 30, 2010, Banner Medical Group Colorado ("BMGC") hired Dr. Elizabeth Ceilley. Dr. Ceilley was the first radiation oncologist employed by BMGC. Prior to Dr. Ceilley, a group of private practice physicians provided radiation oncology services to patients at NCMC and MMC. BMGC hired Dr. Brian Fuller, also a radiation oncologist, on November 8, 2010. At the time, Dr. Ceilley worked primarily at MMC while Dr. Fuller was primarily assigned to NCMC.

5. From 2000 through 2008, hospital outpatient departments located on a hospital campus, such as those at Banner Health, were entitled to assume that direct supervision rules required by hospital outpatient prospective payment system ("HOPPS") were met because physicians are generally available in a hospital setting. However, radiation oncology services always

maintained a physician (radiation oncologist on site and available) whenever radiation therapy services were performed. However, in November of 2008, CMS signaled that hospitals and Critical Access Hospitals (CAH) could no longer assume physician supervision requirements would be met simply because the outpatient therapeutic service occurred on a hospital campus. Numerous health care systems, including Banner Health, raised concerns that the proposed rule would severely limit access to outpatient therapies, such as chemotherapy and radiation therapy, to patients in rural communities. In response to these concerns, CMS revised the supervision regulation to permit non-physician practitioners to supervise therapeutic hospital outpatient services.

6. In 2010, I reviewed comments made by CMS regarding the revised physician supervision rules and thoroughly researched the topic. I reviewed the 2010 HOPPS proposed and final rules and commentary and the Medicare Benefit Policy Manual. I participated in a conference call on February 10, 2010 regarding physician supervision under the 2010 HOPPS rule that was hosted by the Association of Community Cancer Centers ("ACCC") and review of subsequent literature circulated by ACCC. I also reviewed literature circulated by other health care consulting groups that were discussing the new supervision rules. In addition, I, along with others, analyzed the Colorado Nurse Practice Act to determine whether it was within the scope of practice in Colorado for an advanced practice nurse to

provide direct supervision for external beam radiation therapy.

7. In June 2010, I drafted a position statement summarizing my research and the conclusion that it was appropriate under the 2010 HOPPS rule to use advance practice nurses as a direct supervisor for the delivery of external beam radiation therapy.

8. I discussed my research and my position statement with Jan Johnson, who was the Banner Health, Western Region Compliance Officer, and Pam Stieb, who was the Chief Financial Officer and Compliance Officer of SRMC. Collectively, we decided that under the HOPPS regulations and the Colorado Nurse Practice Act, an advance practice nurse could act as the direct supervisor for the delivery of external beam radiation therapy as long as the criteria outlined were met. We worked to ensure that any nurse practitioner working in radiation oncology had met those criteria. However, we specifically acknowledged that advanced practice nurses could not directly supervise CT-simulations, treatment planning, or treatment plan approval.

9. Consequently when the DWCC received required state certification to provide radiation therapy, if Dr. Fuller or Dr. Ceilley were not at the facility, an advanced practice nurse would directly supervise the delivery of daily fractions of external beam radiation therapy. On the days where there was no radiation oncologist on site, at SRMC, Dr. Fuller and or Dr. Ceilley were always immediately available by telephone and/or by video-

teleconferencing.

10. In addition, on the days that either Dr. Ceilley or Dr. Fuller worked at SRMC, an advanced practice nurse directly supervised external beam radiation therapy at MMC or NCMC.

Further Affiant sayeth not.

Dated this 9 day of February, 2015.

Julianne Fritz

Julianne Fritz, M.S.N., RN, OCN

Subscribed and sworn to before me this 9 day of February, 2015, by Julianne Fritz, M.S.N., RN, OCN.

Witness my hand and official seal.

Sandra S Carter

Notary Public

My commission expires:

8/15/17

SANDRA L CARTER
Notary Public
State of Colorado
Notary ID 20014021228
My Commission Expires Aug 15, 2017