IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03029-WJM-CBS

UNITED STATES ex rel,
MARTHA L. BAKER,

Plaintiff-Relator

v.

BANNER HEALTH and BANNER
MEDICAL GROUP COLORADO,

Defendants.

---

**AFFIDAVIT OF ELIZABETH CEILLEY, MD**

---

STATE OF COLORADO )
) ss
COUNTY OF )

I, ELIZABETH CEILLEY, M.D., do solemnly swear and affirm the following:

1. I am a board certified radiation oncologist, and I have been employed by Banner Medical Group Colorado or its predecessors ("BMGC") since September 30, 2010.

2. I received my M.D. from the University of Iowa College of Medicine in 1998, and I did an intern year at the Tucson Medical Center in Tucson, Arizona from1998 to 1999. I completed my residency in radiation oncology at

**EXHIBIT**
**B**

Massachusetts General Hospital, Harvard Medical School, in Boston, Massachusetts in 2002.

3. When I was hired by BMGC, I spent most of my time treating patients at McKee Medical Center ("MMC"). I also treated patients at North Colorado Medical Center ("NCMC"). Starting in approximately November 2010, I started treating patients at Sterling Regional Med Center ("SRMC") as well.

4. Hospital outpatient radiation therapy includes external beam radiation therapy. External beam radiation therapy uses high-energy X-rays to destroy cancer cells or slow their growth.

5. External beam radiation therapy is most commonly delivered by machines called *linear accelerators* ("linacs").

6. Typically, a course of external beam radiation therapy is administered on a five day a week basis over the course of several weeks.

7. The delivery of external beam radiation therapy is dependent upon a team of professionals that work together. This team includes, but is not limited to, a radiation oncologist, a dosimetrist, a medical physicist, and a radiation therapist. Often times the team includes an advanced practice nurse and a nurse.

8. Prior to any treatment with radiation therapy, treatment planning occurs. First, the treating radiation oncologist will consult with the patient and explain the anticipated treatment plan.

9. The patient will go through a treatment planning process called "simulation." This process uses a CAT scan, PET scan, or an MRI to identify the locations where the patient will receive radiation.

10. Using the images developed during simulation, the physician or a dosimetrist will then draw the patient's anatomy over the images in a process called contouring. The radiation oncologist then outlines the target and creates a radiation prescription.

11. Next, the dosimetrist will create the plan to simultaneously target the tumor and protect all healthy tissue. He or she accomplishes this by simulating the delivery of the radiation beams to the patient on a computer. The plan is then reviewed by the radiation oncologist. The physician may increase or decrease the dose recommended based on dosage to normal tissues. The dosimetrist's plan may go back and forth between the radiation oncologist and the dosimetrist several times before the radiation oncologist is satisfied. This is especially true if the plan is complicated.

12. Once the radiation oncologist signs off on the radiation plan, he or she will issue a written directive and write a final radiation prescription.

13. Next, a medical physicist will perform a quality assurance check. The physicist ensures that the beams are properly configured to deliver high doses of radiation close to the tumor and lower levels of radiation to the surrounding areas. The physicist then delivers a fraction, or daily dose, of the radiation therapy to a "phantom patient." If there are no complications

with the delivery of the radiation beams, the medical physicist will sign off on the plan.

14. Once the physicist signs off on the plan, the plan is reviewed by a radiation therapist.

15. The process of creating a radiation plan can take anywhere from a few hours to a few weeks. A patient cannot be treated until a plan has been finalized.

16. Once the plan is ready and all necessary reviews are completed, the radiation therapist delivers the treatment to the patient through the linac. Radiation oncologists do not receive training on operating the linacs and do not know how to operate them. In fact, radiation oncologists are not credentialed to operate the linacs.

17. Once the beam is turned on, it is impossible to alter the treatment delivery. The only options are to let the beam deliver the therapy or to turn off the machine. The radiation therapists are trained to verify patient position prior to administrating the treatment. Sometimes the beam is turned off so the patient's position can be adjusted, but the manner in which the radiation is delivered cannot be changed by either the therapists or the radiation oncologist at the linac.

18. Certain procedures, such as stereotactic radiosurgery, do require the physician's presence to check images for beam placement in real time. However, the physician need not be at the linac console during routine

external beam radiation treatment. Images can be checked by the physician later. When I am called to furnish assistance and direction during external beam radiation therapy, it is typically to provide guidance regarding the patient's clinical status. Examples would include that the patient is light-headed from dehydration, their pain is not well controlled, or they are unable to hold still due to shortness of breath. These clinical scenarios can be handled appropriately by a physician or a nurse practitioner. Radiation treatment may be held if appropriate, but the radiation technique may not be altered without re-planning.

19. If, during the course of a patient's multiple week treatment of radiation therapy, the radiation oncologist decides that he or she needs to change the radiation technique or dose per treatment, the entire process described above must be repeated.

20. If there is a problem with the machine, the radiation therapist will call the medical physicist.

Further Affiant sayeth not.

Dated this 9th day of February, 2015.

Elizabeth Ceilley
Elizabeth Ceilley, M.D.

Subscribed and sworn to before me this 9th day of February, 2015, by Elizabeth Ceilley, M.D.

Witness my hand and official seal.

TAMI UNSER NOTARY PUBLIC STATE OF COLORADO MY COMMISSION EXPIRES 02/29/2016

Tami Unser
Notary Public

My commission expires: 2/29/2016