# Medicare Claims Processing Manual
## Chapter 13 - Radiology Services and Other Diagnostic Procedures

**Table of Contents**
***(Rev. 2932, 04-18-14)***

**Transmittals for Chapter 13**

10 - ICD -9-CM Coding for Diagnostic Tests

10.1 - Billing Part B Radiology Services and Other Diagnostic Procedures

20 - Payment Conditions for Radiology Services

20.1 - Professional Component (PC)

20.2 - Technical Component (TC)

20.2.1 - Hospital and Skilled Nursing Facility (SNF) Patients

20.2.2 - Services Not Furnished in Hospitals

20.2.3 - Services Furnished in Leased Departments

20.3 – Anti-Markup Payment Limitation

20.3.1 – B/MAC Payment Rules

20.3.2 - Billing for Services

30 - Computerized Axial Tomography (CT) Procedures

30.1 - Low Osmolar Contrast Media (LOCM) (HCPCS Codes Q9945-Q9951)

30.1.1 - Payment Criteria

30.1.2 - Payment Level

30.1.3 - SNF Billing and Intermediary (FI) Payment for Contrast Material Other Than Low Osmolar Contrast Material (LOCM) (Radiology)

30.1.3.1 - FI Payment for Low Osmolar Contrast Material (LOCM) (Radiology)

40 - Magnetic Resonance Imaging (MRI) Procedures

40.1 – Magnetic Resonance Angiography (MRA)

40.1.1 – Magnetic Resonance Angiography (MRA) Coverage Summary

40.1.2 - HCPCS Coding Requirements

40.1.3 - Special Billing Instructions for RHCs and FQHCs

40.1.4 – Payment Requirements

40.2 – Medicare Summary Notices (MSN), Reason Codes, and Remark Codes

**EXHIBIT**
**A-1**

50 - Nuclear Medicine (CPT 78000 - 79999)

50.1 - Payments for Radionuclides

50.2 - Stressing Agent

50.2.1 - FI Payment for IV Persantine

50.2.2 - FI Payment for Adenosine

50.3 - Application of Multiple Procedure Policy (CPT Modifier "-51")

50.4 - Generation and Interpretation of Automated Data

60 - Positron Emission Tomography (PET) Scans - General Information

60.1 - Billing Instructions

60.2 - Use of Gamma Camera and Full and Partial Ring PET Scanners for PET Scans

60.2.1 - Coverage for Myocardial Viability

60.3 - PET Scan Qualifying Conditions and HCPCS Code Chart

60.3.1 - Appropriate CPT Codes Effective for PET Scans for Services Performed on or After January 28, 2005

60.3.2 - Tracer Codes Required for PET Scans

60.3.3 - Medicare Summary Notice (MSN)

60.3.4 - Remittance Advice Message

60.4 - PET Scans for Imaging of the Perfusion of the Heart Using Rubidium 82 (Rb 82)

60.5 - Expanded Coverage of PET Scans for Solitary Pulmonary Nodules (SPNs)

60.6 - Expanded Coverage of PET Scans Effective for Services on or After July 1, 1999

60.7 - Expanded Coverage of PET Scans Effective for Services on or After July 1, 2001

60.8 - Expanded Coverage of PET Scans for Breast Cancer Effective for Dates of Service on or After October 1, 2002

60.9 - Coverage of PET Scans for Myocardial Viability

60.10 - Coverage of PET Scans for Thyroid Cancer

60.11 Coverage of PET Scans for Perfusion of the Heart Using Ammonia N-13

60.12 Coverage for PET Scans for Dementia and Neurodegenerative Diseases

60.13 - Billing Requirements for PET Scans for Specific Indications of Cervical Cancer for Services Performed on or After January 28, 2005

60.14 - Billing Requirements for PET Scans for Non-Covered Indications

60.15 - Billing Requirements for CMS - Approved Clinical Trials and Coverage With Evidence Development Claims for PET Scans for Neurodegenerative Diseases, Previously Specified Cancer Indications, and All Other Cancer Indications Not Previously Specified

60.16 – Billing and Coverage Changes for PET Scans Effective for Services on or After April 3, 2009

60.17 – Billing and Coverage for PET Scans for Cervical Cancer Effective for Services on or After November 10, 2009

60.18 – Billing and Coverage Changes for PET (NaF-18) Scans to Identify Bone Metastasis of Cancer Effective for Claims With Dates of Services on or After February 26, 2010

60.19 – Local Coverage Determination for PET Using New, Proprietary Radiopharmaceuticals for their FDA-Approved Labeled Indications for Oncologic Imaging Only

70 - Radiation Oncology (Therapeutic Radiology)

70.1 - Weekly Radiation Therapy Management (CPT 77419 - 77430)

70.2 - Services Bundled Into Treatment Management Codes

70.3 - Radiation Treatment Delivery (CPT 77401 - 77417)

70.4 - Clinical Brachytherapy (CPT Codes 77750 - 77799)

70.5 - Radiation Physics Services (CPT Codes 77300 - 77399)

80 - Supervision and Interpretation (S&I) Codes and Interventional Radiology

80.1 - Physician Presence

80.2 - Multiple Procedure Reduction

90 - Services of Portable X-Ray Suppliers

90.1 - Professional Component

90.2 - Technical Component

90.3 - Transportation Component (HCPCS Codes R0070 - R0076)

90.4 - Set-Up Component (HCPCS Code Q0092)

90.5 - Transportation of Equipment Billed by a SNF to an FI

100 - Interpretation of Diagnostic Tests

100.1 - X-rays and EKGs Furnished to Emergency Room Patients

110 - Special Billing Instructions for Claims Submitted to FIs

110.1 - Aborted Procedure

110.2 - Combined Procedures (Radiology)

110.3 - Payment for Radiopharmaceuticals

120 - Radiology or Other Diagnostic Unlisted Service or Procedure Billing Instructions for FI Claims

130 - EMC Formats

140 - Bone Mass Measurements (BMMs)

140.1 - Payment Methodology and HCPCS Coding

140.2 - Medicare Summary Notice (MSN) Messages

140.3 - Remittance Advice Messages

140.4 - Advance Beneficiary Notices (ABNs)

150 - Place of Service (POS) Instructions for the Professional Component (PC or Interpretation) and the Technical Component (TC) of Diagnostic Tests

## 10 - ICD -9-CM Coding for Diagnostic Tests

**(Rev. 1, 10-01-03)**
**B3-15021.1**

The ICD-9-CM Coding Guidelines for Outpatient Services (hospital-based and physician office) have instructed physicians to report diagnoses based on test results. Instructions and examples for coding specialists, contractors, physicians, hospitals, and other health care providers to use in determining the use of ICD-9-CM codes for coding diagnostic test results is found in Chapter 23.

## 10.1 - Billing Part B Radiology Services and Other Diagnostic Procedures

**(Rev. 1, 10-01-03)**
**SNF-533**

Acceptable HCPCS codes for radiology and other diagnostic services are taken primarily from the CPT-4 portion of HCPCS. Payment is the lower of the charge or the Medicare physician fee schedule amount. Deductible and coinsurance apply, and coinsurance is based on the allowed amount.

For claims to intermediaries (FIs), revenue codes, HCPCS code, line item dates of service, units, and applicable HCPCS modifiers are required. Charges must be reported by HCPCS code. If the same revenue code applies to two or more HCPCS codes, providers should repeat the revenue code and show the line item date of service, units, and charge for each HCPCS code on a separate line.

## 20 - Payment Conditions for Radiology Services

**(Rev. 1, 10-01-03)**
**B3-15022**

## 20.1 - Professional Component (PC)

**(Rev. 1, 10-01-03)**

Carriers must pay for the PC of radiology services furnished by a physician to an individual patient in all settings under the fee schedule for physician services regardless of the specialty of the physician who performs the service. For services furnished to hospital patients, carriers pay only if the services meet the conditions for fee schedule payment and are identifiable, direct, and discrete diagnostic or therapeutic services to an individual patient, such as an interpretation of diagnostic procedures and the PC of therapeutic procedures. The interpretation of a diagnostic procedure includes a written report.

## 20.2 - Technical Component (TC)

**(Rev. 1, 10-01-03)**

## 20.2.1 - Hospital and Skilled Nursing Facility (SNF) Patients

**(Rev. 1782; Issued: 07-30-09; Effective Date: 07-01-09; Implementation Date: 07-06-09)**

Carriers may not pay for the technical component (TC) of radiology services furnished to hospital patients. Payment for physicians' radiological services to the hospital, e.g., administrative or supervisory services, and for provider services needed to produce the radiology service, is made by the fiscal intermediary (FI)/AB MAC to the hospital as a provider service.

FIs/AB MACs include the TC of radiology services for hospital inpatients, except Critical Access Hospitals (CAHs), in the prospective payment system (PPS) payment to hospitals.

Hospital bundling rules exclude payment to suppliers of the TC of a radiology service for beneficiaries in a hospital inpatient stay. CWF performs reject edits to incoming claims from suppliers of radiology services.

Upon receipt of a hospital inpatient claim at the CWF, CWF searches paid claim history and compares the period between the hospital inpatient admission and discharge dates to the line item service date on a line item TC of a radiology service billed by a supplier. The CWF will generate an unsolicited response when the line item service date falls within the admission and discharge dates of the hospital inpatient claim.

Upon receipt of an unsolicited response, the carrier will adjust the TC of the radiology service and recoup the payment.

For CAHs, payment to the CAH for inpatients is made at 101 percent of reasonable cost.

Radiology and other diagnostic services furnished to hospital outpatients are paid under the Outpatient Prospective Payment System (OPPS) to the hospital. This applies to bill types 12X and 13X that are submitted to the FI/AB MAC. Effective 4/1/06, type of bill 14X is for non-patient laboratory specimens and is no longer applicable for radiology services.

As a result of SNF Consolidated Billing (Section 4432(b) of the Balanced Budget Act (BBA) of 1997), carriers may not pay for the TC of radiology services furnished to Skilled Nursing Facility (SNF) inpatients during a Part A covered stay. The SNF must bill radiology services furnished its inpatients in a Part A covered stay and payment is included in the SNF Prospective Payment System (PPS).

Radiology services furnished to outpatients of SNFs may be billed by the supplier performing the service or by the SNF under arrangements with the supplier. If billed by the SNF, Medicare pays according to the Medicare Physician Fee Schedule. SNFs submit claims to the FI/AB MAC with type of bill 22X or 23X.

- Verification of Dosage, As Needed (whatever code billed)
- Continued Patient Evaluation, Examination, Written Progress Notes, As Needed (whatever code billed)
- Final Physical Examination (whatever code billed)
- Medical Prescription Writing (whatever code billed
- Nutritional Counseling (whatever code billed)
- Pain Management (whatever code billed)
- Review & Revision of Treatment Plan (whatever code billed)
- Routine Medical Management of Unrelated Problem (whatever code billed)
- Special Care of Ostomy (whatever code billed)
- Written Reports, Progress Note (whatever code billed)
- Follow-up Examination and Care for 90 Days After Last Treatment (whatever code billed)

## 70.3 - Radiation Treatment Delivery (CPT 77401 - 77417)
**(Rev. 1, 10-01-03)**

Carriers pay for these TC services on a daily basis under CPT codes 77401-77416 for radiation treatment delivery. They do not use local codes and RVUs in paying for the TC of radiation oncology services. Multiple treatment sessions on the same day are payable as long as there has been a distinct break in therapy services, and the individual sessions are of the character usually furnished on different days. Carriers pay for CPT code 77417 (Therapeutic radiology port film(s)) on a weekly (five fractions) basis.

## 70.4 - Clinical Brachytherapy (CPT Codes 77750 - 77799)
**(Rev. 1, 10-01-03)**

Carriers must apply the bundled services policy to procedures in this family of codes other than CPT code 77776. For procedures furnished in settings in which TC payments are made, carriers must pay separately for the expendable source associated with these procedures under CPT code 79900 except in the case of remote after-loading high intensity brachytherapy procedures (CPT codes 77781-77784). In the four codes cited, the expendable source is included in the RVUs for the TC of the procedures.

## 70.5 - Radiation Physics Services (CPT Codes 77300 - 77399)
**(Rev. 1, 10-01-03)**

Carriers pay for the PC and TC of CPT codes 77300-77334 and 77399 on the same basis as they pay for radiologic services generally. For professional component billings in all settings, carriers presume that the radiologist participated in the provision of the service, e.g., reviewed/validated the physicist’s calculation. CPT codes 77336 and 77370 are