IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03029-WJM-CBS

UNITED STATES ex rel,
MARTHA L. BAKER,

Plaintiff-Relator

v.

BANNER HEALTH and BANNER
MEDICAL GROUP COLORADO,

Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION TO FILE A SUR-REPLY TO RELATOR'S REPLY IN SUPPORT OF HER EARLY MOTION FOR PARTIAL SUMMARY JUDGMENT

---

THIS MATTER having come before the Court on Defendants' Motion to File a Sur-Reply to Relator's Reply in Support of Her Early Motion for Partial Summary Judgment, the court having reviewed the file and being fully advised:

DOES HEREBY grant Defendants' Motion to File a Sur-Reply to Relator's Reply in Support of Her Early Motion for Partial Summary Judgment.

Done this ____ day of March, 2015.

BY THE COURT:

____________________________________
District Court Judge/Magistrate Judge