# EXHIBIT 2

**From:** Fritz, Julianne
**Sent:** Thursday, April 21, 2011 2:02 PM
**To:** Christner, Helene
**Cc:** Ehrman, Sheryl; Gale, Pamola S; Schooley, Patrick; Baker, Marty; McBlair, Cindy; Dreiling, Mary
**Subject:** RE: [ACCCExchange] Chemo supervision by a physician - CMS policy

Helene
You are correct in that there has been much in the oncology literature and "back and forth" on this issue, and various entities with different interpretations of this ruling. Several of us have spent an enormous amount of time working through this specific issue over the past two years. I just recognized that this topic came up. The Colorado State Practice Act allows for this within the scope of practice. We have lots of documentation, CMS standards, and ruling on this.

I just did not want yesterday's comments to go without response since I understood concern from various individuals on this topic.

Thanks
Julianne

Julianne Fritz RN, OCN
Regional Director Oncology Services, Palliative Care
Banner Health
(970) 350-6567 office
(970) 350-8393 pager
julianne.fritz@bannerhealth.com

---

**From:** Christner, Helene
**Sent:** Thursday, April 21, 2011 9:43 AM
**To:** Fritz, Julianne
**Subject:** RE: [ACCCExchange] Chemo supervision by a physician - CMS policy

Thanks Julianne, I also did a search and found some interesting dialogue from different facilities posting responses from CMS asking specific questions about what does "must be available to furnish assistance and direction throughout the procedure" or "ability to furnish/perform the procedure or service being supervised". I think that is where there is a lot of hang up, where as I can take over a therapeutic service of chemotherapy because I am chemo certified and can administer chemotherapy. I cannot take over giving a radiation treatment because I am not trained or certified. That is where "some" interpret no NP can supervise in Rad Onc, unless they are trained Rad Therapist and became NPs. Of course the argument is that the Rad Oncs also do not know how to provide the treatment itself, because they don't know how to run the lin ac. Many have done what we have and show documentation of training in Radiation Oncology, ONS courses in Rad Onc just like the ONS Chemo course, didactics and clinical, then also been given privileges' in the hospital. I think we will see different interpretations with different agencies frequently.

Helene Christner MSN, FNP-BC
David Walsh Cancer Center
Infusion/chemotherapy
Phone: 970-526-5570