IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03029-WJM-CBS

UNITED STATES ex rel,
MARTHA L. BAKER,

Plaintiff-Relator,

v.

BANNER HEALTH and BANNER
MEDICAL GROUP COLORADO,

Defendants.

---

**AFFIDAVIT OF JULIANNE FRITZ, M.S.N., RN, OCN**

---

STATE OF ARIZONA )
) ss
COUNTY OF )

I, JULIANNE FRITZ, M.S.N., RN, OCN, do solemnly swear and affirm the following:

1. I have personal knowledge of the facts set forth below.
2. I am the interim Associate Administrator of the Banner MD Anderson Cancer Center and Programs at Banner Health. I was the Northern Colorado (NoCo) and Regional Director of Oncology Services at Banner Health. I held this position from February 16, 2014 until August 3, 2015. I was responsible for the oversight of all oncology services performed at

**EXHIBIT A**

McKee Medical Center ("MMC") in Loveland, Colorado, North Colorado Medical Center ("NCMC") in Greeley, Colorado, and Sterling Regional MedCenter ("SRM") in Sterling, Colorado. Prior to this position, I was the Regional Director of Oncology Services. I have been a registered nurse for thirty-three and half years.

3. Banner Health is a non-profit organization that is headquartered in Phoenix, Arizona.

4. Banner Medical Group Colorado (BMGC) is Banner's Colorado based employed physician group. BMGC is a non-profit organization that is headquartered in Greeley, Colorado.

5. The hospitals that Banner Health owns or operates in Colorado include NCMC, MMC, and SRM, the only facilities where outpatient radiation oncology services are provided.

6. SRM is a small hospital that has 25 beds.

7. In 2002, the Cancer Center opened at MMC. The Cancer Institute at NCMC opened in 2004. At the time, neither Banner Health nor Banner Medical Group employed radiation oncologists. Rather, NCMC and MMC provided the facilities and equipment needed for the delivery of radiation oncology treatment but contracted with private physicians for the provision of professional services.

8. In 2008, Sterling residents, Frank and Gloria Walsh, announced that they would make an 8.8 million dollar charitable donation to SRM and the

Banner Health Foundation in honor of their son who died of cancer at the age of 41. The intent behind the donation was to build a cancer treatment center in Sterling so that residents of Sterling and nearby communities would not have to travel as far as 120 miles for cancer treatment.

9. The David Walsh Cancer Center (DWCC) was built on SRM's medical campus and opened on September 9, 2010and started treating radiation therapy patients on October 26, 2010.

10. Defendants did not submit claims to Centers for Medicare and Medicaid for any outpatient radiation therapy provided at DWCC until November 8, 2010.

11. Patients receive outpatient radiation therapy services on the hospital campuses of MMC, NCMC and SRM.

Further Affiant sayeth not.

Dated this 21 day of August, 2015.

Julianne Fritz, M.S.N., RN, OCN

Subscribed and sworn to before me this 21 day of August, 2015, by Julianne Fritz, M.S.N., RN, OCN.

Witness my hand and official seal.

GRISEL GANDARILLA
Notary Public
Pinal County, Arizona
My Comm. Expires
August 13, 2018

Notary Public

My commission expires: 8/13/2018