# LIST OF EXHIBITS

1. Banner financial reports
2. Banner web pages
3. 65 Fed. Reg. 18434
4. 68 Fed. Reg. 55634
5. 74 Fed. Reg. 35232
6. 74 Fed. Reg. 60316
7. 75 Fed. Reg. 71800
8. 76 Fed. Reg. 42170
9. 76 Fed. Reg. 74122
10. Expert Report of David C. Beyer, M.D.
11. March 3, 2010 email chain
12. Foley & Lardner article
13. January 24, 2010 email
14. January 29, 2010 Revenue Cycle email
15. February 15, 2010 email
16. ASTRO Medicare's Physician Supervision Requirements
17. March 8, 2010 email with Regulatory Compliance Support document
18. June 11, 2010 notice from the AAPC
19. June 2010 "white paper"
20. Revenue Cycle report
21. Revenue Cycle slide
22. April 21, 2011 email
23. Ceilley Deposition
24. Ehrman Deposition
25. Fritz Deposition
26. Johnson Deposition
27. Fuller Deposition
28. Medicare Benefit Policy Manual, Transmittal 101
29. Medicare Benefit Policy Manual, Transmittal 128
30. Medicare Benefit Policy Manual, Transmittal 137
31. Response to Interrogatories