# EXHIBIT 1

## Banner Health and Subsidiaries

## Consolidated Statements of Income

| | Year Ended December 31 2014 | 2013 |
|---|---|---|
| | *(In Thousands)* | |
| Revenues: | | |
| Net patient service | $ 5,116,229 | $ 4,931,778 |
| Provision for doubtful accounts | 370,246 | 507,725 |
| Net patient service revenue, less provision for doubtful accounts | 4,745,983 | 4,424,053 |
| Medical insurance premiums | 468,274 | 439,732 |
| Other revenue | 183,614 | 233,219 |
| Total other operating revenue | 651,888 | 672,951 |
| Total revenues | 5,397,871 | 5,097,004 |
| Expenses: | | |
| Salaries and benefits | 2,745,952 | 2,544,540 |
| Supplies | 863,839 | 799,235 |
| Physician and professional fees | 124,439 | 114,148 |
| Medical claims cost, net of Banner claims of $226,352 in 2014 and $222,322 in 2013 | 214,060 | 252,003 |
| Depreciation and amortization | 319,206 | 300,952 |
| Interest | 136,021 | 131,948 |
| Other | 731,086 | 700,078 |
| Total expenses | 5,134,603 | 4,842,904 |
| Operating income | 263,268 | 254,100 |
| Other income (losses): | | |
| Investment income – realized | 91,730 | 128,154 |
| Investment (loss) income – unrealized | (2,756) | 168,365 |
| Income from alternative investments | 53,735 | 107,940 |
| Investment income | 142,709 | 404,459 |
| Unrealized (loss) gain on interest rate swaps | (141,203) | 180,118 |
| Other | (6,439) | (5,282) |
| | (4,933) | 579,295 |
| Excess of revenues over expenses | 258,335 | 833,395 |
| Less excess of revenues over expenses attributable to non-controlling interest | 19,882 | 17,918 |
| Excess of revenues over expenses attributable to Banner Health | 238,453 | 815,477 |
| Amortization of cumulative loss on interest rate swaps | 227 | 227 |
| (Increase) decrease in unfunded pension liability | (8,776) | 13,382 |
| Contributions for property and equipment acquisitions | 11,339 | 14,020 |
| Increase in unrestricted net assets | $ 241,243 | $ 843,106 |

*See accompanying notes.*