Banner Home | Banner Locations | Patient Resources | Careers

Banner MD Anderson Cancer Center
Making Cancer History®

Search...

EXHIBIT 2

About Us Services Patients & Visitors Education & Support News For Physicians Ways to Give

# Services at Banner MD Anderson Cancer Center

PRINT EMAIL FONT SIZE

Radiation Oncology
About Radiation Onco...
Our Physicians
View All Services

YOU ARE HERE >> Locations > Arizona > Banner MD Anderson Cancer Center > Programs & Services > Radiation Oncology > About Radiation Oncology

## Radiation Oncology

At Banner MD Anderson, we tailor cancer treatment plans to our patient's individual needs. For many, the plan includes radiation oncology to kill cancer cells or, in some cases, to relieve symptoms and minimize pain brought about by the disease. Approximately half of all cancer patients require radiation therapy as part of their treatment. This incredibly precise method of delivering regulated doses of high-energy radiation may be a patient's only course of treatment. It may also be used with chemotherapy and/or as a complement to surgery.

**Banner MD Anderson Radiation Oncology Services are provided at:**

Banner MD Anderson Cancer Center
2946 E. Banner Gateway Drive
Gilbert, AZ 85234

Banner Desert Medical Center
1400 S. Dobson Road
Mesa, AZ 85202

Banner Thunderbird Medical Center
5555 W. Thunderbird Road
Glendale, AZ 85306

Our highly coordinated radiation oncology team consists of board-certified physicians specially trained in radiation oncology, medical physicists, dosimetrists, radiation therapists and nurses. Together, they provide the highest level of cancer care using the latest medical equipment in conjunction with the world-renowned protocols of The University of Texas MD Anderson Cancer Center.

From 4-dimensional-CT capabilities that let physicians see and account for the movement of tumors inside the body, to highly sophisticated linear accelerators and patient positioning devices that ensure exact radiation delivery, we use the latest technologies to provide the safest, most accurate treatments.

Our robust suite of radiation oncology imaging and treatment tools, including two state-of-the-art TrueBeam linear accelerators and ExacTrac motion correction devices, enable physicians at Banner MD Anderson to perform such specialized radiation oncology procedures as:

- 3D Conformal Treatment
- 4D Treatment Planning and Respiratory Gating
- Electron Beam Treatment
- High Dose Rate (HDR) Brachytherapy
- Image-Guided Radiation Therapy (IGRT)
- Intensity-Modulated Radiation Therapy (IMRT)
- Stereotactic Body Radiation Therapy (SBRT)
- Stereotactic Radiosurgery (SRS)
- Volumetric Modulated Arc Therapy (VMAT)

Related Links
Schedule an appointment
Sign up for our e-newsletter
Learn about becoming a volunteer!

---

### 3D Conformal Treatment

Three-dimensional (3D) treatment is a technology that allows radiation therapy beams to be shaped exactly to the size of a tumor. The tumor is able to be visualized in three dimensions so that the radiation beams paths and shapes can optimized treat cancer but minimize causing side effects to normal organs.

---

### 4D Treatment Planning & Respiratory Gating

Many cancers of the body (e.g. lung cancer) move during treatment as a patient breathes. Four-dimensional treatment planning and delivery enables radiation treatment to adjust to movements during therapy. In addition, 4D treatment is used to protect critical areas of the body during radiation treatment (e.g. shield heart during breast cancer treatment).

**Electron Beam Treatment**
Electron beam treatment is different than standard X-ray treatment as it only penetrates a few centimeters into the body and then stops. It is the preferred treatment for superficial tumors or skin cancers.

**High Dose Rate (HDR) Brachytherapy**
High Dose Rate (HDR) Brachytherapy involves the temporary placement of radioactive sources within the body to deliver high-doses of radiation to localized areas in a manner that helps protect and spare healthy tissue. At Banner MD Anderson Cancer Center, HDR Brachytherapy is performed on an outpatient basis and may be used to treat gynecologic, breast, lung and skin cancers.

**Image-Guided Radiation Therapy (IGRT)**
Image-Guided Radiation Therapy (IGRT) is a specialized radiation delivery method that accounts for the movement of tumors in organs, such as the lungs, that move naturally inside the body. At Banner MD Anderson, IGRT uses ExacTrac® and Cone Beam CT to ensure the exact placement and delivery of radiation, regardless of movement.

**Intensity-Modulated Radiation Therapy (IMRT)**
Intensity-Modulated Radiation Therapy (IMRT) is a type of highly conformal radiotherapy that uses computer-generated planning to direct multiple radiation beams of differing intensities to the tumor being targeted for treatment. The precision of these beams makes it is possible to deliver higher doses of radiation than with conventional radiation therapy while minimizing the impact on healthy tissue.

**Stereotactic Body Radiation Therapy (SBRT)**
Stereotactic Body Radiation Therapy combines the advanced 3-dimensional or Intensity-Modulated Radiation Therapy (IMRT) treatment techniques and Image-Guided Radiation Therapy (IGRT) to provide targeted high dose radiation delivery in just a few treatment sessions.

**Stereotactic Radiosurgery (SRS)**
Stereotactic radiosurgery is precise, targeted, high dose treatment that is delivered in just one treatment. This technique is mainly used for brain and spine tumors and utilizes the most advanced image-guidance and treatment planning systems available.

**Volumetric Modulated Arc Therapy (VMAT)**
Volumetric Modulated Arc Therapy (VMAT) uses a form of highly conformal Intensity-Modulated Radiation Therapy (IMRT) computerized planning to treat patients with a rotational arc therapy that rotates around the patient while the treatment beam is on. The SmartArc® VMAT technology enables Banner MD Anderson Cancer Center patients to receive very complex treatments in just a few minutes, which enhances comfort and minimizes excessive tumor movement during treatment.


©2015 Banner Health

**Banner MD Anderson Cancer Center**
Higley Road and US 60
2946 E. Banner Gateway Drive
Gilbert, AZ 85234
(480) 256-6444
(855) 256-6444

Follow Us:

NEW FEATURES! View your Lab Results. Access your Child's Account. MyBanner



Banner University Medical Center Phoenix



# Services at Banner – University Medical Center Phoenix







Schedule your Appointment

## Radiation Oncology

The Radiation Oncology department at Banner – University Medical Center Phoenix offers a diverse range of treatments for cancers and some non-malignant conditions.




Many cancer patients receive radiation therapy during the course of their therapy. Radiation may be the only method of treatment or it could be in combination with surgery and/or chemotherapy. Our therapy treatments often involve precise external beam high energy radiation delivered from linear accelerators, which include specialized techniques such as:

- Intensity Modulated Radiation Therapy (IMRT)
- Stereotactic Radiosurgery (SRS)
- Fractionated Stereotactic Radiation Therapy (FSRT)
- Stereotactic Body Radiation Therapy (SBRT)

We also provide several other methods of radiation delivery when appropriate:

- High Dose Rate Brachytherapy (HDR)
- Permanent Low Dose Rate Brachytherapy (LDR)
- Total Body Irradiation (TBI)
- Total Skin Electron Therapy (TBE)
- Hyperthermia

For treatment planning we use specialized computer systems that can reconstruct diagnostic images in 3-D. Our highly trained staff of physicists and dosimetrists designs treatments plans for the physician's approval. We may use Positron Emission Tomography (PET), Computerized Tomography (CT) and Magnetic Resonance Imaging (MRI).

Our external beam irradiation can treat:

- Breast cancer
- Lung cancer
- Gynecological cancers
- Brain tumors
- Colon cancer
- Head and neck cancers
- Skin cancer
- Prostate cancer

**Meet the Physicians at Banner – University Medical Center Phoenix Radiation Oncology**

Lauren D. Stegman, MD, PhD
John J. Kresl, MD, PhD
Kurt Wharton, MD, DABR
Sandra Zaky, MD, DABR
Anderson A. Bauer, DABR

**Patient Support**

We provide more than technology however, Our experienced and compassionate staff is dedicated to provide expert care for you every step of the way:

- Valet parking from the West Tower entrance off of 10th St.
- Registered dietitian if you have nutritional needs.
- American Cancer Society Patient Navigator to assist patients with transportation, lodging, grants, and wigs to name just a few of the many services offered.
- Music and pet therapy are available to our patients as well as a variety of support groups.

**Make your first visit go smoother by filling out these forms first and faxing them to (602) 839-6000**

Employees | Students | Vendors | Use Agreement | Privacy Statement | Job Search | Site Map | Contact Banner ©2015 Banner Health

**Banner – University Medical Center Phoenix**
1111 E. McDowell Road
Phoenix, AZ 85006
(602) 839-2000

Follow Us: