# EXHIBIT 10

**Expert Report**
**David C. Beyer MD, FACR, FACRO, FASTRO**
United States ex rel., Martha Baker v. Banner Health and Banner Medical Group Colorado
Case No. 12-CV-3029-WJM-CBS

## 1) BACKGROUND

### A. Expert Qualifications

I am a practicing Radiation Oncologist with particular interest, expertise, and experience in several areas relevant to this case. I studied electrical engineering at MIT and then received my MD from the University of Arizona. I completed back to back residencies in Internal Medicine and Radiation Oncology and am Board Certified in both specialties. Despite holding a lifetime certificate, I am voluntarily enrolled in Maintenance of Certification(MOC). This is a higher standard for continuing education and lifelong learning that has been required for all diplomats since the mid 1990's. As my board certification predates the MOC requirement, I am not obligated, but have chosen to participate. In the clinic, I have a focus on the management of prostate cancer and the use of brachytherapy in cancer treatment. My practice, however, is not restricted to one disease and I treat a variety of patients with all diagnoses.

For most of the past 30 years, I have practiced in and managed a group with in a network of freestanding centers throughout Arizona. My current practice is based in a rural community covering a hospital owned clinic where the hospital is responsible for coding and billing all technical fees and my practice reports all the professional fees.

I have developed expertise in billing and coding through personal experience managing my own practice and as a representative of the American Society for Radiation Oncology (ASTRO), the American College of Radiation Oncology (ACRO) and the American College of Radiology (ACR). I have served on the Board of Directors of all three organizations representing the Health Policy initiatives of the societies. I served as chair of the Code Utilization and Application committee which was charged with providing coding advice for members. I represented ASTRO as CPT Advisor (or alternate) for most of the past decade. In this capacity I was directly involved in the creation of new CPT codes and their valuation. I participated in the development of CPT Assistant articles and helped guide policy. I first participated in the drafting of the ACR/ASTRO User's Guide for coding in approximately 2001 and chaired one subsequent revision and update, including the most recent version released January 2015. I have been a coauthor on a number of guidelines, including those specific for IMRT. I have also had the opportunity to present lectures on coding changes and recommendations to many groups including radiation oncologists (at ASTRO annual meetings), administrators (at Society

of Radiation Oncology Administrator meetings) and to certified coders (at AMA CPT Annual Symposia).

I regularly attended the Carrier Advisory Committee meetings in my state, interacted regularly with our Carrier Medical Director and participated in the comment process for Local Coverage Determination (LCD's).

Within the past 4 years I have provided expert testimony in deposition for:

1. U.S. ex rel Barker v CRHS et al in US District Court for the Middle District of Georgia, Case No.: 4:12-cv-108 (CDL).
2. Alliance Oncology LLC v. Harvard Vanguard Medical Associates Inc., Case No.: 1:13-cv-11438-NMG (D. Mass.).

A complete and up to date copy of my Curriculum Vitae is included as Appendix A.

B. Background on radiation oncology

Radiation Oncology is a highly specialized field dedicated to the use of focused radiation to treat cancer. X-Rays were discovered barely more than a century ago and as a distinct specialty, radiation oncology is around 50 years old. We are a distinct specialty from Radiology and do not read X-rays. While full-fledged cancer doctors, we are distinct from other oncologists who may offer chemotherapy (i.e. drug treatments) or surgery. There are 3 primary methods to treat cancer; surgery, radiation, and chemotherapy. Some patients require one, two or even all three treatments in coordination with each other. We work with other specialists to determine the optimal choice for an individual patient; based on the type of cancer, the extent of the cancer (often called the stage) and the condition and wishes of the patient. Roughly 60-70% of all cancer patients will receive radiation as some part of their care.

Ours is a small specialty. We number roughly 4000 of the 800,000 practicing physicians in the US. Some practice in large hospitals and cancer centers, while others are in smaller clinics that may be independent or affiliated with a larger organization. Roughly 95% of all practicing Radiation Oncologists are members of the specialty medical society ASTRO, which provides them educational opportunities on advances in the science, but also guidance in coding changes, billing and accreditation. Some of these services are also available through ACR and ACRO, though reaching fewer of the US practitioners.

The safe delivery of high doses of focused radiation to target a cancer is a complex problem. Doing this daily for tens of thousands of cancer patients across the country every day requires a highly skilled and coordinated team effort. Radiation is neither seen, heard, nor felt. But it must be delivered precisely and consistently if we are to cure patients and avoid complications, which explains the importance of a team that works together and understands exactly what is expected. This is very different from the experience most of us have personally had with our own primary physicians where the office may be quite small. Even for a solo practice Radiation Oncologist, there are many

team members, without whom nothing could be done safely.

Our process of care is unique in medicine. The physician must assess the patient, determine that radiation is indicated, prescribe the appropriate dose, technique, and fractionation (how many daily treatments and the intensity of each day's dose). Taking the physician's intent and translating it into the settings that need to be applied to the linear accelerator (X-Ray machine) requires the input of trained Dosimetrists who work with the physician and the treatment planning system in use at the center. Both work closely with the Medical Physicist to ensure the physician's intent is realized safely and reliably. Planning and quality assurance testing may take place over many days (as in the case of a 3 Dimensional Conformal plan, or an Intensity Modulated (IMRT) plan), or may be accomplished in a few hours (for more simple planning). Once a suitable plan has been generated that satisfies each, and that the physician and physicist both sign, then the Radiation Therapist (RTT) will work on a daily basis to execute the plan, which often requires multiple visits for daily treatment. During that time, all members of this team work together to ensure that no changes are required. The physician, RTT, and the nurse (RN) will monitor the patient's condition while the physicist and dosimetrist attend to the technical issues of radiation administration, monitoring and measurement.
In particular the physician is responsible for managing the patient and the rest of the team throughout the course of therapy. Radiation Oncologists are paid a weekly management fee (CPT 77427) that encompasses all the work of this ongoing care. Weekly management includes a face to face meeting with the patient that resembles an E&M visit, but also the supervision of review of port films, daily set up, dose delivery and any patient or technical treatment parameters that may change with time. The decision to modify treatment may occur at preprogrammed planned times, or be required unexpectedly based on unexpected patient needs.

## 2. SCOPE OF WORK

In the course of preparing my expert report, I specifically reviewed a number of documents and reports which are summarized in Appendix B. In addition, my opinions are informed by a body of literature in radiation oncology journals and textbooks that are not specifically enumerated, but that could be specifically referenced if required.

I was asked by G. Mark Simpson of Simpson Law Firm, LLC and Jamie Bennett of Bennett Law Firmto review certain issues relating to supervision of radiation oncology treatments. I am being compensated at a rate of $550 per hour.

Specifically, I was asked to provide my opinion on the following key questions:

a. What are the critical services provided by a radiation oncologist that cannot be provided by other health care providers?
b. What are some examples of situations that may require unplanned intervention by a radiation oncologist as part of a patient's daily treatment delivery?
c. Are there potential harms that a patient may suffer as a result of missing a day or more of treatment because no radiation oncologist is available?

# 3. KEY OBSERVATIONS, OPINIONS, AND DISCUSSION

*What are the critical services provided by a radiation oncologist that cannot be provided by other health care providers?*

At the beginning of a course of radiation therapy, and at predetermined times during therapy, the radiation oncologist (RO) will be involved with the physics, dosimetry and technical staff in establishing the overall plan, prescription, and technical machine settings that are required to effect that plan. The physician guides the therapy staff in how to position the patient, the radiation beams, and any devices that ensure accuracy and precision. Once treatment has begun, the RO is responsible for weekly management of the patient, and the facility or office staff will administer the daily radiation treatments. The RO's weekly management includes supervision of these daily treatments and involves at least one E&M type face to face visit with the patient to address problems. Both the relevant CPT codes and the ASTRO publications describing the process of care define the weekly management as including the face to face visit, review of port films (specialized X-Ray pictures of the treated area), review of dosimetry and physics issues as the treatment progresses, and supervision and review of patient treatment set-up.

Most of the work described, requires specific knowledge about radiation physics, radiation biology, and the particular disease in question. A careful review of the CPT codes for radiation oncology shows a clear distinction in that all the work of our management is performed by the physician, whereas most codes for other specialties include language that work may be performed by a "physician *or other qualified health care professional*" (emphasis added). The subsequent valuation of the radiation oncology codes were performed by the RUC and CMS to reflect the value of a RO providing these services.

One part of the weekly management provided by the RO is the decision to continue, terminate, or modify the planned radiation delivery. This may be done at the time of the planned patient visit, but oftentimes a patient may need to be evaluated on a day that was not planned. The CPT language states "a minimum of one visit" per week because there are many patients whose condition requires more frequent visits. At each visit, the option of modifying the plan in response to clinical change is on the table. In fact every day of treatment might be the day that such a decision needs to be made by the RO, which is why the supervision rules were established.

*What are some examples of situations that may require unplanned intervention by a radiation oncologist as part of a patient's daily treatment delivery?*

As discussed above, the delivery of radiation involves many team members. The RO

cannot perform all the services of a dosimetrist, radiation therapy technologist (RTT), or physicist. The professional license and training of each is distinct and the tools used are different. But the RO must understand and supervise each in order to properly care for the patient.

There are innumerable possible examples of an intervention that may require a RO, and for which the RO is uniquely qualified. I will try to describe a few such clinical situations that may be not uncommon in the clinic or hospital outpatient department. Each has happened more than once in my practice.

- A patient is being treated to the breast and surrounding lymph nodes. These often involve a complicated 3 dimensional set up with multiple radiation fields that must precisely match each other despite the fact that each projects on the patient from a different angle. Some days the RTT may have difficulty setting up the patient in a way that perfectly aligns with skin marks and/or the physician's intent. The physician is called into the treatment room before radiation is administered and provides guidance to the RTT to solve the set up problem. Supervision of the set-up is part of the weekly management and requires experience that is part of every RO's training.
- A patient is being treated daily based on ink marks placed to identify the radiation fields. One day the ink washes off and the patient has no marks. Based on photographs and radiographic images, the RO can reproduce the initial set up and confirm that it matches the original plan within acceptable tolerances. This requires a RO understanding the intent and goals of the initial plan and reproducing them via an unplanned repeat simulation.
- A patient is on the treatment table and shows signs of a painful skin reaction. The RTT calls the physician into the room. The RO has to decide whether to continue treatment, modify the radiation plan (e.g. add more shielding for the affected area), skip treatment for X days, or terminate radiation altogether. This decision requires understanding how much radiation has been given, how much is left to deliver, what are the physics properties of today's planned treatment and what is the biology of this particular tumor, None of this can be delegated.
- A patient is being treated with IMRT and IGRT. Today, there is a machine problem and the IGRT is not working. IMRT can still be delivered. The RO must decide whether it is better to treat without interruption and without image guidance, or to delay treatment until after a repair can be made. This requires the RO understanding of the tolerances that were built into the IMRT plan and the biologic impact of delaying therapy.
- A patient is under treatment for relief of bone pain. One day he describes pain in an adjacent area. Prior to treatment the original plan is modified to include the newly symptomatic area.

These scenarios are intended to be examples of a wide variety of real situations where a radiation oncologist is required to address patient needs to deliver high quality care. The description of specific techniques, diagnoses, etc are included only to illustrate one challenge in patient care, and are not intended to limit the principle to one specific situation.

*Are there potential harms that a patient may suffer as a result of missing a day or more of treatment because no radiation oncologist is available?*

Radiation oncologists recommend different radiation doses for different tumors with some treatments given 5 days per week, some every other day, and some twice daily. These are the most common schedules, though there are others. The amount of radiation administered varies based on the tumor but also based on the number of treatment days in the full course of therapy and the number of days from the very first exposure to the last. If the number of days in a course of therapy is greater, then the biologic effect of a given dose is less. Delays mean more time to heal and recover from the effects of the radiation. Again, this requires clinical judgment on the part of the RO since healing and recovery of the normal tissues takes place at the same time that the tumor may be recovering and healing itself.

This effect is important enough that when writing a radiation prescription and when reporting a treatment summary at the end of a treatment course, it is customary to report the dose, the number of fractions (treatment visits) and the total number of elapsed days. These three must all be right for a high quality treatment.
For some cancers this may be a minor effect, but for others there is clear evidence that the cure rate is dependent on completing a full course of treatment within the recommended number of days. Two notable examples where this has been shown to make a significant difference are in cancer of the cervix and cancers of the head and neck (particularly larynx). In these situations there is ample literature to suggest that treatment must be completed within a certain number of days or the patient has a worse prognosis. This is generally not considered to be an all or nothing phenomenon and most RO's try to avoid delays since we really do not know that there is no impact of even minor delays. Patients are counselled to not skip treatments because we believe that any delay is a potential problem. While the literature is strongest for certain specific diagnoses, it is widely believed to be true for other cancers as well.

There are other potential harms to a patient as a consequence of not having a RO available. In one of the scenarios illustrated above, the patient may suffer a delay in the relief of cancer pain. For other patients, there is the inconvenience and emotional cost of a wasted trip to the hospital. Being treated for cancer is an enormous emotional and family challenge. Some handle it better than others, but the experience of not receiving the anticipated care is not insignificant.

## 4. Summary

Within a radiation oncology department there are many critical functions provided by the radiation oncologist, who has the expertise to care for cancer patients. These include the services performed personally by the RO as well as those provided by other members of the team under the supervision of RO. Because of the unique knowledge base gained over many years of training, the RO provides weekly management that explicitly includes ongoing review of physics, dosimetry , and daily set up, among other responsibilities.

Unexpected issues commonly arise, as a result of many possible circumstances, and require input from the physician, in order to either continue, modify or stop a course of radiation. Missing treatment as a result of an unexpected situation may be the best choice for a given patient, but it is always done with the knowledge that delays may compromise the ultimate goals of therapy. This decision cannot be made by any provider other than the RO and is not without the potential to do harm.

**Respectfully submitted,**

**David C. Beye r MD September 4, 2015**

# APPENDIX A

## CURRICULUM VITAE

## DAVID C. BEYER, MD, FACR, FACRO, FASTRO

### PERSONAL

Born: September 11, 1955 – Winnipeg, Canada

US Citizen

### PROFESSIONAL ADDRESS

**Mailing:**

Arizona Oncology Services Physicians
3104 E. Camelback Road, #931
Phoenix, Arizona 85016
David.Beyer@nahealth.com

**Practice:**
Cancer Centers of Northern Arizona
3700 W. State Route 89A
Sedona, Arizona 86336
928-204-4160
602-684-5157 cell phone

### EDUCATION AND TRAINING

University of Arizona, College of Medicine
M.D., 1977-1979

Massachusetts Institute of Technology
Undergraduate Electrical Engineering, 1973-1976

### POST-DOCTORAL TRAINING

UCLA Center for the Health Sciences
Radiation Oncology, 1982-1984

University of Arizona Health Sciences Center
Internal Medicine, 1979-1982

### PRESENT POSITION

Medical Director, Cancer Center of Northern Arizona at Sedona

### ACADEMIC APPOINTMENT

Clinical Lecturer, Department of Radiation Oncology

University of Arizona 1998 – 2006

**PAST POSITION**

Arizona Oncology Services
Phoenix, Arizona 1985 – 2014

**BOARD CERTIFICATION**

American Board of Radiology
Therapeutic Radiology, 1986
    Maintenance of Certification (MOC) participant 2011-present
    Enrolled in Brachytherapy Focused Practice 2011
American Board of Internal Medicine, 1982

**PROFESSIONAL AND HONORARY ORGANIZATIONS**

American Society for Radiation Oncology (ASTRO)
American Radium Society
American College of Radiation Oncology (ACRO)
American College of Radiology (ACR)
Arizona Radiology Society
American Medical Association (AMA)
American Brachytherapy Society
Alpha Omega Alpha

**AWARDS**

Gold Medal Award: American College of Radiation Oncology, 2011
Silver Pin Club 25 Years of Accomplishment: ASTRO, 2011
Fellowship: American Society for Radiation Oncology, FASTRO 2006
Fellowship: American College of Radiation Oncology, FACRO, 2003
Fellowship: American College of Radiology, FACR, 2001
Selected "The Best Doctors in America," 1998, 1999, 2005, 2006, 2007, 2008, 2010, 2013, 2014, 2015
Selected "Top Docs, "Phoenix Magazine, 1997, 1998, 1999, 2002, 2004, 2009, 2010, 2011, 2013
American Radium Society, Young Oncologist Essay Award, 1985
American Cancer Society, Clinical Fellowship, 1983-1984
President, Alpha of Arizona, 1982-1983
Merck Committee Award, May 1982
Alpha Omega Alpha, 1982

**COMMITTEES/OFFICES**

ASTRO President Elect 2014-2015
ACR Council Steering Committee Member 2013-2014
Arizona Radiologic Society, President 2013-2014

Medicare Evidence Development & Coverage Advisory Committee (MEDCAC) 2012- 2014
ACR Commission on Economics – Radiation Oncology – 2010-2014
ACR Commission on Radiation Oncology – 2010-2014
ASTRO Founding Co-Chair, Best Practices Committee 2011-2013
AMA CPT Editorial Panel – Advisor for ASTRO, 2011-2014
ASTRO Member of Board of Directors –Chair Health Policy Council, 2009-2011
American Board of Radiology Innovation Pathway Task Force, 2009-2011
Cancer Center Business Summit, Planning Committee Member 2009-2014
AMA CPT Editorial Panel – Alternate CPT Advisor, 2003-2010
ASTRO Member of Board of Directors – Vice Chair Health Policy Council 2007-2009
ASTRO Co-Chair Health Policy Committee 2006
ASTRO Member Code Development and Valuation Subcommittee 2001-2006
ASTRO Chair Code Utilization and Applications Committee 2003-2005
ASTRO Chair Annual Meeting Coding Workgroup 2003-2005
ASTRO/ACR Sub-Chairman of the Joint Economics Committee 2001 -2005
ASTRO Annual Meeting Abstract Reviewer, 2000- 2003
ASTRO Member Prostate Cancer Committee, 1996-1998
Chairman of Code Utilization Subcommittee (ASTRO/ACR JEC), 2001-2003
Member ASTRO/ACR Joint Economics Committee (JEC), 2001-2004
American College of Radiology (ACR), Appropriateness Criteria Expert Panel Member, 2000-2008
American College of Radiology (ACR) Alternate Counselor, 1999 – 2001
ACRO Board of Chancellors 2002-2006
Chair 11th International Brachytherapy Conference 2002
Member of Scientific Committee International Brachytherapy Conference 2002
Faculty Continuing Medical Education Beth Israel Medical Center 2002
Faculty Chesapeake Health Education Program, Inc., 2002
Faculty International Center for Postgraduate Medical Education, 2000- 2005
Arizona Carrier Advisory Committee, Alternate Representative, 2001-2006
CARROS Alternative Counselor 2000 – 2004
CARROS Representative 1994 – 2008
CARROS Nominating Committee, 1995
American Brachytherapy Society President, 1999
American Brachytherapy Society Secretary, 1998
American Brachytherapy Society Treasurer, 1997
Program Chairman, American Brachytherapy Society Annual Meeting, May 1997
Program Chairman, School for Prostate Brachytherapy, American Brachytherapy Society, December 1996
Arizona Radiologic Society Executive Board 1994 – 2006
Chairman Oncology Committee, Phoenix Baptist Hospital, 1990-1997

**PUBLICATIONS**

"Hydrogel Spacer Prospective Multicienter Randomized Controlled Pivotal Trial", Mariados, N, Sylvester, J, Beyer D, et al, IJROBP 93(5):971-977, 1, Aug 2015

"Radiation Oncologist Concerns About Increased Electronic Brachytherapy Use for Skin Cancer", Haffty, BG, Beyer, DC, Kavanagh BD, JAMA Dermatol, 2015 Jul 15. doi: 10.1001/jamadermatol.2015.2006

"Hydrogel spacer application technique, patient tolerance, and impact on prostate IMRT: Results from a prospective multicenter pivotal randomized controlled trial", Piezonka, C, Mariados, N, Sylvester, J, Beyer,D, et al., Oncology Practice, Accepted for publication June 2015 for January 2016

"Radiation Oncology: A Perspective on Health Reform and Value-Based Initiatives", Mohideen, N., Kavanagh, B., Beyer, D., et al., J Oncol Pract,. June 3, 2014, doi:10.1200/JOP.2013.001337

"Appropriate Delivery of Post-Operative Radiation Therapy for Endometrial Cancer: An ASTRO Best Practice Statement", Jones, E., Beriwal, S, Beyer, D,. et al, Submitted for publication May 2014.

"Adjuvant radiation, androgen deprivation and docetaxel for high risk prostate cancer post prostatectomy: Results of RTOG 0621", ASCO Poster #133654, Hurwitz, M., Sartor, O., Zhang, Q., …Beyer, D., et al, 2014

"Dosimetric comparison between model 9011 and 6711 sources in prostate implants." Zhang, Huang, PhD and David Beyer, MD. *Medical Dosimetry*. http://dx.doi.org/10.1016/j.meddos.2013.01.003

"CMS Policy Changes for 2013 and Beyond." *Audio-Digest Urology*. March 21, 2013: V36(6).

"American College of Radiology (ACR) and American Society for Radiation Oncology (ASTRO) Practice Guideline for Intensity Modulated Radiation Therapy (IMRT). " Hartford, A., Galvin, J., Beyer, D., et al, Am J Clin Oncol 35(6):612-617, December 2012.

"Radiation Technologies: Beyond the Linear Accelerator." *Audio-Digest Urology*. August 7, 2011: V34(15).

"Proton Therapy for Prostate Cancer: Show Me the CER!" Beyer, David. Article Review of "Proton Therapy for Prostate Cancer." Hoppe, B. et al. *Oncology*. June 2011: 25(7): 655-657.

"American Society for Radiation Oncology (ASTRO) and American College of Radiology (ACR) Practice Guideline for the Transperineal Permanent Brachytherapy of Prostate Cancer." Seth A. Rosenthal, M.D., Nathan H. J. Bittner, M.D., M.S., David C. Beyer, M.D., et al. *International Journal of Radiation Oncology, Biology, Physics*. 2011: 79(2): 335-341.

"Update on Radiation Therapy for Prostate Cancer." *Audio-Digest Urology*. May 7, 2011: V34(9).

"Weighing Therapeutic Options." *Audio-Digest Urology*. May 7, 2011: V34(9).

"The Preferred Treatment for Most Local Prostate Cancers." *Audio-Digest Urology*. April 28, 2010: V33(4).

"American Society for Therapeutic Radiology and Oncology (ASTRO) and American College of Radiology (ACR) Practice Guidelines for Intensity-Modulated Radiation Therapy (IMRT)." Hartford, A., Palisca, M., Eichler, T., Beyer, D., et al. *International Journal of Radiation Oncology, Biology, Physics*. 2009: 73(1): 9-14.

"The Role of Physicians and Medical Organizations in the Development, Analysis, and Implementation of Health Care Policy." Beyer, D. and Mohideen, N. *Seminars in Radiation Oncology*. July 2008: 18(3): 186-193.

"Interstitial implant alone or in combination with external beam radiation therapy for intermediate-risk prostate cancer: A survey of practice in the United States." Frank, S.; Grimm, P.; Sylvester, J.; Merrick, G.; David, B.; Zietman, A.; Morna, B.; Beyer, D.; Roach III, M.; Clark, D.; Stock, R.; Lee, W.; Michalski, J.; Wallner, K.; Hurwitz, M.; Potters, L.; Kuban, D.; Prestidge, B.; Vera, R.; Hathaway, S.; Blasko, J. *Brachytherapy*. 2007: 6 (2-8).

"Are Pre and Post Imaging Sufficient to Assess Intrafraction Prostate Motion?" C. Noel, M. Roy, PJ Parikh, P Kupelian, A Mahadevan, G Weinstein, C Enke, N Flores, D Beyer, L Levine. *International Journal of Radiation Oncology, Biology, Physics*. 2007: 69(3), Sup: S22-S23.

"New Frontiers in Prostate Cancer: The Role of Earlier Therapy & Parallels with Breast Cancer Therapy." New Frontiers in Prostate Cancer Management. Beyer, Crawford, Lamm; *Audio-Digest Urology*. September 2007: V30(9).

"Multi-Institutional Clinical Experience with the Calypso System in Localization and Continuous, Real-Time Monitoring of the Prostate Gland during External Radiotherapy" Kupelian, P.; Willoughby, T.; Mahadevan, A.; Djemil, T.; Weinstein, G.; Jani, S.; Enke, C.; Solberg, T.; Flores, N.; Liu, D.; Beyer, D.; Levine, L. *International Journal of Radiation Oncology, Biology, Physics*. 2007: 67(4): 1088-1098.

"Multi-Institutional Analysis of Long-Term Outcome for Stages T1-T2 Prostate Cancer Treated with Permanent Seed Implantation" Zelefsky, M.; Kuban, D.; Levy, L.; Potters, L.; Beyer, D.; Blasko, J.; Moran, B.; Ciezki, J.; Zietman, A.; Pisansky, T.; Elshaikh, M.; Horwitz, E. *International Journal of Radiation Oncology, Biology, Physics*. 2007: 67(2): 327-333.

"Clinically significant Intrafraction Prostate Motion During Radiotherapy Tracking of Implanted Transponders" Beyer, D.; Flores, N.; Kupelian, P.; Willoughby, T.; Weinstein, G.; Jani, S.; Enke, C.; Solberg, T.; Liu, D.; Djemil, T.;

Mahadevan, A. European Society for Therapeutic Radiology and Oncology, Poster Review 2006

"The Post-Treatment PSA Bounce for Prostate Cancer Patients Treated with External Beam RT or Permanent Brachytherapy Alone is Not Biochemically or Clinically Significant: A Mult-Institutional Pooled Analysis of More Than 7500 Patients" Horwitz, E.; Levy, L.; Martinez, A.; Potters, L.; Beyer, D.; Blasko, J.; Sandler, H.; Buskirk, S; Zietman, A.; Kuban, D. International Journal of Radiation Oncology, Biology, Physics. 2006: 66(3):S205.

"Long-term Multi-Institutional Outcome and biochemical Failure Definition Analysis of Combined Permanent Brachytherapy With External Beam Radiation for Prostate Cancer" Elshaikh, M.A.; Kuban, D.; Levy, L.; Potters, L.; Blasko, J.; Beyer, D.; Zietman, A.; Moran, B.J.; Ciezki, J.; Zelefsky, M.L.; et al. *International Journal of Radiation Oncology, Biology, Physics.* 2006: 66(3):S57.

"Characterization of Real Time Motion of the Prostate Gland in Patients Receiving External Radiotherapy for Localized Prostate Cancer: Tracking During 1157 Fractions with the Calypso System" Kupelian, P.; Willoughby, T.; Mahadevan, A.; Enke, C.; Weinstein, G.; Beyer, D.; Levine, L. *International Journal of Radiation Oncology, Biology, Physics.* 2006: 66(3):S209.

"Tolerance, Stability and Reliability of Implanted Electromagnetic Transponders in the Prostate: A Multi-Center Analysis" Mahadevan, A.; Djemil, T.; Klein, E.; Kupelian, P.; Enke, C.; Weinstein, G.; Beyer, D.; Levine, L. *International Journal of Radiation Oncology, Biology, Physics.* 2006: 66(3):S328.

"Position Correction Guidance Utilizing Real-Time Tracking with the Calypso System for External Radiation Therapy Delivery in Patients with Localized Prostate Cancer" Willoughby, T.; Kupelian, P.; Mahadevan, A.; Enke, C.; Weinstein, G.; Beyer, D. *International Journal of Radiation Oncology, Biology, Physics.* 2006: 66(3):S138.

"Comparison of biochemical failure definitions for permanent brachytherapy." ; Kuban, D.A.; Levy, M.S.; Potters, L.; Beyer, D.C.; Blasko, J.C.; Moran, B.J.; Ciezki, J. P.; Zietman, A.L., Zelefsky, M.J.; Pisansky, T.M.; Elshaikh, M.; Horwitz, E.M. *International Journal of Radiation Oncology, Biology, Physics.* August 1, 2006:65(5):1487-1493.

"A multi-institutional Phase II trial for Cesium-131 permanent prostate Brachytherapy" Prestige, B; Bice, W; Jurkovic, I; Moran, B; Fuller, D; Gray, J; Beyer, D; Kurtzman, S; Sylvester, J; Sadeghi, A. *Brachytherapy*, April – June 2006 Vol 5, No. 2, pp. 79.

"Interstitial implant alone with or without external beam radiation therapy for intermediate risk localized prostate cancer: Patterns of Care Study in the United States" Frank, S; Blasko, J; Sylvester, J; Kuban, D; Moran, B; Wallner, K; Vera, R; Merrick, G; Zietman, A; Roach, M III; Clark, D; Prestidge, B; Potters, L;

Michalski, J; Beyer, D; Lee, R; Stock, R; Davis, B; Hurwitz, M; Grimm, P. *Brachytherapy*, April – June 2006 Vol 5, No. 2, pp. 92.

"Impact of short-course hormonal therapy on overall and cancer specific survival following permanent prostate brachytherapy". *International Journal of Radiation Oncology, Biology, Physics*. Beyer, DC. April 1, 2005:61(5):1299-305.

"A Proton Primer", Beyer, DC, *Grand Rounds in Urology*, Vol. 3 Issue 4, February 2005.

"Intermediate results of ferromagnetic thermal ablation for radiation failure local recurrence of prostate cancer" Beyer, DC, Shinohara, K., Carroll, P., McLeod, D., *Radiotherapy and Oncology*, Vol. 71 (Supplement 2) May 2004, pp. S89-90.

"Late Urinary Morbidity, The Status of Scoring Systems and a Collaborative Proposal for Prostate Cancer" Beyer, DC, Kupelian, P., Demanes, DJ, Martinez, A., Merrick, G., Roach, M., Zelefsky, M., Advances in Image-based Brachytherapy Workshop, May 2004, pp. 205-210.

"Salvage Brachytherapy After External-Beam Irradiation for Prostate Cancer" Beyer DC, *Oncology*, February 2004 Vol 18, No. 2, pp. 151-158.

Beyer, MD, David C. *Prostate Cancer Treatment Book*. Contributing Author of Chapter: "What Happens if the Cancer Returns?" McGraw-Hill: 2003.

"Relative influence of Gleason score and pretreatment PSA in predicting survival following brachytherapy for prostate cancer" Beyer, DC., Thomas, T., Hilbe, J., Swenson, V. *Brachytherapy* 2, 2003, pp.77-84.

"Impact of PSA Failure on Overall and Cancer Specific Survival Following Permanent Prostate Brachytherapy" Beyer ,DC. *Brachytherapy*, 2003 Vol. 2, No 1, pp. 46-47.

"Brachytherapy for Recurrent Prostate Cancer after Radiation Therapy" Beyer, DC, *Seminars in Radiation Oncology*, April 2003 Vol. 13, No. 2, pp. 158-165.

"An interinstitutional and interspecialty comparison of treatment outcome data for patients with prostate carcinoma based on predefined prognostic categories and minimum follow-up" Vicini, F.A., Martinez, A., Hanks, G., Hanlon A., Miles, B., Kernan, K., Beyer, D.C., Ragde, H., Forman, J., Fontanesi, J., Kestin, L., Kovacs, G., Denis, L., Slawin, K., Scardino, P. Cancer, October 2002 Vol. 95, No 10, pp. 2126-2135.

"Interobserver Variability Leads to Significant Differences in Quantifiers of Prostate Implant Adequacy" Lee, RW, Roach III, M, Michalski, J, Moran B, Beyer, DC, *International Journal of Radiation Oncology, Biology, Physics*, Vol. 54, No.2, pp.457-461, 2002.

"Comparison of Prostate Brachytherapy Dose Distribution Using Differing $^{125}I$ Source Designs" Beyer, D.C., Puente, F., Rogers, K., Gurgoze, E., *Radiology*, December 2001, Vol. 221, No. 3, pp. 623-627.

"The Evolving Role of Prostate Brachytherapy" Beyer, D.C. *Cancer Control Journal*, March/April 2001, Vol. 8, No. 2.

"Pretreatment Nomogram for Predicting Freedom from Recurrence After Permanent Prostate Brachytherapy in Prostate Cancer," Beyer, D., Kattan, M., Potters, L., Blasko, J., Fearn, P., Cavanagh, W., Leibel, S., and Scardino, P., *Urology* 58: 393-399, 2001.

"Failure-Free Survival Following Brachytherapy Alone Or External Beam Irradiation Alone for T1-2 Prostate Tumors In 2222 Patients: Results From A Single Practice." Brachman, D.G., Tomas, T., Hilbe, J., Beyer, D.C. *International Journal of Radiation Oncology, Biology, Physics*, Vol. 48, No.12, pp. 111-117, 2000.

"Prostate Motion During a Course of IMRT: The Value of Daily Ultrasound to Guide Portal Localization and Correct for Random and Systematic Errors." Beyer, D.C., Quiet, C.A., Rogers, K., Gurgoze, E. *Radiotherapy & Oncology Journal of the European Society for Therapeutic Radiology and Oncology*, September 2000. Vol.56 Supp.1:S105.

"Failure Free Survival Following Brachytherapy Alone for Prostate Cancer: Comparison With External Beam Radiotherapy" Beyer, D.C., Brachman, D.G. *Radiotherapy & Oncology Journal of the European Society for Therapeutic Radiology and Oncology*, August 2000.

"Real Time Optimized Intraoperative Dosimetry for Prostate Brachytherapy: A Pilot Study", Beyer, D.C., Shapiro, R.H., Puente, F. *International Journal of Radiation Oncology, Biology, Physics* Vol.48, No.5, pp.1583-1589, July 2000.

"Therapeutic Strategies for Localized Prostate Cancer II: Perineal Prostatectomy, X-Rays, Protons, Neutrons and Combination Brachytherapy," Weil, M.D., Porter, A.T., Beyer, D.C, Albert, P.S., Chinn, D., Harris, M.J. , Reviews in *Urology*, Vol. 2, Supplement 4: S30-34, 2000.

"Definitive External Beam Irradiation in Stage T1 and T2 Carcinoma of the Prostate." American College of Radiology. ACR Appropriateness Criteria. Perez, CA, Beyer, DC, Blasko, JC, Forman, JD, Hussey, DH, Lee, WR, Paryani, SB, Pollack, A., Potters, L., Roach, M 3rd, Scardino, P., Schellhammer, P., Leibel, S. *Radiology*, June 2000, Vol. 215 Supp. 1; 449-472.

"Treatment Planning for Clinically Localized Prostate Cancer." American College of Radiology. ACR Appropriateness Criteria. Roach, M 3rd, Blasko, JC, Perez, CA, Beyer, DC, Forman, JD, Hussey, DH, Lee, WR, Paryani, SB, Pollack, A., Potters, L., Scardino, P., Schellhammer, P., Leibel, S. *Radiology*, June 2000, Vol. 215 Supp. 1; 441-448.

"Postradical Prostatectomy Irradiation in Carcinoma of the Prostate." American College of Radiology. ACR Appropriateness Criteria. Perez, CA, Beyer, DC,

Blasko, JC, Forman, JD, Hussey, DH, Lee, WR, Paryani, SB, Pollack, A., Potters, L., Roach, M 3rd, Scardino, P., Schellhammer, P., Leibel, S. *Radiology*, June 2000, Vol. 215 Supp. 1; 419-439.

"Node-Positive Prostate Cancer." American College of Radiology. ACR Appropriateness Criteria. Lee, WR, Pollack, A., Perez, CA, Beyer, DC, Basko, JD, Forman, JD, Hussey, DH, Paryani, SB, Potter, L., Roach, M 3rd, Scardino, P., Schellhammer, P., Leibel, S.,. *Radiology*, June 2000, Vol. 215 Supp. 1; 413-418.

"Locally Advanced (high-risk) Prostate Cancer." American College of Radiology. ACR Appropriateness Criteria. Pollack, A., Paryani, SB, Hussey, D., Perez, CA, Beyer, DC, Blasko, JC, Forman, JD, Lee, WR, Potters, L., Roach, M 3rd, Scardino, P., Schellhammer, P., Leibel, S. *Radiology*, June 2000, Vol. 215 Supp. 1; 401-412.

"Permanent Source Brachytherapy for Prostate Cancer." American College of Radiology. ACR Appropriateness Criteria. Potters, L., Perez, CA, Beyer, DC, Blasko, JC, Forman, JD, Hussey, DH, Lee, WR, Paryani, SB, Pollack, A, Roach M 3rd, Scardino, P., Schellhammer, P., Leibel, S. *Radiology*, June 2000, Vol. 215 Supp. 1; 383-400.

"Permanent Prostate Brachytherapy: The Arizona Experience," Beyer, D., *Radiotherapy & Oncology Journal of the European Society for Therapeutic Radiology and Oncology*, May 2000. Vol.55 Supp.1:13-14.

"A Multi-Institutional Nomogram for Predicting the Outcome of Ultrasound Guided Transperineal Brachytherapy in Prostate Cancer," Kattan, M., Blasko, J., Beyer, D., Cavanagh, W., Grimm, P., Sylvester, J., Fearn, P., Potters, L., *Radiotherapy & Oncology Journal of the European Society for Therapeutic Radiology and Oncology*. May 2000, Vol. 55 Supp. 1:40-41 (abs).

"Comparative Analysis of Prostate Brachytherapy Pre-Planning" Gray, J., Banks, S., Grimm, P., European Society for Therapeutic Radiology and Oncology, May 2000, Vol. 55 Supp. 1:42-43.

"American Brachytherapy Society Recommendations for Clinical Implementation of NIST 1999 Standards for $^{103}$ Palladium Brachytherapy." Beer, D., Nath, R., Butler, W., Merrick, G., Blasko, J., Nag, S., Orton, C. *International Journal of Radiation Oncology, Biology, Physics*, Vol. 47, No. 2, pp. 273-275, 2000.

"Permanent Brachytherapy as Salvage Treatment for Recurrent Prostate Cancer", Beyer, D.C., *Urology* 54(5): 880-883, 1999

"Consensus Statements on Radiation Therapy of Prostate Cancer: Guidelines for Prostate Re-Biopsy After Radiation and for Radiation Therapy With Rising Prostate-Specific Antigen Levels After Radical Prostatectomy", *American Society for Therapeutic Radiology and Oncology Consensus Panel, Journal of Clinical Oncology*, Vol. 17, No 4 (April), 1999,pp.1155-1163.

"American Brachytherapy Society (ABS) Recommendations for Transperineal Permanent Brachytherapy of Prostate Cancer", Beyer, D.C., Nag, Subir, et al. *IJROBP*. Vol. 44, No. 4, pp. 789-799, 1999

"Complications and Late Toxicity Following Definitive Permanent Prostate Brachytherapy", Beyer D.C., *International Journal of Radiation Oncology, Biology, Physics*. Vol 42, No. 1 Supplement, p. 309, 1998

"Biochemical Disease-Free Survival Following $I^{125}$ Prostate Implantation," Beyer, D.C., Priestly, J., *International Journal of Radiation Oncology, Biology, Physics*. Vol.37, No.3, pp.559-563, 1997

"American Brachytherapy Society Survey of Current Clinical Practice for Permanent Brachytherapy of Prostate Cancer," Nag, S., Baird, M., Blasko, J., Beyer, D., et. al. *Journal of Brachytherapy International*, Vol.13:243-251, 1997.

"Guided Brachytherapy for Treatment of Confined Prostate Cancer," Priestly, J. and Beyer, D., *Urology* 1992; 7: 40(1):27-32.

"Early Prostate Specific Antigen Response to Radioisotope Implantation," Beyer, D., *Endocurie/Hypertherm/Oncology* 1992; 8: 181-186.

"Pterygia: Single Fraction Post-Operative Beta Radiation," Beyer, D., *Radiology* 1991; 178:569-571.

"Transperineal Ultrasound-Guided $I^{125}$ Seed Implantation for Stage B Adenocarcinoma of the Prostate: Preliminary Report," Beyer, D. and Priestly, J., *Journal of Endourology* 1991; 5 (3) 255-259.

"Balloon Dilation of the Prostate after Permanent $I^{125}$ Seed Implantation," Beyer, D. and Priestly, J., *Journal of Endourology* 1990; 4 (4):389-392.

"Use of Mick Applicator in Transperineal Ultrasound-Guided $I^{125}$ Seed Implantation," Beyer, D., Hicks, J., Maggass, G., and Priestly, J., *Journal of Endourology* 1990; 4 (4):375-377.

"Modification of the Technique for Transrectal Ultrasound-Guided Transperineal Interstitial Implantation of the Prostate," Beyer, D., Hicks, J., Maggass, G., and Priestly, J., *International Journal of Radiation Oncology Biology Physics*, 1989; Vol.17 Supp. 1:216-217 (ABS), 1989.

"Superior Sulcus Tumors of the Lung", Beyer, D. and Weisenburger, T., *American Journal of Clinical Oncology*, January 1986, 9(2):pp. 156-161

## ACADEMIC (CME) PRESENTATIONS

"First report of a new 103Pd line source for prostate brachytherapy" , Beyer, D, Shishkov, I, Ge, W, Kaminetsky, J, and Stock, R, Poster Presentation ASTRO Annual Meeting, October 2015.

Institute of Medicine: Workshop on "Appropriate Use of Advanced Technology for Radiation Therapy and Surgery in Oncology", Summation and Reactor Panelist, July 20-21, 2015.

ACR Annual Meeting; The Future of Radiation Oncology in the World of Value Based Care, "The History and Present Payment System for Reimbursement in Radiation Oncology", April 26, 2014, Washington DC.

16th Annual Sun Sand and Seeds Conference, "Brachytherapy in the Community Setting: Insights and Long Term Results", March 7-8, 2014, Boca Raton, Florida

4th Annual Regional RT Seminar, "Prostate Brachytherapy", February 1, 2014, St Joseph's Hospital, Phoenix, Arizona

22nd Annual Perspectives in Urology; Point Counterpoint, January 24-26, 2014, Scottsdale, Az, "Updates in Radiation (Alpha, Beta, Gamma, Photon, Proton)", "Health Policy Updates for Urology and Radiation Oncology: Issues and Trends 2014", "Radiopharmaceuticals in the Management of Prostate Cancer", "The Optimal Local Treatment is Brachytherapy".

ASTRO Final Rules Webinar, December 11, 2013.

AMA Annual CPT/RUC Symposium, Updates in Radiation Oncology CPT for 2014, November 14, 2013, Chicago, Illinois.

ASTRO Annual Meeting, Resident's Section, "How to Build a Clinical Practice" September 14, 2013, Atlanta Georgia.

ASTRO Annual Meeting, "2014 Radiation Oncology Coding and Reimbursement Update", September 16, 2013, Atlanta, Georgia.

Society or Radiation Oncology Administrators, "ASTRO Health Policy Update", September 18, 2013, Atlanta, Georgia.

14th Annual Sun Sand and Seeds Conference. "Long Term Results of Brachy in the Community Setting." March 9, 2013. Boca Raton, Florida.

21st Annual Perspectives in Urology Point Counterpoint 2012. "Point Counterpoint: Low Risk Prostate Cancer – The Treatment Choice is Radiation Therapy" November 8, 2012. Scottsdale, Arizona.

21st Annual Perspectives in Urology Point Counterpoint 2012. "Brachytherapy: The Outcomes Continue to Improve" November 8, 2012. Scottsdale, Arizona.

21st Annual Perspectives in Urology Point Counterpoint 2012. "Healthcare Policies: Trends Affecting Urologists and Radiation Oncologists" November 8, 2012. Scottsdale, Arizona.

"Brachytherapy alone may be sufficient for most early prostate cancer patients." Poster. ASTRO 54th Annual Meeting. October 29, 2012. Boston, Massachusetts.

"2012 Final Rules – Health Policy". Webinar. ASTRO. December 8, 2011.

Process of Quality Assurance in Prostate Brachytherapy. "Government Relations, Brachytherapy, and Medicare - are we prepared?" MD Anderson Cancer Center. December 3, 2011. Houston, Texas.

Hawaii Society of Clinical Oncology 2011 Annual Membership Conference. "Radiation Coding and Reimbursement Seminar." November 19, 2011. Honolulu, Hawaii.

Hawaii Society of Clinical Oncology 2011 Annual Membership Conference. "Prostate Cancer." November 19, 2011. Honolulu, Hawaii.

2011 Joint AAPM/COMP Meeting. "Dosimetric Comparison Between Model 9011 and 6711 Sources in Prostate Implants." General Poster Discussion. July 31-August 4, 2011. Vancouver, Canada.

31st National Indian Health Service Medical Imaging Program Conference. ""The Impact of Health Care Reform on the Prostate Cancer Patient." May 26, 2011. Phoenix, Arizona.

32nd Annual Meeting of the American Brachytherapy Society. "Five-Year Biochemical Control Following Cesium-131 Permanent Prostate Brachytherapy in a Multi-institutional Trial." April 15, 2011. San Diego, California

ACRO 2010 Symposium for Radiation Oncology Residents. "Basics of Billing & Coding" February 27, 2010. Lake Buena Vista, Florida.

18th Annual Perspectives in Urology Point Counterpoint 2009. "An Update on Radiation Therapy for Prostate Cancer" November 6, 2009. Scottsdale, Arizona.

18th Annual Perspectives in Urology Point Counterpoint 2009. "Challenges in Prostate Cancer: Why We Are 15 Years Behind Breast Cancer." November 6, 2009. Scottsdale, Arizona.

18th Annual Perspectives in Urology Point Counterpoint 2009. "Radiation Plays a Major role in Certain Stages of Bladder Cancer" November 6, 2009. Scottsdale, Arizona.

18th Annual Perspectives in Urology Point Counterpoint 2009. "A Case-based Approach to the Management of Bladder Cancer" Panel. November 6, 2009. Scottsdale, Arizona.

2009 Cancer Center Business Summit. "Washington Update: Radiation Oncology Perspective" October 8, 2009. Dallas Texas.

ASTRO Image Guided Radiotherapy Symposium. "Documentation and Billing of IGRT." March 28-30, 2008. Newport Beach, California.

AAMD Annual Conference. "Where is Radiation Going for Prostate Cancer?" June 25, 2009. Scottsdale, Arizona.

ASTRO IGRT/SBRT Symposium. "Documentation and Billing: IGRT & SBRT." May 15-17, 2009. Miami, Florida.

2009 Nevada Oncology Society Conference. "What's Happening in Radiation Oncology for Prostate Cancer?" April 23, 2009. Las Vegas, Nevada.

61st Annual Midwinter Radiation Oncology Conference. "Update on Billing, Coding and Reimbursement." January 24-25, 2009. Los Angeles, California.

CMD Grand Rounds. "Prostate Cancer: Screening, Diagnosis & Treatment." January 16, 2009. Scottsdale Healthcare Shea Hospital, Scottsdale, Arizona.

ASTRO Image Guided Radiotherapy Symposium. "Documentation and Billing of IGRT." March 28-30, 2008. Newport Beach, California.

2008 ASTRO IMRT Practicum. "Making sense of the Bill codes for MIRT/IGRT" February 1-3, 2008. Orlando, Florida.

University of St. Francis. "The Role of Physicians and Medical Organization in the Development, Analysis and Implementation of Health Care Policy" November 13, 2007. Phoenix, Arizona.

Perspectives in Urology: Point/Counterpoint, "Which is the Best Alternative? - Brachytherapy," "Role of Radiation in Bladder Sparing," and "Point/Counterpoint: Adjuvant Radiation Should be Performed in All Men with T3 Disease Following Radical Prostatectomy - Pro." November 8-9, 2007, Scottsdale, Arizona.

2007 Medical Leadership Forum, NEMA. "The Future of Imaging and Clinical Care: The Physician Perspective." October 22, 2007. Pointe Hilton Tapatio, Phoenix, Arizona.

Prostate Symposium. "Endpoints in Prostate Brachytherapy: From Survival to PSA to Survival "September 24-27, 2007. Berlin, Germany.

"Salvage Brachytherapy for Prostate Cancer," New England Medical Center. September 7, 2007. Boston, Massachusetts.

Perspectives in Urology: Point/Counterpoint, "Which is the Best Alternative? - Brachytherapy," "Role of Radiation Therapy and Chemotherapy in Invasive Disease," "The Role of Earlier Therapy and Parallels with Breast Cancer Therapy," and "Hormone Therapy – Early is Better." November 9-10, 2006, Scottsdale, Arizona.

2006 Prostate Cancer Review: Redefining Disease Management, September 15, 2006. "Advance in Primary and Adjuvant Radiotherapy for Prostate Cancer: Clinical Trials, Image-Guided Radiotherapy and Brachytherapy."

American Brachytherapy Society 27th Annual Conference, Moderator: "Proffered Paper: Prostate II and Miscellaneous" May 12, 2006, Philadelphia, Pennsylvania.

American Brachytherapy Society 27th Annual Conference, Debate: " HDR Monotherapy for Prostate Cancer"- con position, May 10, 2006, Philadelphia, Pennsylvania.

Perspectives in Urology: Point/Counterpoint, "Endpoints in Prostate Cancer: from Survival to PSA to Survival," "What Radiation Modality is Best: Protons,

Neutrons, Photons, Seeds," and "Radiation Therapy vs. Cryo: Magic vs Science." November 12, 2005, Phoenix, Arizona.

ASTRO 47th Annual Meeting, October 18, 2005, "Long-Term Multi-Institutional Analysis of Stage T1-T2 Prostate Cancer Treated with Permanent Brachytherapy" and "Comparison of Biochemical Failure Definitions for Permanent Brachytherapy ."

AAPM 47th Annual Meeting and Technical Exhibition Professional Symposium, July 23-24, 2005, "Structure and Function of ASTRO Health Policy and Economics Council: Medical Physicist Implications"

8th Annual Advanced Prostate Brachytherapy Conference, April 1-2, 2005, "Salvage Brachytherapy for Prostate Cancer", "Permanent Seed Implantation: The Proven Choice for Your Patient", Endpoints in Prostate Brachytherapy: From Survival to PSA to Survival"

Australian Brachytherapy Group 14th Annual Scientific Meeting, March 17-20, 2005, "Endpoints in the Evaluation of Prostate Cancer Treatments", "Complications of Prostate Brachytherapy", "Salvage Brachytherapy for Recurrent Prostate Cancer"

ACRO 15t5h Annual Meeting, February 25, 2005 Phoenix, AZ "Permanent Seed Implantation: The Proven Choice for your Patient"

Perspectives in Urology: Point/Counterpoint, "Radiation Modalities: Who Should Get What" and "Rationale for Integrating Hormonal and Radiation Treatments" November 4, 2004, Phoenix, Arizona.

ASTRO 46th Annual Meeting, October 3 – 7, 2004, Atlanta, Georgia.

"Permanent Seed Implantation: The Proven Choice for your Patient", ESTRO Joint Brachytherapy Meeting, May 2004, Barcelona, Spain

"The Present and Future of Permanent Prostate Brachytherapy", "Results and Complications of Brachytherapy", First International Oncology Congress, April 2004, Mexico City, Mexico

"Brachytherapy for Prostate Cancer at Arizona Oncology", 6th Annual Clinical Symposium on IMRT and Prostate Brachytherapy, March 2004, West Palm Beach, Florida

"Impact of Prior Hormonal Therapy on Overall and Cancer Specific Survival Following Permanent Prostate Brachytherapy", 45st Annual Meeting of American Society of Therapeutic Radiology and Oncology, October 2003, Salt Lake City, Utah

"Impact of PSA Failure on Overall and Cancer Specific Survival Following Permanent Prostate Brachytherapy" American Brachytherapy Society 24th Annual Meeting, May 8-10, 2003, New York, New York.

"The Arizona Perspective on Prostate Cancer" 5th Annual Prostate Brachytherapy Seminar, March 7-8th 2003 , Boca Raton, Florida.

"Techniques and Results of Iodine-125 and Palladium 103 Permanent Implants for Carcinoma of the Prostate" 17th Annual Int'l Oncologic Brachytherapy Symposium & Workshops" February 26-28, 2003, Long Beach, California.

"Overview of Prostate Brachytherapy" 11th Annual Mexican Endourology and Lithotripsy Society Meeting, February 5-7, 2003, Monterrey, Mexico.

"Prostate Brachytherapy: The Evolution Continues" Evolving Techniques in Pursuit of Ultimate Conformity. 21st Annual Estro Meeting September 27-21, 2002, Praha, Prague.

"Brachytherapy with Iodine 125 permanent Seed Implant: A Treatment Option in Early Stage Prostate Cancer" Mexico City Chapter of the Mexican Urology Society, July 11th, 2002, Mexico City, Mexico.

"Is there a role for pelvic irradiation for patients treated with Permanent Brachytherapy" June 19-22 2002, llth International Brachytherapy Conference, Santa Fe, NM.

"Real Time Planning for Permanent Seed Implants", Annual American Brachytherapy Society Meeting, May 21st, 2002, Orlando, Florida.

"Advances in Radiotherapy: Brachytherapy and External Beam" ICPME, May 17, 2002, Minneapolis, Minnesota.

"Overview of Prostate Cancer" Chesapeake Health Education Program, May 6, 2002, Baltimore, Maryland.

"Advances in Radiotherapy: Brachytherapy and External Beam" ICPME, April 26, 2002, Phoenix, Arizona.

"Moderator 1st Brazilian Prostate Brachytherapy Advance User's Meeting, March 17-18, 2002, Rio de Janeiro, Brazil.

"Recent Advances in the Management of Prostate Cancer" ICPME (International Center for Postgraduate Medical Education) Urology Regional Meeting, March 15, 2002, Newark, New Jersey.

"Prostate Seed Implant Brachytherapy Update 2002", Radiation Oncology Update for Therapists, February 13, 2002, Las Vegas, Nevada.

"Gleason Score is Superior to Pre-treatment PSA in Predicting Survival from Prostate Cancer" 43rd Annual Meeting of The American Society fro Therapeutic Radiology an Oncology (ASTR0), November 4-8, 2001, San Francisco, California.

" Moderator Poster Discussion Session" 43rd Annual Meeting of The American Society fro Therapeutic Radiology an Oncology (ASTR0), November 4-8, 2001, San Francisco, California.

"User's Guide Panel" Radiation Oncology Coding User's Guide Symposium, " 43rd Annual Meeting of The American Society fro Therapeutic Radiology an Oncology (ASTR0), November 4-8, 2001, San Francisco, California.

"Neoadjuvant Hormonal Therapy" The American Urological Association, June 5, 2001, Anaheim, California.

"When and How to Use Brachytherapy for Prostate Cancer", American Urological Association, November 2, 2001, Scottsdale, Arizona.

"Advances in Brachytherapy" Medical Education Collaborative, May 11, 2001, Scottsdale, Arizona.

"Presidential Address" American Brachytherapy Society, May 21,2001, Vancouver, B.C.

"Advances in Radiation Therapy: Hormones" Amgen Radiation Oncology Consultant's Meeting, May 16-18, 2001, Vancouver, B.C.

"Counseling A Patient with Localized Prostate Cancer", Scottsdale Healthcare Shea, March 16, 2001, Scottsdale, Arizona.

"Prostate Brachytherapy of Prostate Carcinoma", "Post Operative Radiation for Prostate Cancer", "Innovations In Radiation Therapy: What a Urologist Should Understand About IMRT & 3 Conformal Therapy", 25th Annual James McDonald Urologic Seminar, March 9-11, 2001, Paradise Valley, Arizona.

"Advances in Radiation Therapy: Conformal, Brachytherapy & Hormones", George Washington University, January 15, 2001, Washington, D.C.

"Brachytherapy Advances and Treatment For Prostate Cancer", Western Medical Center, October 10, 2000, Santa Ana, California.

4th Annual International Conference and Workshop, "New and Future Developments in Brachytherapy" Wayne State University, September 8-10, 2000, Las Vegas, NV.

10th International Prostate Cancer Update "Therapeutic Strategies for Localized prostate Cancer II: Peroneal Prostatectomy, X-Rays, Protons, Neutrons and Combination Brachytherapy. 2000, Vail, Colorado

"New Perspectives on Prostate Disease: Redefining Patient Care – Radiation Therapy," Medical Education Collaborative, August 18-19, 2000, Washington, DC

"Radiation Therapy," July 28, 2000, Paradise Point Resort, San Diego, CA

"New Perspectives on Prostate Disease: Redefining Patient Care," Medical Education Collaborative, June23-25, 2000, Beverly Hills, CA

"New Perspectives on Prostate Disease: Redefining Patient Care," Medical Education Collaborative, June 28, 2000, San Diego, CA

ACCC National Radiation Oncology Institute, Expert Discussion Panel, June 8-9, 2000, Hyatt Dulles, Herndon, VA

"New Perspectives on Prostate Disease: Redefining Patient Care," Medical Education Collaborative, June 3, 2000, Long Island Marriott Hotel & Conference Center, Uniondale, New York

"Prostate Brachytherapy - The Arizona Experience" 2nd Joint International Meeting, American Brachytherapy Society (ABS), May 19-21, 2000, Washington, DC

Training Course on Brachytherapy, March 31, 2000, Hospital Salvator Institut Paoli-Calmettes, Marseilles, France

"Advances In Brachytherapy, March 20, 2000, Wesley Cancer Care Center, Sydney, Australia

"New Advances in Urological Cancer, March 23, 2000, Tumbalong Auditorium, Sydney, Australia

"Perspectives on Prostate Brachytherapy", March 16, 2000, Adelaide Radiotherapy Center, Adelaide, Australia

10th International Prostate Cancer Update, February 2-6, 2000, Vail Cascade Hotel, Vail, Colorado

"Permanent Prostate Brachytherapy – A Practical Course", Course Director, April 1997 – January 2000, Phoenix Arizona Oncology

"Prostate Cancer" November 1999, Sidney Australia

"Prostate Cancer" December 1999, New Zealand Royal Alfred Hospital

Prostate Brachytherapy Workshop, Zeist Netherlands, May 9, 1999

Prostate School of Brachytherapy, December 12-14, 1999 Ritz-Carlton, Palm Beach Manalapan, Florida

"New Frontiers in the Diagnosis and Treatment of Prostate Diseases Permanent Prostate Implant Therapy", June 18, 1999, Boston, Massachusetts

"New Frontiers in the Diagnosis and Treatment of Prostate Diseases Permanent Prostate Implant Therapy", June 11, 1999, Beverly Hills, California

"Prostate Cancer Debate: HDR vs. LDR 1999" American Brachytherapy Society Meeting, San Diego, California, May 23-25, 1999

"Brachytherapy for Localized Prostate Cancer Result of Iodine – $^{125}$ Implantation as Monotherapy", May 9, 1999, Zeist, the Netherlands

Second Annual Advanced Prostate Brachytherapy Conference Patient Selection and Options s/p Sub-Optimal Seed Implantation, May 7-8, 1999, Seattle, Washington

"Radioactive Implants for Prostate Cancer; What Have We Learned?" The Arizona Society of Pathologists 1998 Annual Fall Meeting, November 14-15, 1998

"Complications and Late Toxicity Following Definitive Permanent Prostate Brachytherapy" ASTRO, October 26, 1998, Phoenix, Arizona Oncology Services

"Management of Early Stage Prostate Carcinoma with Radioactive Implants", Carolinas Medical Center, January 6, 1998

Visiting Professor, University of Arizona Rounds, January 8, 1998

"Brachytherapy with External Beam Irradiation", Moderator, First Annual Advanced Prostate Brachytherapy Workshop, May 15-16, 1998, Seattle, Washington

Radiation Exposure from Brachytherapy Application of $^{103}$Pd, $^{125}$I Sources Using Mick Applicator", American Brachytherapy Society Annual Meeting, June 2, 1998

"Permanent Brachytherapy as Salvage Treatment for recurrent Prostate Cancer", American Brachytherapy Society Annual Meeting, 1997, Palm Beach, Florida

Prostate Brachytherapy Workshop, "The Arizona Experience", October 7-8, 1997.

ASTRO Prostate Symposium, "Radiation for Elevated PSA after Radical Prostatectomy", Moderator, September 6, 1997

9th International Brachytherapy Conference, "Ultrasound Guided Brachytherapy: The Southwest Experience", September 5, 1997

"Permanent Radioactive Seed Implantation of the Prostate", Grand Rounds, July 17, 1998, Huntington Memorial Hospital, Pasadena, California

"Prostate Brachytherapy", University of South Florida, November 1996, June 1997

"Ultrasound-Guided Permanent Prostate Implants", Keynote Speaker, June 2-3, 1997, University of South Florida

"Ultrasound Guided LDR Brachytherapy with Iodine for Prostatic Cancer: Southwest USA Experience"

"Pain Management in Cancer Patients", August 23, 1994, Phoenix Baptist Hospital, Phoenix, Arizona

"Permanent Transperineal Implantation and Afterward", Prostate Cancer in the Role of Transperineal Implantation Symposium, June 1992, Seattle, Washington

"Early Prostate Specific Antigen Response to Radioisotope Implantation", American Endocurietherapy Society, December 1991, Las Vegas, Nevada

"Single Fraction Post-Operative Beta Radiation for Pterygium", Beyer, D., 31st Annual Meeting of American Society of Therapeutic Radiology and Oncology, October 1989, San Francisco, California

"Modification of the Technique for Transrectal Ultrasound-Guided Transperineal Interstitial Implantation of the Prostate", Beyer, D., Maggass, G., Priestly, J., Hicks, J., 31st Annual Meeting of the American Society of Therapeutic Radiology and Oncology, October 1989, San Francisco, California

"Non-Surgical Treatment of Prostate Disease", May 1989, Boswell Memorial Hospital, Phoenix, Arizona Oncology

"Superior Sulcus Tumors of the Lung", American Radium Society, Acapulco, Mexico, April 1985

## EDITORIAL BOARDS

TheScientificWorldJOURNAL – Editorial Board, 2011
RMEI Prostate Education Website Advisory Committee, 2010
Editorial Board Member of Journal of Brachytherapy, 2002- 2014
Reviewer Journal of Brachtherapy, 1998- Present
Reviewer International Journal of Radiation Oncology, Biology, Physics 2008-Present
Reviewer American Journal of Clinical Oncology 2011-Present
Reviewer Radiotherapy and Oncology, 2010-Present
Reviewer Journal of the American College of Radiology 2010-Present
Reviewer Journal of Vascular and Interventional Radiology 2013-Present.

# APPENDIX B

Materials reviewed:

1) United States ex rel., Martha Baker v. Banner Health and Banner Medical Group Colorado - Case No. 12-CV-3029-WJM-CBS First amended complaint Filed 10/31/14

2) Affidavit of Elizabeth Ceilley MD dated 2/9/15

3) Order granting plaintiff's early motion for partial summary judgment dated 5/28/15

4) Revenue Cycle consulting report dated April 19-21, 2011

5) "The Role of the Radiation Oncologist" https://www.astro.org/Practice-Management/Reimbursement/Role-of-RO.aspx accessed 9/1/15

6) Medicare Physician Supervision Requirements FAQ's ASTRO statement updated 3/23/10

7) Medicare Physician Supervision Requirements ASTRO statement updated May 2011

8) CPT Professional Edition 2015

9) Transcript of Dr. Ceilley deposition dated 7/15/15

10) Transcript of Dr. Fuller deposition dated 7/16/15