# EXHIBIT 11

**From:** Johnson, Jan
**Sent:** Wednesday, March 03, 2010 1:48 PM
**To:** Bezozo, Jason
**Cc:** Underwood, Brian; Brannon, Jim; Knox, Robert B
**Subject:** FW: Physician Supervision Outpatient Hospital Therapeutic Services

**Importance:** High
**Sensitivity:** Confidential

EXHIBIT: 93
Deponent: Steb
Date: 4/1/15 RPR: MH
Mile High Court Reporting

Just wanted to update you on the status of the Physician Supervision requirement for outpatient therapeutic services performed in Banner Hospitals by way of a HCCA Web Conference I and my Compliance Colleagues attended this morning. The Web Conference was conducted by two attorneys from the firm David, Wright, Tremaine, LLP.

According to the attorneys, there is no argument which can dissuade CMS from going forward and requiring physician (NPP) supervision of outpatient therapeutic services within Banner hospitals (therapeutic services performed in on-campus and off-campus departments). The attorneys also indicated there was no argument to prevent CMS from requiring the supervising physician(NPP) to be immediately available to take over a therapeutic service, and the requirement that the physician (NPP) be credentialed by our hospitals to perform the service should they need to step in and perform.

The only remedy the attorneys recommended was legislative. This has broad implications for Banner, both for employed physicians (NPP) and non-employed physicians who practice at Banner Hospitals. There will be Compliance implications as well.

Several of our Hospital CEO's have attended recent calls with AHA, and there was indication AHA might bring an action against CMS.

Jason, have you heard anything more on this?

Jan

---

**From:** Johnson, Jan
**Sent:** Friday, July 17, 2009 1:18 PM
**To:** Bezozo, Jason
**Cc:** Brannon, Jim; Underwood, Brian
**Subject:** RE: Physician Supervision Outpatient Hospital Therapeutic Services
**Importance:** High
**Sensitivity:** Confidential

Yes, please ask to stay in the loop! If we have to provide specific physician supervision it will involve potentially recruiting and staffing issues at a fairly high expense.

Do we know who the AHA is planning to have meet with CMS. It would be nice to know that the individual is properly briefed to articulate hospital's positions on this. Not wanting to be negative, but it has been my experience that this is not always the case.

Jan

---

**From:** Bezozo, Jason
**Sent:** Thursday, July 16, 2009 2:23 PM
**To:** Johnson, Jan
**Subject:** RE: Physician Supervision Outpatient Hospital Therapeutic Services
**Sensitivity:** Confidential