# EXHIBIT 15

**From:** Johnson, Jan
**Sent:** Monday, February 15, 2010 10:59 AM
**To:** Dinner, Janice
**Cc:** Ledbetter, David; Zech, Ginger
**Subject:** FW: New Requirements Contained in 2010 OPPS Final Rule - Physician Supervision!!

[redacted]

---

**From:** Johnson, Jan
**Sent:** Friday, February 12, 2010 10:05 AM
**To:** Ledbetter, David; Clark, Susan G; Frank, Rose Ann; Bixenman, Helen A
**Subject:** New Requirements Contained in 2010 OPPS Final Rule - Physician Supervision!!
**Importance:** High

I have attached slides from a seminar I called in to discuss the new regulations/requirements to have physician supervision for therapeutic services in the outpatient hospital setting. There are existing rules for physician supervision for diagnostic services but CMS has gone back and forth on therapeutic since 2002. Now we have the regs.

Can we discuss this at Monday's meeting, as I would like your opinion on that this will mean for Banner, and how we get the word out. I have worked here with our Radiation Oncology Manager in crafting how we will provide this at our new Red/Onc center being built at Sterling. This is a Banner-wide issue.

Jan Johnson
West Region Compliance Officer
Banner Health
970 392 2392

# Complying with Physician Supervision Requirements

*Reviewing Revisions and Clarifications from the Hospital Outpatient 2010 Final Rule*

# *Today's Presenters*

**Shay Pratt**
Managing Director
Imaging Performance Partnership
The Advisory Board Company
202-266-5916
pratts@advisory.com

**Allison Shimooka**
Managing Director
Oncology Roundtable
The Advisory Board Company
202-266-5713
shimooka@advisory.com

**Bryan G. Looney**
Kutak Rock LLP
243 E. Millsap Road
Suite 400
Fayetteville, AR 72703
479-695-1953
Bryan.looney@kutakrock.com

# ***Evolution of Physician Supervision Requirements***

*2009 Clarification Represented Significant Departure from Past Policy*

2000-2008
"Presumption of Supervision"



Presence of physician on hospital campus was widely regarded to be sufficient

2009
"Clarification"



Physician required to be present in hospital-based department

Source: Federal Register; Oncology Roundtable analysis.

*Who can provide supervision?*

# ***Finding the Middle Ground in 2010***

## *Requirements Relaxed for Supervision of Outpatient Therapeutic Services*

### NPPs Permitted to Provide Supervision


Physicians Assistant


Nurse Practitioner


Clinical Nurse Specialist


Clinical Psychologist


Certified Nurse Midwife


Clinical Social Worker

### CMS Requirements

- ✓ Permitted to provide supervision under state law, scope of practice regulations and hospital-granted privileges
- ✓ Supervisory authority limited to services that the NPP can personally perform

Source: Federal Register; Oncology Roundtable analysis.

# ***Defining Supervision***

## *"Immediately available" to furnish assistance*

- ✓ MD or NPP must be present on same campus
- ✓ Must be able to step in to perform service, if necessary
- ✓ Supervision should be "commensurate with the complexity of the service"

## *Key Differences for On-Campus versus Off-Campus Departments*

### On Campus Departments



- Physician or NPP must be present on hospital's campus
- Can be in non-provider-based area, i.e. physician's office, SNF or rural health clinic

### Off Campus Departments



- Physician or NPP must be present in provider-based department (PBD)
- Does not necessarily need to be present in treatment room
- Must have one MD or NPP providing supervision in each PBD

Source: McDermott Will & Emery http://www.mwe.com/index.cfm/fuseaction/publications.nldetail/object_id/85e58419-e300-4d81-b478-92671453da92.cfm; Foley & Lardner http://www.foley.com/publications/pub_detail.aspx?pubid=6563; Oncology Roundtable analysis.

# More a Clarification for Diagnostic Services

*CMS Expecting Full Compliance*

**Key Areas of Concern**



Direct supervision



Outpatient imaging centers




Mobile advanced imaging




After-hours emergency imaging

**Key Points from 2010 HOPPS Final Rule**

- All hospital outpatient diagnostic services (regardless of site) must meet the physician supervision requirements for diagnostic tests under the Medicare Physician Fee Schedule
- For diagnostic services furnished in the hospital or on-campus provider-based department, direct supervision means that the supervisory physician is present on campus and immediately available to furnish assistance and direction throughput performance of procedure
- For diagnostics furnished in an off-campus provider-based department, physicians providing direct supervision must be present in the off-campus department and immediately available to furnish assistance and direction throughput performance of procedure
- For services provided to hospital outpatients in non-hospital entities, supervising physicians must be present in the office suite
- Physician extender may not provide direct supervision

Source: Kutak Rock, LLP; American College of Radiology.

# *Frequently Asked Questions*

- What does it mean to be "immediately available"?
- What does it mean to be able to "furnish assistance and direction throughout the performance of the procedure"?
- Can a single physician serve as the supervisory physician for procedures being undertaken in multiple, off-campus provider-based departments of a hospital?
- What steps should be taken to demonstrate compliace with the physician supervision rules issued in the 2010 OPPS Final Rule?

# Member Provided Questions

## *General Questions*

- With this rule, did CMS mean to loosen or tighten supervision requirements? Do we think they will be interpreting it strictly - thus severely hampering the ability of smaller, rural hospitals to provide certain services?
- How will providers be expected to demonstrate compliance? Is having a formal policy sufficient, or will providers be required to log physician or NPP hours in and out of the facility?
- What kind of physician can provide oversight?
  - Can a hospitalist or internist do so if there are protocols in place for how to deal with side effects and emergencies or changes to treatment plans?
- Does this vary by specialty, namely radiation oncology versus medical oncology?
- If a formal policy or protocol is sufficient, what must be included in that document?

# Member Provided Questions (cont'd)

*Oncology-Specific Questions*

- In radiation oncology where there is only one radiation oncologist (common at rural facilities), can an advanced practice nurse provide supervision when the radiation oncologist is off campus (knowing the APN cannot "prescribe" radiation oncology, only a rad onc can)?
  - Can patients be treated as long as the treatment plan is not changed- assuming if the treatment plan needs to be changed and the radiation oncologist is not available, the patient won't be treated that day?
- What is the definition of a "therapeutic service"? For instance, can nurses provide premeds, fluids and supportive agents such as Procrit prior to the arrival of the physician (assuming the physician arrives for the actual delivery of chemotherapy)?
- What happens if that physician does not have any prior connection to the patient. (For example, it is a renal patient coming to the cancer center for infusion or other services? The medical oncologist is present, however other than an emergency, this MD has not seen the patient and is worried about liability to make treatment decisions).

# Member-Provided Questions

## *Imaging-Specific Questions*

- With off-campus outpatient facilities where imaging is located on the first floor, does the supervising physician need to be on that same floor as imaging or can he/she be located on the second or third floor? If the supervising physician is also seeing patients during that time, can this be considered immediately available?
- During late night hours in the emergency department when radiologists are not physically at the hospital, can an emergency physician provide supervision? What if there is only one emergency physician in the ED overnight?
- For community hospitals with only one radiologist onsite (and designated as supervising physician), does the radiologist have to abstain from procedures in order to be considered available for contrast coverage?
- Does the supervising physician need to be identified during billing for the technical component?
- Are radiology physician assistants ineligible to perform fluoroscopy without a physician in the suite?
- Are there significant differences between MACs or carriers that need to be considered?

# *Appendix: Evolution of the Supervision Rules*

# ***Summary of Physician Supervision Rules***

## *Physician Supervision Rules from August 1, 2000 until December 31, 2008*

Through the OPPS Final Rule issued on April 7, 2000, CMS (formerly, the Health Care Financing Administration or "HCFA") adopted the following physician supervision requirements for hospital outpatient services furnished on or after August 1, 2000:

- Diagnostic services furnished in provider-based departments ("PBDs") of hospitals (whether on- or off-campus) were required to be furnished under the appropriate level of physician supervision, as specified by CMS (then, HCFA) in accordance with the definitions contained at 42 C.F.R. §§ 410.32(b)(3)(i), (b)(3)(ii) and (b)(3)(iii).
- Therapeutic services and supplies (or services and supplies (including the use of hospital facilities) "incident to" the services of a physician ) furnished at a PBD of a hospital must be under the direct supervision of a physician. "Direct supervision" means the physician must be present and on the premises of the location and immediately available to furnish assistance and direction throughout the procedure. "Direct supervision" does not mean that the physician must be present in the room when the procedure is performed.
    - In commentary contained in the preamble to the 2000 OPPS Final Rule and in Medicare policies (see Intermediary Manual, § 3112.4(A)), CMS (then, HCFA) stated that it assumed that the direct supervision requirement will be met for therapeutic services furnished in a PBD located on the hospital's campus because staff physicians would be in the hospital and always nearby to the PBD.
    - Hence, CMS (then, HCFA) only subjected therapeutic services furnished in off-campus PBDs to the direct supervision requirement prior to January 1, 2009.

# ***Summary of Physician Supervision Rules***

## *Physician Supervision Rules from January 1, 2009 through December 31, 2009*

- CMS did not change physician supervision rules for diagnostic services.
- CMS also did not change physician supervision rules for therapeutic services provided in an off-campus PBD.
- CMS changed the physician supervision rules for therapeutic services provided either in the hospital or in an on-campus PBD of the hospital. Specifically, CMS "clarified" its assumption statement that the direct supervision requirement was met for outpatient therapeutic services furnished in a PBD located on the hospital's campus. Reasoning that "advances in medical technology, changes in the patterns of healthcare delivery, and changes in the organizational structure of hospitals have led to the development of extensive hospital campuses, sometimes spanning several city blocks, as well as off-campus and satellite provider-based campuses at different locations," CMS stated that it can no longer assume that the direct supervision requirement is met for hospital outpatient therapeutic services furnished in a PBD located on the hospital's campus. Under its new position, CMS subjected hospital outpatient therapeutic services provided both in the hospital and in on-campus PBDs of the hospital to the direct physician supervision requirement applicable to off-campus PBDs.
- In addition to making its physician supervision policy applicable to hospital outpatient therapeutic services provided in the hospital or in a PBD of the hospital, CMS also discussed its views on "direct supervision" , stating that the direct supervision standard requires the physical presence of a physician (not a nonphysician practitioner) in the PBD of the hospital and that the physician must be "immediately available to furnish assistance and direction for as long as patients are being treated at the site."

# *Summary of Physician Supervision Rules*

## *January 1, 2010 and Moving Forward – Therapeutic Services*

- Certain non-physician practitioners (PAs, NPs, CNSs, CNMs, and licensed clinical social workers) may fulfill the supervision requirements applicable to hospital outpatient therapeutic services provided they perform in accordance with their State law and scope of practice and hospital-granted privileges, and provided that they continue to meet all additional requirements, including any collaboration or supervision requirements, as set forth in 42 C.F.R. §§ 410.74 - .77. However, direct supervision of cardiac rehabilitation services, intensive cardiac rehabilitation services and pulmonary rehabilitation services must be furnished by a doctor of medicine or osteopathy (i.e., supervision of those services may not be provided by a non-physician practitioner).
- If therapeutic services are furnished in the hospital or in an on-campus outpatient department of the hospital, the services must be under the direct supervision of a supervising physician or a non-physician practitioner. Direct supervision in this context means that the supervisory physician or non-physician practitioner must be present on the same campus (this could include a physician's office, an on-campus SNF, RHC or other nonhospital space located on-campus) and must be immediately available to furnish assistance and direction throughout the performance of the procedure. Direct supervision does not mean, however, that the physician must be in the room when the procedure is performed. The term "in the hospital" is defined as areas in the main building(s) of the hospital that are under the ownership, financial and administrative control of the hospital, that are operated as part of the hospital and for which the hospital bills the services furnished under the hospital's CMS Certification Number.
- There aren't any significant changes to the definition or requirements for direct supervision in off-campus PBDs of the hospital, other than to allow non-physician practitioners to provide direct supervision in these PBDs for the services that these practitioners may perform. In other words, for therapeutic services furnished in an off-campus outpatient department of the hospital, direct supervision means the supervising physician must be present in the off-campus PBD of the hospital and immediately available to furnish assistance and direction throughout the performance of the procedure. Direct supervision does not mean, however, that the physician must be in the room when the procedure is performed.

# Summary of Physician Supervision Rules

## *January 1, 2010 and Moving Forward – Diagnostic Services*

- All hospital outpatient diagnostic services, whether provided directly or under arrangement and whether in the main buildings of the hospital, in a PBD of a hospital, or at a nonhospital location, must meet the physician supervision requirements applicable to diagnostic tests under the Medicare Physician Fee Schedule. CMS states that the definitions of general and personal supervision as defined in 42 C.F.R. §§ 410.32(b)(3)(i) and (b)(3)(iii) will apply to diagnostic tests assigned to such supervision levels.
- In the case of diagnostic services furnished directly by the hospital or under arrangement in the hospital or in an on-campus PBD, direct supervision will require that the supervisory physician be present on the same campus, and immediately available to furnish assistance and direction throughout the performance of the procedure. Direct supervision does not mean, however, that the physician must be in the room when the procedure is performed. The term "in the hospital" is defined in the same manner as set forth above for therapeutic services.
- In the case of diagnostic services furnished directly or under arrangement in an off-campus PBD, direct supervision will require that the supervising physician be present in the off-campus PBD and immediately available to furnish assistance and direction throughout the performance of the procedure. Direct supervision does not mean, however, that the physician must be in the room when the procedure is performed.
- In the case of diagnostic services provided to hospital outpatients under arrangement in nonhospital entities (whether located on the main campus of the hospital or elsewhere), the direction supervision definition set forth in 42 C.F.R. §410.32(b)(3)(ii) applies. That definition requires that the supervising physician be present in the office suite and immediately available to furnish assistance and direction throughout the performance of the procedure. It dos not mean that the physician must be present in the room when the procedure is performed.