# EXHIBIT 17

**From:** Stieb, Pam
**Sent:** Monday, March 08, 2010 10:05 AM
**To:** Johnson, Jan
**Subject:** Physician Supervision Requirements
**Attachments:** OP Hospital Physician Supervision Reqmts.doc

Per our discussion on Friday – I think this document helps to clarify the new Physician Supervision Requirements. You may already have this.

Thanks!

*Pam Stieb, CHC*

*Chief Financial Officer*
*Sterling Regional MedCenter*
*615 Fairhurst*
*Sterling, CO 80751*
*970-521-3103*
*Fax 970-522-8532*

# Outpatient Hospital Physician Supervision Requirements

Effective January 1, 2010

REGULATORY COMPLIANCE SUPPORT

November 2009

## Table of Contents

| | |
|---|---|
| **Section 1: Introduction** | **3** |
| **Section 2: Basic Supervision Requirements** | **4** |
| **Section 3: Therapeutic Services** | **6** |
| **Section 4: Diagnostic Services** | **8** |
| **Section 5: Supervisors** | **11** |

## Section 1: Introduction

As a condition of Medicare coverage, OPPS hospitals and critical access hospitals (CAH) must provide direct physician supervision for outpatient therapeutic services. In addition, OPPS hospitals must provide general, direct, or personal physician supervision for outpatient diagnostic services as designated in the Medicare physician fee schedule. The same level of supervision must be provided to all outpatients regardless of payer type.

Most therapeutic and diagnostic services requiring direct supervision are performed by nonphysician staff and therefore require arrangements with appropriate supervisors. While the requirements for general and personal supervision of diagnostic services are new for services performed in the hospital, most hospitals should already be in compliance with these two levels of physician supervision. Hospital or departmental medical directors likely fill the role required for general supervision of diagnostic services as discussed in section 4. Additionally, most diagnostic services requiring personal supervision are services which are performed by a physician (e.g., cardiac catheterization and interventional radiology procedures). Tables summarizing the supervision requirements for therapeutic and diagnostic outpatient hospital services are available on pages 7 and 10.

**Services provided on or after January 1 without the appropriate level of supervision must not be billed to Medicare.** Hospitals must review the requirements in this document and take the appropriate steps outlined below to establish compliance by January 1, 2010. Hospitals should contact their legal operations counsel for assistance with contracts and agreements. Other questions should be submitted to the Regs Helpline.

- Educate hospital personnel on these requirements.
- Identify services/departments requiring supervision (consider all services furnished within the 4 walls of the hospital, in on-campus provider-based departments, and in off-campus provider-based departments).
- Determine the operating hours requiring coverage and the appropriate type and number of supervisors needed (consider back-up coverage and whether departmental medical directors can provide some/all of the supervision).
- Update current and/or establish new supervisor agreements with physicians or, where applicable, non-physician practitioners.
- Include appropriate privileging in credentialing file for all physicians and nonphysician practitioners providing direct supervision.
- Be able to demonstrate compliance with direct supervision requirements (e.g., departmental log of supervisor/supervisor shifts).
- Identify all outpatient diagnostic services requiring supervision that are purchased under arrangement from a nonhospital location and update contractual agreements to require compliance with physician supervision requirements.

## Section 2: Basic Supervision Requirements

Diagnostic and therapeutic services furnished to hospital outpatients must be furnished under the required level of supervision regardless of whether the services are furnished in the hospital, in a provider-based department of the hospital, or in nonhospital space when purchased under arrangement by the hospital. There are three levels of supervision for hospital services: general, direct, and personal. Only certain diagnostic services require general and personal supervision. Direct supervision applies to all therapeutic and certain diagnostic services.

### General supervision

- Procedure or service is furnished under the physician's overall direction and control.
  - ➢ Generally provided by the departmental medical director.
- The physician's presence is not required.
- Training of the nonphysician personnel who actually perform the diagnostic procedure and the maintenance of the necessary equipment and supplies are the continuing responsibility of the hospital.

### Personal supervision

- Physician must be in the room during the performance of the procedure.
  - ➢ Generally applies to services that are performed directly by the physician.

### Direct supervision

The supervisor must be:

- A physician if the supervised service is diagnostic.
- A physician or nonphysician practitioner (PA, NP, CNS, CNM, LCSW) if the supervised service is therapeutic.
  - ➢ Nonphysician practitioners must only supervise therapeutic services that they may personally furnish in accordance with State law.
  - ➢ Nonphysician practitioners must only act as supervisors if they meet all requirements to act as a practitioner.
- An MD or DO with specific expertise and training if the supervised service is cardiac rehab (CR), intensive cardiac rehab (ICR), or pulmonary rehab (PR).
  - ➢ For CR/ICR, the MD or DO must also have expertise in management of individuals with cardiac pathophysiology as well as have cardiopulmonary training in ACLS or BLS.
  - ➢ For PR, the MD or DO must also have expertise in the management of individuals with respiratory pathophysiology as well as BLS certification or cardiopulmonary training.

- Clinically appropriate for the services he/she supervises.
  - Able to personally furnish the supervised service within his/her State scope of practice.
  - Privileged by the hospital to perform the supervised service.
- Present in the department if the service is performed in an off-campus department OR present on the same campus if performed in the hospital or in an on-campus department.
  - On the same campus includes nonhospital space such as a physician's office.
  - Must be close enough to respond right away if requested.
- Immediately available to furnish assistance and direction throughout the performance of the procedure.
  - Available while services are furnished.
  - Must present to the department if requested or if necessary in order to address the issue.
  - Must step in and perform the service if necessary.
  - Does not usurp the treating physician's role – provides a transitional role during times when the treating physician is unavailable and the hospital staff requires assistance providing the ordered service.
- Able to be interrupted (accessible at all times services are being furnished).
  - Can't personally perform surgery/procedure while acting as supervisor.
  - ED physician is not always able to be interrupted, thus hospitals should not rely on ED physicians to fill this role.

## Section 3: Therapeutic Services

Therapeutic services are those services which aid the physician or nonphysician practitioner in the treatment of the patient. Medicare does not provide a comprehensive list of therapeutic services performed in a hospital. However, listed below are several common examples of outpatient therapeutic services:

- Outpatient OB/Labor & Delivery services (i.e., E/M, Observation, Infusion/Injections)
- Observation services
- Recovery room following OP surgery
- Infusion therapy & injections
- Respiratory Therapy treatments
- ED E/M
- Chemotherapy
- HBO therapy
- Radiation Oncology
- Clinic E/M – (e.g., Urgent Care Center, Senior Health, Wound Care, Oncology, Perinatal, Anticoagulation, Transplant, Pain Management)
- Mental Health Services including PHP and IOP
- Cardiac Rehab (CR), Intensive Cardiac Rehab (ICR), Pulmonary Rehab (PR)
- Wound Care

Hospitals need to identify the types of services furnished by nonphysician staff and the hours services are furnished for outpatient departments such as those mentioned above. Hospitals must also consider other areas of the hospital where therapeutic services (e.g., respiratory therapy treatments, injections/infusions, and observation services) may be provided by nonphysician staff to outpatients (including those in a bed) such as observation patients and obstetric/labor patients to identify the type of services and hours of coverage that will be required.

After identifying all therapeutic services requiring direct supervision, hospitals will need to identify the appropriate skills, knowledge, and licensure required for the supervisor to be able to step in and perform the procedure. This will assist in identifying the appropriate types of physicians and nonphysician practitioners who should be contacted to arrange for supervision. Hospitals will also need to identify how many supervisors will be needed to provide adequate coverage of the services during the required hours. Hospitals must keep in mind that cardiac rehab, intensive cardiac rehab, and pulmonary rehab programs must be supervised by an MD or DO with specific skill sets.

The following services have other coverage rules and do not require direct physician supervision.

- Physical therapy, occupational therapy, speech language pathology services,
- End stage renal disease services,
- Medical nutrition therapy, and
- Diabetes self management training.

The following grid provides a summary of the direct supervision requirements for therapeutic services.

| OP Therapeutic Services – Direct Supervision | | |
|---|---|---|
| | **Therapeutic Services (excluding CR/ICR/PR)** | **CR/ICR/PR** |
| **Supervisor Type** | **Physician:**<br>• MD/DO<br>• DDS/DMD<br>• Doctor of Podiatry<br>• Doctor of Optometry<br>**Non-Physician Practitioner:**<br>• Physician Assistant<br>• Nurse Practitioner<br>• Clinical Nurse Specialist<br>• Certified Nurse-Midwife<br>• Clinical Psychologist<br>• Licensed Clinical Social Worker | **Physician:**<br>• MD/DO |
| **Supervisor Skills** | **Clinically appropriate:**<br>• Ability to perform the service or procedure<br>• Within the scope of practice and hospital-granted privileges | **Clinically appropriate:**<br>• Ability to perform the service or procedure<br>• Within the scope of practice and hospital-granted privileges<br>**Also for CR/ICR Program:**<br>• Expertise in management of individuals with cardiac pathophysiology<br>• Cardiopulmonary training in BLS or ACLS<br>**Also for PR Program:**<br>• Expertise in the management of individuals with respiratory pathophysiology<br>• BLS certification/Cardiopulmonary training |
| **Supervision Definition** | **Direct:**<br>Supervisor must be:<br>• Present in the department if service performed in an off-campus department OR present on the same campus if performed in the hospital or in an on-campus department, AND<br>• Immediately available to furnish assistance and direction throughout the performance of the procedure, AND<br>• Able to be interrupted (accessible at all times services are being offered). | |
| **Excluded Services** | PT, OT, SLP, ESRD, MNT, DSMT | |

## Section 4: Diagnostic Services

Medicare defines the physician supervision requirements in the Medicare Physician Fee Schedule Relative Value File. Regulatory Compliance Support (Regs) has identified the diagnostic services requiring physician supervision and separated them by required level of supervision (general, direct, personal) in an excel workbook on the Regs site on ATLAS. Use the link below to access the excel workbook:
2010 Physician Supervision Requirements

Examples of the services requiring only general physician supervision are:

- Basic imaging without use of contrast such as ultrasound, x-ray, CT, and MRI;
- Fetal non-stress tests;
- Most nuclear medicine studies;
- PET scans;
- EKG;
- Transthoracic echocardiograms without contrast;
- Most respiratory therapy tests not requiring administration of gases or medication (e.g., pulse oximetry, spirometry);
- EEG.

Examples of the diagnostic services requiring direct physician supervision are:

- Imaging services with contrast including x-rays, CT scans, and MRI;
- Coronary CT, Colonography CT, Unlisted CT;
- Opthalmic ultrasound;
- Most respiratory therapy tests requiring administration of a gas or medication;
- Most allergy tests;
- Fetal stress test;
- Urologic tests such as cystometogram, urine flow measurement, urinary reflex measurement, urography, urinary muscle study, voiding pressure study;
- Cardiac tests such as cardiac device monitoring, cardiac stress tests, microvolt t-wave assessment, stress TTE, tilt table evaluation, set up and monitoring of wearable cardiac defibrillator, pacemaker/ICD evaluation;
- Gastric tests such as esophageal intubation with collection of specimen, esophageal/gastric /duodenal motility, acid perfusion of esophagus, gastroesophageal reflex test, esophageal balloon distension test, gastric analysis, breath hydrogen test.

Examples of the services requiring personal physician supervision are:

- CSF shunt reprogramming;
- Interventional radiology procedures such as angiography, venography, radiologic guidance for interventional procedures;
- Heart catheterization;

- Transesophageal echocardiogram;
- EP studies;
- Functional brain mapping;
- Autonomic nerve function test (sympathetic adrenergic function);
- Electrogastography.

Hospitals need to review outpatient departments such as clinics, radiation oncology, and radiology to identify these types of services furnished by nonphysician staff and the hours services are furnished. It is also important to consider whether any of these departments provide diagnostic services (e.g., CT scan with contrast) to emergency department patients after normal outpatient hours. Hospitals must also consider other areas of the hospital where diagnostic services (e.g., respiratory therapy tests and fetal stress tests) may be provided to outpatients (including those in a bed) such as observation patients and obstetric/labor patients to identify the type of services furnished by nonphysician staff and hours of coverage that will be required. The chargemaster for each department may help assist hospitals in identifying the CPT/HCPCS codes for the services performed so they can be compared to the excel files containing the CPT/HCPCS codes requiring supervision.

After identifying all diagnostic services requiring direct or personal supervision, hospitals will need to identify the appropriate skills and knowledge required for the supervisor to be able to step in and perform the procedure. This will assist in identifying the appropriate types of physicians who should be contacted to arrange for supervision. Hospitals will also need to identify how many physician supervisors will be needed to provide adequate coverage of the services during the required hours.

Diagnostic tests that are excluded from the specified physician supervision requirements are:

- Mammograms,
- Lab tests,
- Diagnostic hearing and balance assessment tests personally furnished by a qualified audiologist authorized to perform the tests under applicable State laws,
- Diagnostic tests performed by a nurse practitioner or clinical nurse specialist authorized to perform the tests under applicable State laws, and
- Certain diagnostic tests furnished by a clinical psychologist.

The grid below provides a summary of the physician supervision requirements for diagnostic services.

| Diagnostic Services Physician Supervision Requirements | |
|---|---|
| **Supervisor Type** | **Physician:**<br>• MD/DO<br>• DDS/DMD<br>• Doctor of Podiatry<br>• Doctor of Optometry |
| **Supervisor Skills** | • Ability to perform the service or procedure<br>• Within the scope of practice and hospital-granted privileges |
| **Supervision Level** | General, Direct, Personal per MPFS RVU File |
| **Supervision Definition** | **General** :<br>• Procedure or service is furnished under the physician's overall direction and control.<br>• The physician's presence is not required.<br>**Direct**:<br>Physician must be:<br>• Present in the department if service performed in an off-campus department OR present on the same campus if performed in the hospital or in an on-campus department, AND<br>• Immediately available to furnish assistance and direction throughout the performance of the procedure, AND<br>• Able to be interrupted (accessible at all times services are being offered).<br>**Personal:**<br>Physician must be in the room during the performance of the procedure. |
| **Excluded Services** | • Diagnostic Mammography<br>• Diagnostic Lab procedures |

## Section 5: Supervisors

CMS requires physicians and nonphysician practitioners providing direct or personal supervision to be able to step in and perform a service or procedure that they are supervising. Therefore, supervisors must be licensed or authorized by the State (where services are performed) to perform the supervised service. In addition, the supervisor must have hospital-granted privileges to perform the supervised services documented in his/her credentialing file. Hospitals should establish that the physician or nonphysician practitioner has the appropriate expertise and/or training to supervise the service before granting privileges. Certain types of physicians and nonphysician practitioners have a limited scope of practice and/or expertise and must only supervise services within their scope. Some examples are:

- Podiatrists should only supervise services on the lower extremities,
- Clinical psychologists and licensed clinical social workers should only supervise mental health services,
- Doctors of dental medicine/dental surgery should only supervise dental services,
- Optometrists should only supervise vision services.

In addition, supervision of certain complex or technical services should be limited to specialists with the appropriate expertise. Some examples are:

- Radiology services should be supervised by a radiologist.
- Radiation oncology services should be supervised by a radiation oncologist.
- HBO therapy should be supervised by a physician with expertise and training in hyperbaric medicine.
- Cardiac tests should be supervised by a physician with expertise in management of cardiac pathophysiology.

Supervisors do not take the place of treating or attending physicians. The supervisor's role is to be available to provide assistance when hospital staff makes a request. If called upon to intervene, the supervisor must be able to respond right away including presenting to the patient care area when requested or otherwise necessary to furnish assistance. In some instances it may be more appropriate for hospital staff to contact the treating or attending physician instead of the supervising physician. When immediate response or presence is required, the hospital staff would contact the supervisor to obtain assistance and direction. The supervisor fulfills a transitional role during times when the treating/attending physician is not available and the hospital staff requires assistance in providing the ordered care to the patient. Hospitals must arrange supervision with supervisors who will be immediately available during the required hours of coverage. Hospital staff should be provided with the supervisors' contact information and schedule for the days/hours when services requiring supervision are furnished. It is

recommended that this schedule and contact information be retained as documentation of supervision. Hospitals should not rely on ED physicians to fill the role of supervisor outside the emergency department because an ED physician is not always able to be interrupted.

While supervisors play a different role from a medical director of a department, there may be instances when the medical director is also able to meet the requirements to act as the supervisor.

CMS specifies several requirements physicians and nonphysician practitioners must meet in order to perform services. A summary of the CMS requirements by practitioner type is available on the Regulatory Compliance Support site on ATLAS. It is especially important for hospitals considering contracting with a nonphysician practitioner (e.g., NP or CNS) that is not currently providing professional services to review these requirements.

<u>2010 Physician Supervision Practitioner Requirements</u>