# EXHIBIT 19

Exhibit No. 56
Deponent: Fritz
Date: 7/17/15 RPR: AR
Mile High Court Reporting

**From:** Fritz, Julianne
**Sent:** Thursday, June 24, 2010 10:12 AM
**To:** Wilson, Joy
**Cc:** Underwood, Brian; Cox, Sharon K.; McBlair, Cindy; Baker, Marty
**Subject:** Compliance Letter for Direct Supervision
**Attachments:** Physician Direct Supervision NCMC Onc 6 24 2010.doc

Hi Joy

I am forwarding the requested letter for "Physician Direct Supervision" for Dr. Lawson. I also have a large folder of information on this topic. Jan Johnson, Mary McCabe, and Dr. Vanetti have been extremely helpful in compliance review of this topic. I would be happy to also discuss with him further about the NP role if he would like.

Thank you

Julianne

Julianne Fritz RN, OCN
Director Oncology Services, Wound Care, HBO, Palliative Care
North Colorado Medical Center
(970) 350-6567 office
(970) 350-8393 pager
julianne.fritz@bannerhealth.com

Physician Direct Supervision under the HOPPS Regulations
June 24, 2010
Julianne Fritz RN, OCN, Director Oncology Services
North Colorado Medical Center

North Colorado Medical Center and Banner Health has spent significant time and resources reviewing the published rules regarding physician supervision for hospital outpatient therapeutic services. In December 2008, CMS (Centers for Medicare and Medicaid Services) published the 2009 HOPPS regulations which included new rules or newly re-defined rules on "physician supervision" for outpatient therapeutic services, including outpatient chemotherapy and outpatient radiation therapy. This ruling created not only regional, but national impact to outpatient services, especially for those facilities providing services in more rural locations. During 2009, Banner Health, along with numerous other health care systems, provided feedback to national organizations and CMS regarding this ruling. In November 2009, CMS responded with the final 2010 HOPPS ruling being released, which allowed for non-physicians, including nurse practitioners, who are trained, demonstrate competency, and whose state scope of practice allows them to oversee oncology outpatient therapeutic services. Although some initial confusion regarding whether this also included radiation therapy or not, final answer from CMS responded that Nurse Practitioners can oversee radiation therapy if within the state scope of practice for NP's, if the hospital demonstrates that the NP is qualified and if the job descriptions reflect that qualifications are met, and if the physicians overseeing these services are comfortable and that NP's have telephone backup.

Several national organizations, including ACCC (Association of Community Cancer Centers), ONS (Oncology Nursing Society), and CMS itself have published responses to questions concerning this ruling. In a final ruling by CMS in April 2010, CMS documented that the ruling *"allow certain non-physician practitioners (NPPs) to directly supervise all hospital outpatient therapeutic services that they have perform themselves within their state scope of practice and hospital-granted privileges provided that they meet all additional requirements, including any collaboration or supervision requirements. The supervising physician of NPP may be located anywhere on the same campus of the hospital, as long as he or she is immediately available to furnish assistance and direction throughout the performance of the procedure."*

North Colorado Medical Center Oncology Program has carefully reviewed these guidelines for direct supervision, and confirms that the proposed system to support the radiation therapy departments at NCMC, as well as the newly developed David Walsh Cancer Center, at Sterling Regional Med Center, can function safely within these guidelines. Each facility has pursued language in the medical staff credentialing process to incorporate documentation of education, training, competency, and privilege for providing direct supervision medical management of patients undergoing radiation therapy. The current privilege does not include for CT-Simulation, treatment planning, or treatment plan approval.