# Who Is Qualified?

*"…must be prepared to step in and perform the service, not just respond to an emergency. This includes the ability to take over the performance of a procedure and, as appropriate to both the supervisory physician or non-physician practitioner and the patient, to change a procedure or the course of treatment being provided to a particular patient."*

EXHIBIT 21

## Typical Radiation Oncology Issues

- Dose changes
- Block/ MLC adjustments
- Review of dosimetry planning and imaging
- Treatment breaks

Copyright© 2011 RCI All Rights Reserved. Do Not Duplicate. Material Presented May 12, 2011 Banner Health Loveland, CO

Revenue Cycle Inc