# EXHIBIT 22

**From:** Fritz, Julianne
**Sent:** Thursday, April 21, 2011 2:02 PM
**To:** Christner, Helene
**Cc:** Ehrman, Sheryl; Gale, Pamola S; Schooley, Patrick; Baker, Marty; McBlair, Cindy; Dreiling, Mary
**Subject:** RE: [ACCCExchange] Chemo supervision by a physician - CMS policy

Helene
You are correct in that there has been much in the oncology literature and "back and forth" on this issue, and various entities with different interpretations of this ruling. Several of us have spent an enormous amount of time working through this specific issue over the past two years. I just recognized that this topic came up. The Colorado State Practice Act allows for this within the scope of practice. We have lots of documentation, CMS standards, and ruling on this.

I just did not want yesterday's comments to go without response since I understood concern from various individuals on this topic.

Thanks
Julianne

Julianne Fritz RN, OCN
Regional Director Oncology Services, Palliative Care
Banner Health
(970) 350-6567 office
(970) 350-8393 pager
julianne.fritz@bannerhealth.com

---

**From:** Christner, Helene
**Sent:** Thursday, April 21, 2011 9:43 AM
**To:** Fritz, Julianne
**Subject:** RE: [ACCCExchange] Chemo supervision by a physician - CMS policy

Thanks Julianne, I also did a search and found some interesting dialogue from different facilities posting responses from CMS asking specific questions about what does "must be available to furnish assistance and direction throughout the procedure" or "ability to furnish/perform the procedure or service being supervised". I think that is where there is a lot of hang up, where as I can take over a therapeutic service of chemotherapy because I am chemo certified and can administer chemotherapy. I cannot take over giving a radiation treatment because I am not trained or certified. That is where "some" interpret no NP can supervise in Rad Onc, unless they are trained Rad Therapist and became NPs. Of course the argument is that the Rad Oncs also do not know how to provide the treatment itself, because they don't know how to run the lin ac. Many have done what we have and show documentation of training in Radiation Oncology, ONS courses in Rad Onc just like the ONS Chemo course, didactics and clinical, then also been given privileges' in the hospital. I think we will see different interpretations with different agencies frequently.

Helene Christner MSN, FNP-BC
David Walsh Cancer Center
Infusion/chemotherapy
Phone: 970-526-5570

Pager: 970-521-1131
Fax: 970-526-5551

---

**From:** Fritz, Julianne
**Sent:** Wednesday, April 20, 2011 5:18 PM
**To:** Dreiling, Mary; Baker, Marty; McBlair, Cindy; Schooley, Patrick
**Cc:** Ehrman, Sheryl; Gale, Pamola S; Christner, Helene
**Subject:** FW: [ACCCExchange] Chemo supervision by a physician - CMS policy
**Importance:** High

I recognize that there was a discussion at today's RC meetings in regard to a lack of compliance to the NP roles in radiation oncology. This is an area which there has been significant time, discussion, and compliance review. I am forwarding to you a link to the "final rule" which clearly refers to the CMS final ruling for direct supervision guidelines for therapeutic outpatient services, including both radiation oncology and chemotherapy. The NP's which are employed in McKee, NCMC, and DWCC have current Colorado license, is within their scope of practice for APN's, and have been granted hospital privileges to provide direct supervision for radiation oncology. It does not include their ability to do CT-Simulation, or develop a treatment plan for radiation therapy. It does provide for their ability to provide direct supervision of daily treatments, provide medical oversight to the medical management and symptom management of patients undergoing radiation therapy.
This is fully consistent with the CMS final ruling from 2010, which has also been extended through 2011.

Thank you
Julianne

Julianne Fritz RN, OCN
Regional Director Oncology Services, Palliative Care
Banner Health
(970) 350-6567 office
(970) 350-8393 pager
julianne.fritz@bannerhealth.com

---

---

**ACCC's Analysis of the final 2010 Rule (on page 10) talks about physician supervision**

**Click here: http://www.accc-cancer.org/advocacy/pdf/2010_Hopps_finaladditionalanalysis.pdf**

**Below is the listserve exchange on the topic:**

**[ACCCExchange] Physician supervision**

Hello all,
We recently did a conference call with CMS to clarify the role for mid-levels in supervising chemotherapy and radiation therapy. They responded just as they did in the ACCC summary below:

If your state scope of practice allows for the supervision and if your hospital job description or Medical Staff rules regarding the role of mid-level allied health professionals allows supervision, then the hospital may determine that they can supervise both.

Our medical NPs have recently completed the ONS produced CDs on radiation oncology and the radiation therapy NPs have completed the ONS chemo certification class. As of February 1 our coverage will increase to all physicians and all NPs in our centers. And of course there is always a radiation and medical oncologist on call for any questions an NP might have.
Luana Lamkin
Mountain States Tumor Institute
Boise, ID
--------------------------------------------------------------------