EXHIBIT 24

# Transcript of the Testimony of:

# **Sheryl Ehrman, MSN, NP-BC**

**Date:** July 16, 2015

United States of America, et al. ex rel. Martha Baker v. Banner Health, et al.

No. 1:12-CV-03029-WJM-CBS

Mile High Court Reporting & Video, Inc.

14143 Denver West Parkway, Suite 100 • Golden, Colorado 80401
(303) 202-0210 • contact@milehighreporting.com
www.milehighreporting.com

Mile High Court Reporting and Video, Inc.
Phone: 303-202-0210
Fax: 303-205-0034

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03029-WJM-CBS

---

DEPOSITION OF SHERYL EHRMAN, MSN, NP-BC
July 16, 2015

---

UNITED STATES OF AMERICA, et al.
ex rel. MARTHA L. BAKER,

Plaintiff/Relator,

vs.

BANNER HEALTH, et al.,

Defendants.

---

PURSUANT TO NOTICE, the deposition of SHERYL EHRMAN, MSN, NP-BC, called for examination by the Plaintiff/Relator herein, was taken at NORTH COLORADO MEDICAL CENTER, 1801 16th Street, Greeley, Colorado 80631, commencing at 9:00 a.m., on Thursday, July 16, 2015, before Aimee S. Reisinger, a Registered Professional Reporter and Notary Public in and for the State of Colorado.

APPEARANCES:

JAMIE M. BENNETT, ESQ.
The J. Bennett Law Firm
8 Creek Side Court
Middle River, Maryland 21220
443-844-4629
jbennettlawfirm@gmail.com

For the Plaintiff-Relator

MEGHAN E. POUND, ESQ.
Caplan and Earnest
1800 Broadway
Suite 200
Boulder, Colorado 80302
303-443-8010
mpound@celaw.com

For the Defendants

INDEX

EXAMINATION: PAGE
BY MS. BENNETT 4, 41
BY MS. POUND 40

EXHIBITS: MARKED

(No exhibits were marked or referenced.)

PROCEEDINGS
SHERYL EHRMAN,
having been sworn by the Reporter, testified as follows:
EXAMINATION
BY MS. BENNETT:
**Q. Could you please state your full name for the record and spell your last name.**
A. Sheryl Ehrman. E-h-r-m-a-n. And Sheryl with an S.
**Q. Ms. Ehrman, I'm going to discuss with you a little bit of the ground rules for a deposition.**
A. Okay.
**Q. First of all, I want you to know that if you don't understand any question that I ask you, you should just tell me.**
A. Okay.
**Q. And I'll rephrase it to make it more understandable for you.**
A. Okay.
**Q. And the other thing is if you need to take a break for any reason whatsoever, including going to attend to one of your patients, that's fine, just let me know.**
A. Okay.



**Q. And we'll let you go and we'll just go off the record and come back on the record when you get back here.**
A. Okay.
**Q. Can you tell me where you're -- who your employer is?**
A. Banner Medical Group.
**Q. And how long have you been employed by Banner?**
A. Probably since '98. I'm trying to think when they became Banner. I've been here at the hospital since 1982. I'm trying to remember when Banner came on board.
**Q. You've been here at the hospital, Northern Colorado Medical Center, since 1982?**
A. North Colorado Medical Center.
**Q. Okay. And you were employed by the center?**
A. Correct.
**Q. Did there come a time when Banner purchased the hospital?**
A. It was Lutheran Hospital Systems first. We had an association with them. And then I think Lutheran became Banner. I think that was in the mid to late '90s, if I recall.



**Q. And starting with the position you hold now, how long have you held this position?**
A. Since January of 2011.
**Q. And what is that position?**
A. Family nurse practitioner in radiation oncology.
**Q. Before you were in radiation oncology, what position did you hold with Banner?**
A. As a family nurse practitioner at Johnstown Family Physicians.
**Q. Is that in Greeley?**
A. It's in Johnstown, Colorado.
**Q. And before -- how long did you hold that position?**
A. January '98 to December 2010.
**Q. And in that position with Johnstown Family Physicians, did you have any -- did you have any experience or responsibilities working with patients who were undergoing radiation therapy treatments?**
A. Only indirectly.
**Q. And by "indirectly," what do you mean?**
A. This was a family practice clinic, so possibly patients who are undergoing radiation would come in with some side effects during the weekend or after hours, or something like that.



**Q. Just another rule of the road, I may ask you to tell me things that seem really obvious to you.**
A. That's okay. That's okay.
**Q. But we have to have it on the record. So even though I might know the answer, you have to answer the question.**
A. Okay.
**Q. Because I can tell by the expression on your face that -- and I did know what you meant --**
A. Okay.
**Q. -- that you thought I should know what you meant, and I did know what you meant.**
A. Part of the time -- I was just going to say -- at Johnstown we were an LLC, Johnstown Family Physicians. Banner owned the building and paid the employees in 19 -- or 2000 -- January of 2009 we became employed providers, so then we were actually paid through Banner.
**Q. I see. Can you describe for me your educational background, please.**
A. I became a registered nurse in 1979. I graduated from Nebraska Methodist Hospital School of Nursing, so it was a diploma program. I obtained my bachelor's of science in nursing in 1994 from the University of Northern Colorado. I obtained my

master's in nursing as a family nurse practitioner in 1997 as a -- at the University of Northern Colorado.

**Q. And, I'm sorry, I didn't catch the year.**

A. 1997. December.

**Q. Okay. And was the -- so was the first employment that you had after you obtained your nurse practitioner certification at Northern Colorado Medical Center? Or at Johns --**

A. Johnstown Family Physicians.

**Q. I'm sorry, Johnstown Family Physicians.**

A. Correct.

**Q. What led you to take the position in radiation oncology in 2010?**

A. I had been at Johnstown for, what is that, 13 years. I really enjoyed family practice, but just was looking for something maybe a little bit closer -- I mean, it's only 15 miles out there -- and I noticed that there was a position open here. I also didn't really especially like the computer system we had gone to in Johnstown and I was working very long hours. And so when that position came open, I looked at it and I thought, well, that sounds interesting, perhaps I'll look into that.

And I'm a cancer survivor myself and have gone through radiation. And it worked out that I was



able to have the position. And I've been very happy with it.

**Q. When you came to the radiation oncology department, who was the physician you were working with?**

A. Dr. Brian Fuller.

**Q. And do you recall when he was hired by Banner?**

A. That was before I came.

**Q. Were there any other physicians you worked with during your tenure in this position?**

A. Dr. Elizabeth Ceilley.

**Q. Is there any facility you work at other than Northern Colorado Medical Center?**

A. I occasionally work at urgent care, which is also a Banner facility.

**Q. And where is that --**

A. It is also through Banner Medical Group. That is at Summit View Medical Commons. And I'm not 100 percent sure of the address.

**Q. Do you ever go to McKee Medical Center to --**

A. Yes.

**Q. -- take care of patients?**

A. Yes, in radiation oncology, as well as



Sterling.

**Q. How often do you go to McKee?**

A. Rarely.

**Q. And how often do you go to Sterling?**

A. That's also rarely. It's to cover vacations for the nurse practitioner that's out there. So probably less than ten times a year, if that.

**Q. Is Dr. Fuller present at NCMC every day?**

A. No.

**Q. How often is he absent from the facility?**

MS. POUND: I'm going to make an objection on the record regarding -- the same objection I made yesterday regarding the time frame that, you know, our position is that the only relevant time frame is from October of 2010 through November 16th, 2012, and the questions outside that time frame are not relevant.

MS. BENNETT: You can go ahead and answer the question.

A. Can you repeat the question?

**Q. (By Ms. Bennett) So the question I asked was how many days is Dr. Fuller not at NCMC?**

A. During that time frame, I can't remember.

**Q. You -- by the time frame, you mean the time frame that Ms. Pound just referenced?**

A. Correct. And, plus, I wasn't there from



October to December.

**Q. Let's start with today and see if we can work our way back, because sometimes people have a better recollection of recent events. At the present time, how many days a week is Dr. Fuller not at NCMC?**

A. So answering the question as far as right now, it would depend on if he was in Sterling or if he was on vacation. So I can't really quantify that because it's not a weekly thing.

**Q. Was there ever a time when he was at Sterling on a regular basis? When he was scheduled to be at Sterling on a regular basis?**

A. During what time frame?

**Q. During -- let's start with the current time period.**

A. Currently he's on -- he's in Sterling on an every-three-month basis once a week.

**Q. And was there a time when he was in Sterling on a more frequent basis that you can recall?**

A. He was in Sterling every other week for a time that I can't quantify when that was because I know we had permanent locums in Sterling for a time.

**Q. So he was in Sterling every other week for a time. Was he there on a particular day?**

A. That has changed. So it was usually on a

Tuesday. Sometimes it was on a Monday if tumor board was. And that could have been the first Monday of the month. That's changed, so -- since then tumor board has changed to a different day.
**Q. When Dr. Fuller was scheduled to be in Sterling, did he spend the whole day there?**
A. Can you quantify "the whole day"?
**Q. Did he split his time between Sterling and NCMC?**
A. Not usually.
**Q. So he would actually go to Sterling for the entire day to see patients?**
A. Correct.
**Q. And who scheduled the patients in Sterling for Dr. Fuller to see?**
A. The Sterling staff.
**Q. Is there some way that you could tell, looking at your electronic calendar or appointment system, what days Dr. Fuller was in Sterling?**
A. Most likely it's on the MOSAIQ schedule, Dr. Fuller in Sterling.
**Q. And how far does that appointment calendar go, do you know?**
A. It probably goes from the time he started here.



**Q. So you mentioned that occasionally he would split his time between Sterling and NCMC. How often did that happen?**
A. I don't think I can quantify that.
**Q. Was it fairly unusual?**
A. If he had a patient to see here at Greeley, he may come back to see a patient.
**Q. And while Dr. Fuller was in Sterling, was Dr. Ceilley here?**
A. There are times when Dr. Ceilley was here if Dr. Fuller was in Sterling.
**Q. How often was that? Was that on a regular basis every other Tuesday?**
A. Not on a regular basis.
**Q. Were there times when there was no physician here while you were treating patients?**
A. Yes.
**Q. And how often did that happen?**
MS. POUND: Object to the form of the question. I don't know -- I lost track of what time frame we're talking about.
A. Are we still -- yeah, what time frame are we talking about?
**Q. (By Ms. Bennett) Let's talk about the time frame from 2010 to 2012.**



A. Based on that time frame, I would say twice a month, as he was going to Sterling every other week. Sometimes that could change, based on their schedules, but...
**Q. And what about now? Are there any times when there's no physician present when patients are being treated?**
A. Rarely.
**Q. And when is that -- when does that occur or what causes that to occur?**
A. Generally it's the day when the physician is going to Sterling and another physician is on vacation.
**Q. So are there times now when there's -- let me strike that and say did there come a time when Banner hired a third radiation oncologist in 2013?**
A. Yes.
**Q. And what is the name of that physician?**
A. Dr. Jeffrey Albert.
**Q. Where is he primarily stationed in terms of his practice?**
A. He goes between all three centers, which would be McKee, Sterling and Greeley.
**Q. How many patients do you treat a day? And by "treat," I mean who are actually receiving radiation**



**therapy.**
A. I couldn't quantify that for that time frame because it's variable.
**Q. How many patients do you treat a day now?**
A. We have patients currently under treatment between -- at this site -- again, it's hard to quantify because that changes daily -- perhaps 15 to 25.
**Q. Is that a daily --**
A. Uh-huh.
**Q. -- patient load?**
**Now, when you -- and how many -- how many patients do you see in terms of new patient visits a week?**
MS. POUND: Object to the form of the question.
A. I don't see new patients.
**Q. (By Ms. Bennett) You see follow-up patients?**
A. Yes, I do see follow-up patients.
**Q. How many follow-up patients do you see a week, would you say?**
A. It varies depending on the schedule, but I would say ten on average.
**Q. And what about in the period 2010 to 2012, how many patients were you seeing in follow-up then?**

A. I would say about the same, ten patients a week on average. Sometimes less, sometimes more.
**Q. So during the course of your education to become a nurse, what courses or hands-on experience did you have with radiation oncology?**
A. In becoming a nurse?
**Q. Right.**
MS. POUND: Object to the form of the question.
MS. BENNETT: I'm sorry, what?
MS. POUND: Object to the form of the question.
A. In -- it's been quite a while that I went through my training, but generally you're going to have some contact with radiation oncology patients in a nursing program. I recall spending a lot of time on an oncology floor and I recall taking care of patients who were undergoing radiation in the term of cobalt treatments. It was quite a while ago.
**Q. Things have changed a lot?**
A. Yeah.
**Q. What about when you got your master's, did you have any particular focus on radiation oncology?**
A. A master's program would not have a particular focus on radiation oncology; it's a general



family nurse practitioner program. Taking care of cancer patients would be included in a general form.
**Q. And what was that general form?**
A. Taking care of certain disease processes.
**Q. Such as?**
A. Such as cancer patients.
**Q. And what types of training did you have about how to deal with the disease process for cancer patients? Can you be more specific?**
A. No, because it's really not more specific. It's disease-based.
**Q. And what about when you got your master's to be a nurse practitioner -- I mean your certification to be a nurse practitioner, did you have any focus on treating cancer patients who were in radiation treatment?**
A. Okay. So I thought we were talking about my master's program.
**Q. Oh, okay. I thought you took another course after that to become certified to become a nurse practitioner. I thought you mentioned that. My mistake.**
A. Okay. Yeah.
**Q. So in terms of your training and experience, what -- what procedures or services do you**



**offer to radiation oncology patients? What aspects of their care are you involved in?**
A. Can you repeat that question?
**Q. What aspects of the care of a patient who's in radiation therapy are you responsible for in your job?**
A. When I see patients in follow-up, I'm responsible for assessing them for toxicities to treatment, making sure they're following preventative guidelines and surveillance guidelines. On a daily basis I may assess patients as they're going through treatment for any medical needs that may arise.
**Q. Can you describe some of the medical needs that you might -- that might arise that you would be involved in as a nurse practitioner?**
A. A patient may develop a case of shingles during the course of radiation, and I would diagnose that and treat it.
**Q. Anything else you can think of that you would be involved in managing for a patient who's in radiation treatment?**
A. Pain. Pain management. Patients with cancer, like any other chronic disease, could have pain. So I would manage their pain -- pain medications. They can come down with bronchitis.



**Q. As a result of the radiation treatment?**
A. Not as a result, but more their disease process. Or not related to their disease process, but they're coming in on a daily basis and we're seeing them.
**Q. So are you -- what you're describing is you're managing side effects that patients may have from treatment?**
A. I may manage side effects that patients may have from treatment or I may manage medical issues that are not related to treatment.
**Q. And managing medical issues not related to treatment is simply an outgrowth of the fact that you see the patient most frequently?**
A. Correct.
**Q. And you don't send the patient to their family practitioner if they have --**
A. Not necessarily. I would talk to the patient. Let's say it's something to do with their diabetes. I'm not going to necessarily change their medicine, but I would talk to them about it and call their family doctor, because I think it's important to keep them in the loop.
**Q. I understand.**
**In terms of being involved in the actual**

**decisions about radiation treatment for a patient, what role do you play?**
A. Really my role is very limited. I don't see new consults. Those -- that is the physician. My role there is in education to the patient once a decision has been made. Helping to coordinate care, making sure they're coming in for their appointments and things are arranged. I may work very closely with medical oncology, because frequently they're concurrent patients, so making sure that that is scheduled so that if we're starting radiation on a certain day, they're starting chemo on that certain day. So a lot of logistics. And then I also review with patients side effects. This has already been done by the physician, but then I reiterate it, asking more questions and seeing if they need social work, or something like that.
**Q. And what role do you play in terms of developing a radiation therapy treatment plan?**
A. None.
**Q. What is your role when the patient is here for -- actually for treatment?**
A. Being available should the need arise. Medical conditions such as pain. Helping to develop a plan so that the patient can continue with radiation



and have their pain needs met. Any other clinical issue that could arise. The therapist may come to me asking about a cough, say. So the patient has a cough that it's difficult for them to lay without moving for treatment, so I may evaluate the patient, see if they need some treatment for their cough.
**Q. Anything else you can think of that you're called upon to do while a patient is actually in treatment?**
A. If a patient needs to be on a cardiac monitor because they have a pacemaker, and then the cardiologist -- we work closely with the cardiologist and they need to be on a monitor. I may monitor the patient if the nurse is not available. Generally that's a nursing duty; occasionally they're busy, so I may do that.
**Q. And when you took the position with Banner to work in the radiation oncology department, what training did you receive?**
A. The training -- I shadowed Dr. Fuller on all consults, follow-ups, and on-treatment visits for approximately three months. I attended tumor board on a weekly basis. I've attended outside conferences that were specific for nurses and nurse practitioners in radiation oncology. And I -- there was a series of



videos which I can't -- I think they were from ONS. They were called radiation oncology -- I don't remember the name of them. Because it was like RONDEC (phonetic), or something like that. Radiation oncology for nurses, maybe. But there was no certification that went with that.
**Q. So in terms of the outside conferences you attended for nurses and nurse practitioners, what were the organizations that sponsored those conferences?**
A. The one -- the first one I recall attending was at Fox Chase in Philadelphia. I've gone to ASTRO. I've attended conferences that we've put on here. I've attended conference at the University of Colorado, which was cancer care for -- I think it was cancer care for primary practitioners, primary care practitioners, because I attended that before I even came to this job. And it's a good conference, so I've attended it a number of times.
**Q. Is it a yearly event --**
A. It is.
**Q. -- the cancer care for primary --**
A. It's usually in November.
**Q. And are there any others you can remember that you've attended?**
A. I've got several, but I can't remember



when all they were. Because I keep track of that for my certification.
**Q. The conferences that you mentioned here, can you describe those for me in a little bit more detail?**
MS. POUND: By "here," you mean North Colorado Medical Center?
MS. BENNETT: Uh-huh.
A. So there's grand rounds that are monthly that are a variety of topics. But I know Dr. Fuller has done one on whole brain. I've done one on -- I'm just trying to think of the cancer ones. Genetics. Interpreting Pap smear results. There may have been one on mammograms, too. But it's a variety of subjects here. There's a yearly cancer conference that we put on, and that's also a variety of subjects.
**Q. Is that sponsored by Banner?**
A. Yes.
**Q. Does it include all of the practitioners who practice in Northern Colorado?**
A. Are you asking who attends it?
**Q. Yes, who attends it.**
A. It's probably dosimetry, nursing, nurse practitioners, physicians. Anybody is welcome to come to it.

**Q. But is it focused on the practitioners who are in the Northern Colorado area?**
A. It's not -- I don't understand the question.
**Q. Is it attended mostly by people who work for Banner in Northern Colorado?**
A. I don't know that.
**Q. Okay. That's fair.**
**And other training that you received when you came to the radiation oncology department from Banner, can you think of anything else?**
A. Besides shadowing Dr. Fuller, I also spent time with the radiation oncology nurse -- nurses -- the physics staff, the dosimetrist, and the therapist.
**Q. Is it fair to say that your interaction with the patients is focused mostly on managing symptoms and any other medical problems that they might have that would interfere with their radiation oncology treatments?**
A. Yes.
**Q. Do you have -- do you know whether you're credentialed at NCMC?**
A. Yes, I am.
**Q. And can you tell me what your credentials allow you to do?**



A. I'm just thinking.
**Q. That's okay. I don't have a copy with me or this would be easier, but...**
A. I'm allowed to diagnose, assess and prescribe for conditions -- medical needs that might arise that I'm trained and competent to attend to.
**Q. So can you diagnose a patient to require radiation therapy?**
A. That's a confusing question.
**Q. Okay. I think so too.**
A. Most patients are already diagnosed with their cancer by the time they see us.
**Q. So can you determine whether a patient would benefit from having radiation therapy?**
A. I wouldn't be the one doing that.
**Q. Who would do that?**
A. The physician.
**Q. So when you say you have privileges to diagnose, are you talking about diagnosing some of the side effects or illnesses that might interfere with the patient's treatment?**
A. Correct.
**Q. And when you say you can assess, can you tell me what you mean -- what that privilege encompasses?**



A. So I could assess a patient's condition by listening to their lungs, evaluating their symptoms. Just a physical -- a physical exam of the patient.
**Q. Again, is that focused on their either side effects or symptomology that might interfere with their ability to tolerate radiation therapy?**
A. In this setting, yes.
**Q. And what about prescribing? You don't prescribe radiation therapy, I think we've already established that?**
A. Correct.
**Q. So what are the privileges you have for prescribing?**
A. I have a prescriptive authority in the state of Colorado that's been outlined by my education and my placement on the Advanced Practice Registry. And I have a DEA license.
**Q. But, again, that ability to prescribe doesn't include prescribing radiation therapy --**
A. Correct.
**Q. -- treatment for a patient?**
A. Correct. It's medication.
**Q. Do you know -- do you have any understanding of how -- well, let me strike that and ask this. Do you have within your scope of privileges**



**at NCMC the administration of external beam radiotherapy?**
A. No.
**Q. Do you know whether the physicians do?**
A. I don't know that.
**Q. In terms of your professional career, do you belong to any voluntary organizations that focus on either cancer or nurse practitioners?**
A. I belong to OCN and the local chapter, which is called HIPOPs.
Can you tell me that question --
**Q. Any voluntary -- any voluntary organizations whose focus is on either cancer or nurse practitioner?**
A. As far as nurse practitioner, I belong to Colorado Nurse's Association District 30. And I don't think I belong anymore to the Northern Colorado Nurse Practitioner Association.
**Q. You mentioned I think in one of your answers about training that you had. You mentioned ASTRO. Do you belong to ASTRO?**
A. I do.
**Q. And do you have access to their website for research?**
A. I do.

**Q. Do you take online courses that ASTRO offers?**
A. I -- no, I don't.
**Q. What are the requirements for you to maintain your certification as a nurse practitioner?**
A. I have -- I have to think about this. To have maintained my certification as a family nurse practitioner?
**Q. As a family nurse practitioner.**
A. There's a certain number of hours I need to practice, and I'm not 100 percent sure of that. Because I work full-time, so that hasn't been an issue. And I have to maintain a certain number of CMEs. I believe it's 150 hours in five years. And I have to have passed my boards.
**Q. Can you tell me what the boards are for a family nurse practitioner?**
A. Pretty general. General knowledge.
**Q. Does it include any segment on radiation therapy treatment?**
A. I can't say that. It's been a while since I took them.
**Q. When did you take your boards?**
A. '98. 1998.
**Q. How do you keep abreast of changes in**



**radiation therapy, like the change from 3D to 4D imaging?**
A. When I attend conferences there's general information. But mine is more on the nursing side of things.
So from your point of view from the nursing side of things, it -- the technical changes don't matter as much as whether they would affect a patient's --
MS. POUND: Object to the form of the question.
THE REPORTER: I'm sorry. I lost the end of your question.
THE DEPONENT: I kind of did too.
MS. BENNETT: Okay. It's a consensus then. Let me just start over.
**Q. (By Ms. Bennett) The conferences you mentioned that you attend, you said they would deal with the nursing side of things?**
A. I would attend more nursing track.
**Q. Right. And I'm just trying to confirm that the nursing side of things, as you see it, is the management of symptomology, side effects, and anything that would interfere with the patient's ability to tolerate treatment; is that correct?**



A. Yes. It was just a long question.
**Q. No, I think I tried to ask six questions in that one right there.**
**So in terms of the Northern Colorado region, how many nurse practitioners are there?**
MS. POUND: Object to the form of the question.
**Q. (By Ms. Bennett) Are you the only one at NCMC?**
A. Oh, no, there's lots of nurse practitioners here.
**Q. In the radiation oncology department.**
A. Oh.
**Q. Sorry.**
A. I'm the only nurse practitioner here.
**Q. Okay. And what about at McKee?**
A. There's one nurse practitioner there.
**Q. And is there one full-time nurse practitioner at Sterling?**
A. Correct.
**Q. Do you have any involvement in any CyberKnife treatments that the doctors at Banner may give in this area?**
A. No.
**Q. Have you ever had an instance where a**



**patient is undergoing treatment and there's been an emergency when a physician isn't present in the hospital -- when a radiation oncologist isn't present in the hospital?**
A. No.
**Q. What kind of emergency could arise during a patient's radiation therapy treatment?**
A. Can you define "emergency"?
**Q. I'm asking you to define what an emergency would be.**
A. Well, we've never had an emergency because an emergency to me would mean the loss of, you know, life or limb can be occurring here quickly. There are situations where you would want to intervene -- if a patient was having pain, I would want to manage their pain -- and they couldn't have a treatment that day -- they may be having difficulty breathing because of their underlying disease -- so you would have to intervene to see what's going on.
But as far as an emergency, which I think of as somebody bleeding to death or having a heart attack -- what was the question again? I started talking a lot. I'm sorry.
**Q. Has there ever been an emergency --**
A. No.

**Q. -- while a physician was not present during a patient's treatment?**
A. No. I would say no. Sorry for that long-winded answer.
**Q. That's all right. I get the -- off the record.**
**(A discussion was held off the record.)**
MS. BENNETT: We can go back on the record.
**Q. (By Ms. Bennett) Were you aware that Banner hired Revenue Cycle to do an audit of the radiation oncology billing?**
A. Yes.
**Q. And this happened in the spring of 2011; is that your recollection?**
A. Yes.
**Q. So you had been in the radiation oncology department for a while at that point?**
A. Yes.
**Q. What was your participation in the Revenue Cycle audit, if any?**
A. My participation in that was I remember going to perhaps one session where they were -- reviewed their guidelines -- I don't know if that's the right word -- and then also, if I recall, they were



here to help with some MOSAIQ training. And so they -- one of the therapists that was here helped with some MOSAIQ issues. So basically some EMR education.
**Q. Where was the session that you attended? Was it here at NCMC or was it at McKee or Sterling?**
A. It was here. It was here.
**Q. And who do you recall being present from Revenue Cycle?**
A. Ron, I believe his name was.
**Q. Uh-huh.**
A. And then there were some therapists that worked for Revenue Cycle, but I don't remember their names.
**Q. And who was present from Banner?**
A. I would say the therapists, the dosimetrists, the physicists, the nurses, the physicians, the directors.
**Q. Who was the director here?**
A. Marty Baker.
**Q. And who was the director at McKee?**
A. Cindy McBlair.
**Q. Do you remember whether Julianne Fritz was at the meeting that you described?**
A. I don't recall if she was at that meeting.
**Q. What was discussed at that meeting?**



A. I don't recall everything that was discussed.
**Q. Do you recall anything that was discussed?**
A. I recall they were going over guidelines for radiation oncology coding, is my recollection.
**Q. When Revenue Cycle did their audit, did they audit any charts of patients you had treated, to your knowledge?**
A. Not that I remember.
**Q. Did you have any specific discussion with them about coding for any particular patient charts for patients you had treated?**
A. No.
**Q. And was there any major takeaway from the session in terms of coding that could be improved in your recollection?**
A. Not for coding that I would do.
**Q. Was there a discussion at this meeting about whether it was appropriate for nurse practitioners to supervise the administration of radiation therapy treatments?**
A. Not at the session that I was at.
**Q. Did you have any discussion outside of that session with anyone from Revenue Cycle about the appropriateness of having nurse practitioners supervise**



**the administration of radiation?**
A. No.
**Q. Have you ever discussed that issue internally with any of the physicians or supervisors, directors, anyone you work with in the radiation oncology department?**
MS. POUND: Object to the form of the question.
A. Yeah. I don't really understand the question. I mean, it was a long question.
**Q. (By Ms. Bennett) Okay. Have you ever discussed the issue of whether it's appropriate for nurse practitioners -- sorry, it has to be long somewhat because it's complicated.**
A. That's okay.
**Q. Have you ever discussed the appropriateness of a nurse practitioner supervising the administration of radiation therapy treatment to a patient when a physician isn't present with anyone at Banner?**
A. No.
**Q. You never have?**
A. Not the appropriateness of it.
**Q. Have you ever been involved in any decision-making about whether it's appropriate for a**

**patient to be treated when a physician isn't present at the hospital?**
A. No.
**Q. Have you ever had any discussions with anyone at Banner about whether it's appropriate for a patient to be treated when there is no provider at the hospital or in the department? And by "provider," I'm using that to include the radiation oncologist and the nurse practitioner.**
A. Not -- again, not the appropriateness of it.
**Q. So what was the discussion that you had about that issue, if not about the appropriateness of it?**
A. There were times, as we've talked about before, when a physician was not here around scheduling. So if Dr. Fuller was in Sterling and I was here, Marty would make sure that I -- you know, I was definitely going to be here on a certain day, so I may have to change my schedule. So it was more just to make sure there was a provider here.
**Q. Was that the policy, then, that a patient could not be treated on the table here at the radiation oncology department without either a nurse practitioner or a physician being present?**



A. I don't know that I would call it a policy. But, yes, there had to be a provider here to treat a patient.
**Q. And did anyone ever communicate to you that it was acceptable for you to treat a patient on the table when there was a physician -- when there was not a physician -- a radiation oncologist, I mean, at the hospital?**
MS. POUND: Object to the form of the question.
A. I would not be treating a patient. We could not -- patients could not be treated if there was not a provider here.
**Q. (By Ms. Bennett) I'm asking whether anyone ever told you that it was permissible for that provider to be a nurse practitioner as opposed to a physician? Anyone within Banner.**
A. I don't believe I was told that directly. I was hired to be here as a nurse practitioner.
**Q. And to permit patients to be treated on the table when a physician wasn't present?**
MS. POUND: Object to the form of the question.
A. I was not told that directly.
**Q. (By Ms. Bennett) So how did you come to**



**learn that that would be the case?**
A. I'm not sure I understand the question.
**Q. What do you mean when you say you were not told that directly? What did you mean?**
A. It was not discussed that when Dr. Fuller or Dr. Ceilley were in Sterling, that that was inappropriate to have a nurse practitioner here.
**Q. It was just assumed that it was okay to go forward with patient treatments when the physicians weren't within the department; is that what you're saying?**
A. Yes.
**Q. So there was never any discussion that you can recall of the issue one way or another?**
A. No.
**Q. Okay. So did you ever read any guidance on that issue from any of the sources that you've described you get information from?**
A. I think there was an email from Julianne around the CMS guidelines.
**Q. Okay.**
A. And I'm not sure I read through the entire CMS guidelines.
**Q. And what do you recall about Julianne's email?**



A. That it was acceptable under CMS guidelines to have a nonphysician provider.
**Q. Do you remember when this -- about the time that this email came out?**
A. No.
**Q. Did you ever see any written Banner policy on this issue?**
A. No.
**Q. And did you ever do any research yourself on the CMS website about whether it was permitted?**
A. No.
**Q. Did you ever recall anyone having a discussion about the appropriateness of treating a patient when a radiation oncologist isn't present under Medicare guidelines specifically?**
A. No.
**Q. And is it fair to say that you were not involved in any decision-making with respect to this policy? And by "this policy," I mean the policy of continuing to treat patients even when a radiation oncologist isn't present.**
A. No, I was not involved in that decision.
**Q. And you don't recall during the Revenue Cycle meeting Ron DiGiaimo or anyone else mentioning that it was Revenue Cycle's opinion that it was**

**inappropriate for a patient to be treated without a radiation oncologist being present?**
A. Not at the meeting I was at, no.
**Q. At any other discussion?**
A. No.
MS. BENNETT: I think that's all I have. How about if we do this. How about if we take a five-minute break so I can just go through my notes and make sure I didn't miss anything.
THE DEPONENT: Okay.
MS. BENNETT: And then if I don't have any more questions or if Meghan doesn't have any more questions, you can be free to go.
THE DEPONENT: Okay.
(A recess was taken from 9:48 to 9:53 a.m.)
MS. BENNETT: So I don't have any further questions.
THE DEPONENT: Okay.
MS. BENNETT: Thank you.
MS. POUND: I have a couple questions.
EXAMINATION
BY MS. POUND:
**Q. Ms. Ehrman, can you assess whether a patient is able to undergo treatment on any given day?**



A. Yes.
**Q. Do you need a radiation oncologist to make that decision?**
A. No.
**Q. Who administers the radiation beam therapy?**
A. Radiation therapists.
**Q. If a radiation therapist didn't show up for work one day and you were here with a radiation oncologist, would the radiation oncologist be able to treat the patient?**
A. No.
**Q. During your time working as an advanced practice nurse in the radiation oncology department, has there ever been anything that's come up with a patient where you needed the radiation oncologist to make a decision how to treat the patient?**
A. No.
MS. POUND: I have no further questions.
MS. BENNETT: I have just one follow-up question to that.
EXAMINATION
BY MS. BENNETT:
**Q. You're not -- with respect to your answer to Ms. Pound's last question, you're not suggesting**



**that you can make a decision about whether a patient needs radiation treatment and what kind of treatment they need, are you?**
A. No.
**Q. You need a radiation oncologist to do that, don't you?**
A. To plan the treatment and prescribe the treatment, yes.
MS. BENNETT: Okay. That's all I have.
(The deposition concluded at 9:55 a.m.)



AFFIDAVIT

I have read my deposition and it is true and accurate, except for any changes or corrections now indicated by me on the Amendment sheet.

Amendment sheet attached ( )
No changes to testimony ( )

____________________________________
SHERYL EHRMAN, MSN, NP-BC

SUBSCRIBED AND SWORN to before me this date, ______________________________.

My commission expires ________________

____________________________________
NOTARY PUBLIC

____________________________________
STREET ADDRESS

____________________________________
CITY, STATE, ZIP

Return to: MILE HIGH COURT REPORTING & VIDEO, INC.
14143 Denver West Parkway
Suite 100
Golden, Colorado 80401

CERTIFICATE

I, Aimee S. Reisinger, RPR, Notary Public of the State of Colorado, certify that before the deposition the witness was sworn by me to testify to the truth, and that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not related to any party herein, nor their counsel, and have no interest in the result of this litigation.

Aimee S. Reisinger, RPR, CSR
My Commission expires 9/16/2016
Notary No. 19964015065