**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3029-WJM-CBS

MARTHA L. BAKER,

    Plaintiff-Relator,

v.

BANNER HEALTH, and
BANNER MEDICAL GROUP COLORADO,

    Defendants.

---

**JUDGMENT AWARDING ATTORNEYS' FEES AND EXPENSES**

---

Pursuant to the Order On Attorneys' Fees And Expenses entered by Judge William J. Martínez on November 15, 2016, the following Judgment is entered.

IT IS ORDERED that

1. Plaintiff's Motion for Attorneys' Fees (ECF No. 87) is GRANTED;

2. The Simpson Law Firm is AWARDED $198,850 in attorneys' fees and $11,092.29 in expenses;

3. The Stone Law Firm is AWARDED $87,975 in attorneys' fees and $6,569.65 in expenses;

4. The Shepard Law Firm and Ashcraft & Gerel are jointly AWARDED $29,200 in attorneys' fees for the work done by Attorney Jamie Bennett;

5. The Shepard Law Firm is AWARDED $6,889.59 in expenses;

6. Ashcraft & Gerel is AWARDED $5,739.11 in expenses;

7. Finch McCranie is AWARDED $1,779.45 in expenses.

IT IS FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.72% per annum from the date of entry of the Judgment Awarding Attorneys' Fees and Expenses.

Dated at Denver, Colorado this 15th day of November, 2016.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk